**EXHIBIT A**

1   Reginald Edward/Ellis

2   P.O. BOX.1543

3   SAN LEANDRO, CA 94577

4   TELEPHONE:   510-377-2799

5   (PRO-PER)

ENDORSED
FILED
ALAMEDA COUNTY

SEP 2 8 2007

CLERK OF THE SUPERIOR COURT
By ___Susan C. Campaña___
                                    Deputy

6                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                      IN AND FOR THE COUNTY OF ALAMEDA

8                               FIRST AMENDED

9

10  Reginald Edward/Ellis              ) Case No.: HG07340547
                                       )
11          Plaintiff,                 ) COMPLAINT FOR DAMAGES FOR TORTIOUS
                                       )
12          vs.                        ) DISCHARGE, IN VIOLATION OF PUBLIC
                                       )
13  New United Motors Manufacturing, Inc. ) POLICY, BREACH OF CONTRACT, AND
                                       )
14          Defendant                  ) DEFAMATION
                                       )
15  and Does 1 through 13              ) AMOUNT EXCEEDS $25,000 UNLIMITED

16                                       CIVIL CASE

17  _____

18                                       PRO·PER

19                                     Dated this [Date] 09-28-2007
                                         REGINALD EDWARD/ELLIS
20                                       [Attorneys' address]
                                         [Attorneys' names]
21                                       P.O. BOX 1543
                                         San Leandro, CA
22  PLAINTIFF ALLEGES:                   94577

23      1. REGINALD EDWARD/ELLIS for the purposes of venue e.g. defendant New United

24         Motors is and at all times mentioned herein was a Corporation organized and

25         existing under the laws of the State of California with its principal place of

26         business, in Alameda County, California.

27      2. New United Motors DOES 1 through 13 were at all times relevant herein 5,000

28         Employees, NUMMI. Reginald Edward/Ellis is ignorant of the true names and

                        Plaintiff Complaint For Damages

                                   - 1 -

1  Capacities of defendants sued herein as Does 1 through 13, inclusive, and

2  Therefore sues these defendants by such fictitious names.  Plaintiff will pray

3  leave of this court to amend this complaint to allege the true names and

4  capacities when ascertained.

5

6  **FIRST CAUSE OF ACTION TERMINATION IN VIOLATION OF PUBLIC POLICY**

7

8  3. From May 21, 2001 to May 24, 2006.  Plaintiff was employed by defendant as a

9  production worker.  (Exhibit A).

10  4. Set-A-Side conviction due to California Labor Law based on background checks on

11  or about May 24, 2006.

12  5. 1203.4 The information disclosed by Defendant was in violation of the right to

13  privacy under California State Labor Law and in violation of Defendant's

14  current policy (in police record section) 1 through 13. (Exhibit B).

15  6. Defendant engaged in misconduct by accusing Plaintiff of several violent crimes

16  and making demeaning statements involving criminal activity on or about May 18,

17  2006.  False arrest. Also made statement accusing Plaintiff of being on

18  parole(Exhibit C).

19  7. As a proximate result of defendants conduct, Plaintiff has suffered harm,

20  including lost earnings and other employment benefits; humiliation,

21  embarrassment, and mental anguish, all to his damages one year income in the

22  sum of $80,000 plus punitive damages ($450,000).

23

24  **SECOND CAUSE OF ACTION BREACH OF WRITTEN CONTRACT OF CONTINUED EMPLOYMENT**

25

26  8. Reginald Edward/Ellis was employed by Defendant for five years, consistently
   received merit raises, was assured on numerous occasions that he would not be

27  terminated arbitrarily, and relied on the provisions of the personnel manual
   shop Rules R-Rule 22 (Exhibit D) regarding the causes for which employees could

28  be discharged after 12 months of initial application date.

Plaintiff Complaint For Damages

- 2 -

9. Based on the written contract and conduct of Defendant, as set forth in paragraphs 5 and 6 above, Plaintiff had an employment contract with Defendant that he would be employed by Defendant so long as his performance was satisfactory and that Defendant would not discharge him without good and just cause.

10. The terms of the employment contract included, but were not limited to the following:

The Company as of August 05, 2005 can no longer go back more than 12 months for falsification or omission on employment applications. Defendant would not demote or discharge Plaintiff without good cause and fair warning based on objective, reasonable job evaluations of Plaintiff.

11. Plaintiff at all times fulfilled his duties and conditions under the contract and has been ready, willing, and able to continue performing them in a competent and satisfactory manner.

12. Notwithstanding the implied promise to terminate the employment contract only for good cause, on or about May 24, 2006 Defendant terminated Plaintiff's employment violating Company's written contract Rule 22 even though the Plaintiff had clearly exceeded this rule before termination.

13. As a proximate result of Defendant's breach of employment contract, Plaintiff has suffered and continues to suffer losses in earnings and other employment benefits, to his damage one year contract/reinstatement in the sum of $80,000.

Wherefore, Plaintiff prays judgment against Defendant and each of them as follows:

    1. For compensatory damages according to proof, including lost earnings and other employee benefits, costs of seeking other employment, and damages for emotional distress, humiliation, and mental anguish.

2. For punitive damages in an amount appropriate to punish Defendant and deter others from engaging in similar misconduct.

3. For such other and further relief as courts deems proper.

By: _Reginald Edward/Ellis_

Reginald Edward/Ellis

**VERIFICATION**

I, Reginald Edward/Ellis am the Plaintiff in the foregoing complaint and know the contents thereof.  The same is true of my knowledge except as to those matters that are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.

Date: _09-28-2007_

Signed: _Reginald Edward/Ellis_

Reginald Edward/Ellis

Plaintiff Complaint For Damages

- 4 -

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** New United MOTORS
45500 Fremont Blvd
Fremont CA, 94538

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

AUG 1 4 2007

CLERK OF THE SUPERIOR COURT
By ___A. KHAN___
                              Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Reginald Edwards/Ellis

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es): Alameda County
24405 Amador Street
Room. 108, Courthouse
Hayward, CA 94544

CASE NUMBER:
(Número del Caso):
HG 07 34 0547

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Pro-per Reginald E/Ellis P.O. Box 1543 San-Leandro CA, 94577
510-377-2799                          PAT S. SWEETEN                      A. KHAN

DATE: 08-14-  AUG 1 4 2007 /      Clerk, by _____, Deputy
(Fecha)                              (Secretario)                              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [X] on behalf of (specify): New United Motors

   under: [X] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other (specify):
4. [ ] by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

1  Reginald Edward/Ellis

2  P.O. BOX.1543

3  SAN LEANDRO, CA 94577

4  TELEPHONE:    510-377-2799

5  (PRO-PER)

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

AUG 1 4 2007

CLERK OF THE SUPERIOR COURT
By _____ A. KHAN
                        Deputy

6

7                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                     IN AND FOR THE COUNTY OF ALAMEDA

9                                    H G 0 7 3 4 0 5 4 7

10  Reginald E/Ellis                  )   Case No.:
                                      )
11              Plaintiff,            )   COMPLAINT FOR DAMAGES FOR TORTIOUS
                                      )
12      vs.                           )   DISCHARGE, IN VIOLATION OF PUBLIC
                                      )
13  New United Motors                 )   POLICY, BREACH OF CONTRACT, AND
                                      )
14              Defendant             )   DEFAMATION  25,000
                                      )
15  and Does 1 through 13             )   AMOUNT EXCEEDS $~~25,000~~ UNLIMITED
                                                                    RE
16                                        CIVIL CASE

17  _____

18

19                          Dated this [Date] 08-14-07
                                        PRO-PER
20                          [Attorneys' address]
                            [Attorneys' names]
21

22  PLAINTIFF ALLEGES:

23      1. REGINALD EDWARD/ELLIS for the purposes of venue e.g. defendant New United

24         Motors is and at all times mentioned herein was a Corporation organized and

25         existing under the laws of the State of California with its principal place of

26         business, in Alameda County, California.

27      2. New United Motors DOES 1 through 13 were at all times relevant herein 5,000

28         Employees, NUMMI. Reginald Edward/Ellis is ignorant of the true names and

                        Plaintiff Complaint For Damages

                                    - 1 -

1   Capacities of defendants sued herein as Does 1 through 13, inclusive, and

2   Therefore sues these defendants by such fictitious names. Plaintiff will pray

3   leave of this court to amend this complaint to allege the true names and

4   capacities when ascertained.

5

6           **FIRST CAUSE OF ACTION TERMINATION IN VIOLATION OF PUBLIC POLICY**

7

8   3. From May 21, 2001 to May 24, 2006. Plaintiff was employed by defendant as a

9      production worker. (Exhibit A).

10  4. Set-A-Side conviction due to California Labor Law based on background checks on

11     or about May 24, 2006.

12  5. 1203.4 The information disclosed by Defendant was in violation of the right to

13     privacy under California State Labor Law and in violation of Defendant's

14     current policy (in police record section) 1 through 13. (Exhibit B).

15  6. Defendant engaged in misconduct by accusing Plaintiff of several violent crimes

16     and making demeaning statements involving criminal activity on or about May 18,

17     2006. False arrest. (Exhibit C).

18  7. As a proximate result of defendants conduct, Plaintiff has suffered harm,

19     including lost earnings and other employment benefits; humiliation,

20     embarrassment, and mental anguish, all to his damages *I/R INCOME* in the sum of

21     *Plus Punitive Damages $450.000*

22          **SECOND CAUSE OF ACTION BREACH OF WRITTEN CONTRACT OF CONTINUED EMPLOYMENT**

23

24  8. Reginald Edward/Ellis was employed by Defendant for five years, consistently
       received merit raises, was assured on numerous occasions that he would not be

25     terminated arbitrarily, and relied on the provisions of the personnel manual
       shop Rules R-Rule 22 (Exhibit D) regarding the causes for which employees could

26     be discharged after 12 months of initial application date.

27  9. Based on the written contract and conduct of Defendant, as set forth

28     in paragraphs 5 and 6 above, Plaintiff had an employment contract with

                        Plaintiff Complaint For Damages

                                  - 2 -

1    Defendant that he would be employed by Defendant so long as his performance was

2    satisfactory and that Defendant would not discharge him without good and just

3    cause.

4    10. The terms of the employment contract included, but were not limited to the

5    following:

6    The Company as of August 05, 2005 can no longer go back more than 12 months for

7    falsification or omission on employment applications.  Defendant would not

8    demote or discharge Plaintiff without good cause and fair warning based on

9    objective, reasonable job evaluations of Plaintiff.

10    11. Plaintiff at all times fulfilled his duties and conditions under the contract

11    and has been ready, willing, and able to continue performing them in a

12    competent and satisfactory manner.

13    12. Notwithstanding the implied promise to terminate the employment contract only

14    for good cause, on or about May 24, 2006 Defendant terminated Plaintiff's

15    employment violating Company's written contract Rule 22 even though the

16    Plaintiff had clearly exceeded this rule before termination.

17    13. As a proximate result of Defendant's breach of employment contract, Plaintiff

18    has suffered and continues to suffer losses in earnings and other employment

19    benefits, to his damage *contract* *lost income* in the sum of $ ~~$100,000~~ *$80,000* *RE Reinstatement*

20

21    Wherefore, Plaintiff prays judgment against Defendant and each of them as

22    follows:

23         1.  For compensatory damages according to proof, including lost

24             earnings and other employee benefits, costs of seeking other

25             employment, and damages for emotional distress, humiliation, and

26             mental anguish.

27         2.  For punitive damages in an amount appropriate to punish Defendant

28             and deter others from engaging in similar misconduct.

Plaintiff Complaint For Damages

- 3 -

Wherefore, Plaintiff prays judgment against Defendant and each of them as follows:

    1. For compensatory damages according to proof, including lost earnings and other employee benefits, costs of seeking other employment, and damages for emotional distress, humiliation, and mental anguish.

    2. For punitive damages in an amount appropriate to punish Defendant and deter others from engaging in similar misconduct.

    3. For such other and further relief as courts deems proper.

By: *Reginald Edward/Ellis*

       Reginald Edward/Ellis

**VERIFICATION**

I, Reginald Edward/Ellis am the Plaintiff in the foregoing complaint and know the contents thereof.  The same is true of my knowledge except as to those matters that are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.

Date: 08-14-07

Signed: *Reginald Edward/Ellis*

Plaintiff Complaint For Damages

- 4 -

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER - THE BACK CONTAINS AN ARTIFICIAL WATERMARK

VOID VOID VOID VOID VOID VOID

New United Motor Manufacturing

45500 Fremont Boulevard
Fremont, California U.S.A. 94538-9368

ADVICE OF DEPOSIT - NON-NEGOTIABLE                    $1,200.24

REGGIE LAMONT EDWARDS
P.O. BOX 1543
SAN LEANDRO, CA 94577

VOID VOID VOID VOID VOID

NON-NEGOTIABLE

▲ ——————→    REMOVE DOCUMENT ALONG THIS PERFORATION    ←—————— ▲

| Employee | | | Id | Social Security | Status | | Exemptions/Allowances | | Number |
|---|---|---|---|---|---|---|---|---|---|
| REGGIE LAMONT EDWARDS | | | 22418 | XXX-XX-3799 | Single | | US 16/0  CA 16/0 | | D147740 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| NUMMI 1 | | S1 | DBP241 | 05/24/03 | 10/30/05 | 10/16/05 | 10/23/05 |

| Taxable Earnings | Rate | Units | Current | Year To Date | Paid Time Off | Current Accrued | Current Taken | Balance |
|---|---|---|---|---|---|---|---|---|
| Vacation | | | | 1,054.40 | Plan | | | |
| Bereavement | | | | 1,056.49 | PTO HOL | | | |
| Regular Pay | | | | 38,201.59 | SICK | | | |
| Overtime | | | | 5,254.52 | VACATION | | | 224.00 |
| Double Time | | | | 2,771.04 | | | | |
| Legal Imputed Income | | | | 811.53 | | | | |
| FAAP | | | | 1,067.28 | Direct Deposit Accounts | | | Amount |
| HAAP | | | | 1,400.00 | Checking  XXXXXX4595 | | | 1,200.24 |
| Group Lunch Hr | | 40.46 | | 384.41 | | | | |
| Floating Holiday | | | | 224.76 | | | | |
| Special Lump Sum Payment | | | | 1,000.00 | Misc Earnings | | Current | Year To Date |
| COLA | .01/1.00 | 610.38 | | 2,317.90 | Shift Premium | | 61.30 | 1,478.93 |
| Gross Without Misc. Earnings | | | 1,638.69 | 54,744.86 | | | | |
| | | | | | Net Pay | | | 1,200.24 |

| Taxes | | | |
|---|---|---|---|
| Federal Income Tax | | 262.77 | 7,191.76 |
| Social Security (FICA) | | 108.64 | 3,492.95 |
| Federal Medicare | | 25.42 | 816.83 |
| California Income Tax | | 108.78 | 3,001.65 |
| California State Disability | | 14.57 | 608.15 |
| Total | | 519.38 | 14,950.43 |

| Pre-Tax Deductions | | | |
|---|---|---|---|
| Paid Lunch Deduction | | | 897.86 |
| Total | | | 897.86 |

| After-Tax Deductions | | | |
|---|---|---|---|
| Legal Imputed Income Offset | | | 97.93 |
| V-CAP Contribution | | | 10.00 |
| Union Dues | | | 593.76 |
| Group Term Life Offset | | 0.46 | 14.44 |
| Total | | 0.46 | 716.13 |

| W2 Gross | | 1,720.08 | 56,325.04 |
|---|---|---|---|

New United Motor Manufacturing, Inc  -  45500 Fremont Blvd  Fremont, CA  94538

ADP National Account Services
ProBusiness Division

EXHIBIT A

App. # A 42816

# Employment Application

## New United Motor Manufacturing, Inc.
### 45500 Fremont Boulevard
### Fremont, CA 94538
### (510) 498-5500

**Name:** EDWARDS REGGIE L.
   (Last)        (First)         (Middle)

**Address:** 1326 Pacific AVE
   (Street, Apt. #)

**City:** San Leandro **State:** CA, **Zip:** 94577

**Social Security Number:** 616 - 38 - 3799

**Telephone Number:** (510) 632-4667 (510) 693-9997
   (Home)                    (Daytime)

**Today's Date:** 04-16-01

## Type of Employment Desired (check one box only):

☑ Entry-Level Production          ☐ Skilled Trades

☐ Professional                    ☐ Secretarial/Clerical

☐ Specific Position:    PRODUCTION HIRING

- Are you at least 18 years of age?                        ☒ YES    ☐ NO

- Do you have the unlimited legal right to work
  in the U.S.?                                              ☒ YES    ☐ NO
  If no, please explain: _____

- Have you ever been employed by NUMMI before?             ☐ YES    ☒ NO
  If yes, give dates from: _____ to: _____

- Have you ever applied at NUMMI before?                   ☐ YES    ☒ NO

  If yes, give date of previous application: _____

## NEW UNITED MOTOR IS AN EQUAL
## OPPORTUNITY EMPLOYER

Soc. Sec. #: 616 - 38 - 3799

First Name: Reggie L.

Last Name: Edwards

PRODUCTION HIRING

FOR PERSONNEL USE ONLY)

NUMMI

## PAST DISCIPLINE  DISCHARGE

In the past 10 years, have you ever been disciplined or discharged from employment or been given a disciplinary suspension?     Yes ☐     No ☒

If yes, state the name of the company, reason for discipline, discharge or suspension and comments you may have concerning the action taken against you.

| Name of Company | Type of Action (Discharge, Suspension) | Date | Reason / Comments |
|---|---|---|---|
| N/A | N/A | | N/A |

## PAST ATTENDANCE

Excellent attendance is very important to the success of New United Motor Manufacturing, Inc. and for the job security of our team members.

Please complete the following:

| Name of Company | Employment From (Mo./Yr.) | To (Mo./Yr.) | Unscheduled Days Absent Annually | Have you had more than 10 unscheduled absences in a calendar year? |
|---|---|---|---|---|
| Webvan | 03-00 | Present | Ø | Yes ☐  No ☒ |
| Strictly Hair Inc. | 05-98 | 03-00 | Sick 4 time | Yes ☐  No ☒ |
| World wide logistics | 05-97 | 04-98 | Ø | Yes ☐  No ☒ |
| | | | | Yes ☐  No ☐ |

## U.S. MILITARY SERVICE

| Branch of Service | Dates of Service | Rank or Rating | Type of Discharge |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

## POLICE RECORD

Excluding convictions for possession or sale of marijuana that occurred over two years ago; convictions that have been sealed, expunged or legally eradicated; and misdemeanor convictions for which probation has been successfully completed and the case dismissed,

Have you ever been convicted of a misdemeanor or felony?     Yes ☐     No ☒

If yes, complete the following:

| Date | Offense | Location | Disposition |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

This company will not deny employment to any applicant solely because the person has been convicted of a crime. The company may, however, consider the nature, date and circumstances of the offense(s) as well as whether the offense(s) is relevant to the duties of the position applied for and the safety of the workplace.

Are you currently out on bail or released on your own recognizance pending trial?     Yes ☐     No ☒

## PREVIOUS EMPLOYMENT AND PAST EXPERIENCE

List all jobs and activities including military service, schools, part-time employment while in school, self-employment, and periods of unemployment. DO NOT REFERENCE A RESUME. List your present or most recent employment first.

| | FROM MO./YR. | TO MO./YR. |
|---|---|---|
| May we contact your present employer for references? _Yes_ | 03-00 | Present |
| EMPLOYER: WEBVAN   ADDRESS: 5800-A COLISEUM WAY | | |
| CITY: Oakland   STATE: CA, ZIP CODE: 94621 PHONE: (510) 434-5800 | BASE RATE OF PAY | |
| | START | FINAL |
| NAME AND TITLE OF SUPERVISOR: Scott Shipping Manager | $10.65 HR | $12.15 HR |

YOUR TITLE AND DESCRIPTION OF YOUR DUTIES: I'm a Q.C. Associate, my Duties Requires me to walk and carry up to 50 LBS For a 9 Hour Period, using a Wrist scanner, Loading, trucks with Orders. Also I work Graveyard, ten Hour Shifts.

REASON FOR LEAVING: I'm still Employed with Webvan, Want a Career With A Bigger Company.

| | FROM MO./YR. | TO MO./YR. |
|---|---|---|
| EMPLOYER: Strictly Hair Inc ADDRESS: 5765 FootHill Blvd | 05-98 | 03-00 |
| CITY: Oakland   STATE: CA, ZIP CODE: 94605 PHONE: (510) 632-4574 | BASE RATE OF PAY | |
| | START | FINAL |
| NAME AND TITLE OF SUPERVISOR: LaDonna Williams   Owner | $8.50 HR | $10.00 HR |

YOUR TITLE AND DESCRIPTION OF YOUR DUTIES: Warehouse, Researching Customers accounts For Purchase Orders, Driving Forklift using Hand scanners, Processing daily COD transactions.

REASON FOR LEAVING: For a Better Job.

| | FROM MO./YR. | TO MO./YR. |
|---|---|---|
| EMPLOYER: UPS Worldwide Logistics ADDRESS: 303037 Meridien circle | 05-97 | 04-98 |
| CITY: Union City,   STATE: CA, ZIP CODE: 94587 PHONE: (510) Not Listed | BASE RATE OF PAY | |
| | START | FINAL |
| NAME AND TITLE OF SUPERVISOR: Jose Shipping Supervisor | | |

YOUR TITLE AND DESCRIPTION OF YOUR DUTIES: Microsoft computers, Data Entry, Basic computer skills, Picking Orders From Racks by Forklift, 10 beams High using modern hand Scanners

REASON FOR LEAVING: Company Business very Slow, Laid off

| | FROM MO./YR. | TO MO./YR. |
|---|---|---|
| EMPLOYER: _____ ADDRESS: _____ | | |
| CITY: _____ STATE: _____ ZIP CODE: _____ PHONE: ( ) | BASE RATE OF PAY | |
| | START | FINAL |
| NAME AND TITLE OF SUPERVISOR: _____ | | |

YOUR TITLE AND DESCRIPTION OF YOUR DUTIES: N/A

REASON FOR LEAVING: N/A

## PLEASE ACCOUNT FOR ANY PERIODS OF UNEMPLOYMENT

Over seas working on a Shipp 6 months out of a Year From 1990 to 1995 Docking at Port of Oakland.

## EDUCATION

| Circle Highest Grade Completed | School | Location | Major | Diploma/ Degree | Graduated | Gr. Pt. Avg. | Year Graduated |
|---|---|---|---|---|---|---|---|
| High School 1 2 3 ④ | Oakland High school | Oakland Blvd MacRuther | Spanish Math English | Diploma | ☒ YES ☐ NO | 3.5 | |
| College 1 2 ③ 4 | Merritt College | Oakland Campus Arc tech. | Computer Art tech. | Certificate | ☒ YES ☐ NO | 3.0 | 07-90 |
| Graduate School 1 2 3 ④ | Porker | Oakland Ney Ave | English Math | Diploma | ☒ YES ☐ NO | 3.0 | -07-78 |
| Apprentice, Bus. or Vac. School | N/A | N/A | N/A | N/A | ☐ YES ☐ NO | N/A | N/A |
| Other Training or skills, etc. | Forklift Certified | 5800. A Coliseum way Oakland | Fork Lift operator | Certicate | Completed | A+ | 03-01 |

### — FOR CLERICAL APPLICANTS ONLY —

What computer software do you have experience with?

_____

N/A

_____

| Can you type? | Can you do 10-key by touch? |
|---|---|
| ☐ YES | ☐ YES |
| ☐ NO | ☐ NO |
| WPM_____ | |

## SPECIAL SKILLS AND ABILITIES

Use this space to tell us about your special skills, abilities, certifications, training, interests, hobbies, or other information that will assist us in evaluating your qualifications.

I am very Fit, I have the ability to work long Hours, and to stand for long periods at a time, very Production and mechanical inclined, Able to lift up to 150 LBS if needed.

How did you hear about the position for which you are applying?
☐ Newspaper Ad  ☒ Family Member/Friend  ☐ Job Fair  ☐ Internet Site (specify)_____  ☐ Other

## AUTHORIZATION, WAIVER AND CERTIFICATION

I request that previous employers contacted by New United Motor Manufacturing, Inc. in connection with this application fully respond to all inquiries concerning such previous employment. I specifically authorize disclosure of all information which my prior employers have concerning me including attendance records, disciplinary reports, letters of reprimand or other disciplinary action. In consideration of the acceptance of my application, I release New United Motor Manufacturing, Inc., and previous employers from any and all liability arising out of such response and disclosure. All of the information that I have provided on this application is true, correct and complete to the best of my knowledge. I agree that any omission, misrepresentation, or falsification of information on this application will be grounds for rejecting this application or discharging me if I am employed by the Company. I agree to submit to a medical examination, including a drug and alcohol test, at any time after I am offered employment by New United Motor Manufacturing, Inc.

Applicant's Signature: _Reggie S. Edwards_          Date: _04-16-01_

EXHIBIT B

5/95

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Dept. No. 11 br

Date: Feb. 21, 1996        Hon. CARL W. MORRIS, Judge        Cindy Bogle, Dep.Clk.
                                                             Pat Hollinquest, Reporter

| | | |
|---|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA** | **Counsel appearing for Plaintiff** | N/A, Deputy District Attorney |
| **Plaintiff** | | |
| **vs.    REGGIE EDWARDS** | **Counsel appearing for Defendant** | Pro Per |
| **REGINALD EDWARD ELLIS**<br>CII: 7759293) | **Probation Officer appearing** | James Avery |
| **Defendant** | | |

---

**NATURE OF PROCEEDINGS:**    ☒ Petition to Reduce Felony
to Misdemeanor (Sec 17 PC)
☒ Petition to Dismiss and Release
From Penalties (Sec 1203.4 PC)

No. 101402
(AOT264  9168258)

Defendant is present.

The Court, having conferred with the Probation Officer, ORDERS:

Petition(s) granted:

☒ Felony conviction is herewith reduced to a Misdemeanor pursuant to Section 17 PC.

☒ On motion of ☐ Probation Officer ☒ defendant,  conviction is set aside and accusatory pleadings
dismissed; defendant is released from all penalties and disabilities resulting from offense of which
defendant was convicted pursuant to Section 1203.4 PC.

c/c to:
BCI - Record Sealing Unit
P.O. Box 903417
Sacramento, CA  94203-4170

FILED
ALAMEDA COUNTY

JAN 12 1996

RONALD G. OVERHOLT, Exec. Off.
By _Marsha Smith_

THE PEOPLE OF THE
STATE OF CALIFORNIA

REGGIE ELLIS
A-K-A
REGGIE EDWARDS S
, Defendant

Dept. No. 11
Action No. 101402
CEN 9168258
PFN AOT264
CII No. 7759293

PETITION AND ORDER FOR
RELEASE FROM PENALTIES AND DISMISSAL
UNDER P.C. 1203.4

## PETITION

I, the undersigned petitioner, say:

I am the defendant in the above entitled action, having been convicted of the offense of violation of Section _____261.5_____ of the _____Penal_____ Code, on _____March 22 19 90_____;

That probation was granted, the Court having placed the above-named defendant on probation on the terms and conditions set forth in the docket of the above-named Court.

That your Petitioner has fulfilled the terms and conditions of said probation from the day of said release upon such probation, except as will be testified by your Petitioner upon the hearing of this petition, until the date of termination of said probation, a period of _____3_____ years and _____6_____ months, being _____3 years_____ period than/as said period of probation;

WHEREFORE, Petitioner requests permission to withdraw the plea of guilt or that the verdict or finding of guilt be set aside and that a plea of not guilty be entered and that the Court dismiss this action pursuant to Section 1203.4 of the Penal Code.

Dated on _____January 12_____ 1996 at _____Oakland_____, California.
I declare under penalty of perjury that I have no criminal matters pending
I declare under penalty of perjury that the foregoing is true and correct.

I understand that I must disclose the conviction in response to any direct question in any questionnaire or application for public office or for licensure by any state or local agency.

Petition set for hearing on _____February 5_____ 19 95, at 10 A. M.
in Department No. _____11_____

## ORDER

It appearing to the Court from the records on file in this case, and from the foregoing petition, that the Petitioner herein is eligible for the relief provided by Section 1203.4 of the Penal Code of the State of California.

It is hereby ordered that the plea/verdict/finding of guilt in the above-entitled action be set aside and vacated and a plea of not guilty be entered; and that the complaint be and is hereby dismissed pursuant to Section 1203.4 of the Penal Code of the State of California.

This order does not relieve the petitioner of the obligation to disclose the conviction in response to any direct question in any questionnaire or application for public office, or for licensure by any state or local agency.

Dated: 2-21-96 _____ Judge

Distribution: Original and 4 copies: Original to Court; 1 copy to Petitioner; 1 copy to Probation Officer; 2 copies to Arresting Agency who will forward 1 copy to CII.

FORM #240-53 (REV 11-92)

EXHIBIT
C

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

## VERIFICATION OF RECORD

REGARDING:

Name: _Ellis, Reginald_

Case Number: _519151_

Originating Court: _Oakland-WLWM_

DOB: _7-21-66_

CEN: _10235089_

Date of Arrest/Conviction: _5-18-06 arrest_

Charges: _PC 496(a)E_

Disposition: _case dismissed 8-29-06 /actual_

☐ Defendant successfully completed all terms and conditions of probation on _____
                                                                                                   **Date**

☐ As of this date, no charges were filed by the District Attorney. No court file exists.

☐ Defendant is still on probation, but has completed the following conditions of their probation:
_____
_____

☐ Your request for information regarding the above incident is acknowledged. However, pursuant to Section 68152 of the Government Code of California, all of our criminal records that were filed and concluded prior to the year **1997**, have been destroyed.

☐ After a thorough search of the Criminal Index, no conviction was found for the above-named person at any Superior Court of California, County of Alameda location.

declare under penalty of perjury, under the laws of the State of California, that the foregoing is true nd correct.

xecuted on _1-18-07_ _____ California.

_____
Legal Processing Assistant



## Superior Court of California, County of Alameda
### Wiley W. Manuel Courthouse
**Criminal Division**
661 Washington Street
Oakland, CA 94607
Phone: (510) 268-4222  Fax: (510) 268-7705

Name:  Reggie Edwards/Ellis

Date of Birth:  7-21-66 / 06-06-67

Docket/Case #: _____
Violation(s): _____
245PC; 530.5PC; 261.PC; 212.5PC

Sir/Madam:

Receipt of your request in the above matter is acknowledged and is **being returned** for the following reasons checked below.

1. ☐ I am unable to locate the file from the information you have provided. Please provide additional information, such as: _____

2. ☐ This case is still pending. There has been no conviction to date. The next court date is scheduled for      .  You may resubmit your request after this date.

3. ☐ Your request is being returned to you because the case you have referred to is not from this jurisdiction.

4. ☐ There is a fee/charge for this service. (.50 cents for each copy made and an additional $15.00 for certification) Please remit a check or money order for the amount of $      /or check not to exceed $      **PLEASE DO NOT SEND CASH.**

5. We are unable to process your request because the file currently is:
   ☐ Is unavailable; *the records in question are deemed restricted or confidential (PC 851.7, 851.8, 11140 - 11144, 1203.0 and W&I Code 781).  The Penal Code makes it a misdemeanor to release criminal history to other than those listed in Section 11105 of the Penal Code.*
   ☐ Record has been destroyed; *the minimum retention period has passed (3 – 7 years) (GC 68152 (e).*

6. ☒ **Other**  Assault Deadly Weapon  Credit Card Fraud  Sexual Assault  Home Invasion
   Our records do not show a conviction in Alameda County for any of the above charges.

Executed on ___July 09, 2007___ at ___Oakland___ California.

By _____
    Legal Processing Assistant

# experian

**Prepared for**
REGGIE L EDWARDS

**Report number**
3758824162

**Report date**
December 13, 2006
www.experian.com/disputes
Call 1 800 509 8495

## Personal information

The following information is reported to us **by you, your creditors and other sources.** Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names
REGGIE L EDWARDS
RU..ALD EDWARD ELLIS

## Remedying the Effects of Identity Theft

### Addresses
These addresses are listed in no particular order and may include previous addresses where you received mail. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

| | Type of address | Geographical code |
|---|---|---|
| PO BOX 1543 SAN LEANDRO CA 94577-0154 | Post office box | 0-432560010-1-5775 |
| 39432 STRATTON CMN FREMONT CA 94538-2093 | Single family | 0-44250030-1-5775 |
| 41 <br> IRVINGTON AVE FR NT CA 94538-4800 | Multifamily | 0-44230040-1-5775 |
| 31256 BRAE BURN AVE APT76 HAYWARD CA 94544-7646 | Apartment complex | 0-43810040-1-5775 |
| 4163 IRVINGTON AVE APT208 FREMONT CA 94538-4868 | Apartment complex | 0-44230040-1-5775 |
| 1326 PACIFIC AVE SAN LEANDRO CA 94577-2517 | Single family | 0-43250040-1- |
| 3324 OCTAVIA ST APT A OAKLAND CA 94619-1200 | Single family | 0-4070002D-1-5775 |
| 39432 STRATTON COMMON SAN LEANDRO CA 94577- | Single family | 0-00-0-5775 |
| 4163 IRVINGTON ST NO 208 FREMONT CA 94538- | Single family | 0-00-0- |

## Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.

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
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

**Date of birth**
June 06 1967 ALT, July 26 1966

**Telephone numbers**
510 377 2799
510 632 9288

**Employers**
NEW UNIFIED MOTORS/FREMONT G..
HAYWARD SCHOOL DISTR..

## Notices

This address is a non-residential address:
1326 PACIFIC AVE SAN LEANDRO CA 94577
HEALTH-MEDICAL SERVICE: 1326 PACIFIC AVE, SAN LEANDRO, CA, 9457

---End of Report---

If you disagree with information in your report you may dispute it at:
**www.experian.com/disputes**

 **Employment Development Department**
State of California

English 1-800-300-5616
Spanish 1-800-326-8937
Cantonese 1-800-547-3506
Vietnamese 1-800-547-2058
Mandarin 1-866-303-0706
TTY 1-800-815-9387

Date:  06 / 08 / 07

**REGGIE EDWARDS**
**PO BOX 1543**
**SANLEANDRO    CA   94577-2517**

## UNEMPLOYMENT INSURANCE CLAIM
## STATUS AND PAYMENT HISTORY

Name:  **REGGIE EDWARDS**                    Last four of SSN: **3799**

Benefit Year Beginning Date:  **06-18-06**    Benefit Year Ends Date:  **06-16-07**

- **Maximum Benefit Amount:**        $    **11,700.00**
- **Weekly Benefit Amount:**        $        **450.00**
- **Balance**        $        **0.00**
- **Currently Receiving Benefits:**            **No**

### Claim Payment History:
### (See explanation of abbreviations and codes on last page.)

| Issue Date | Payment for Week Ending Date/Action | Amount of Deductible Earnings | Amount Paid/ Reason Not Paid | Serial Number/ Check Status | Comments: Child Support, Wages, etc |
|---|---|---|---|---|---|
| 01-25-07 | 12-23-06 | | $450.00 | 14228277-RE | |
| 12-18-06 | 12-16-06 | | $450.00 | 13055955-RE | |
| 12-18-06 | 12-09-06 | | $450.00 | 13055955-RE | |
| 12-04-06 | 12-02-06 | | $450.00 | 12655775-RE | |
| 12-04-06 | 11-25-06 | | $450.00 | 12655775-RE | |
| 11-20-06 | 11-18-06 | | $450.00 | 12303436-RE | |
| 11-20-06 | 11-11-06 | | $450.00 | 12303436-RE | |
| 11-13-06 | 11-04-06 | | $450.00 | 12113409-RE | |
| 11-13-06 | 10-28-06 | | $450.00 | 12113409-RE | |
| 10-26-06 | 10-21-06 | | $450.00 | 11741592-RE | |
| 10-26-06 | 10-14-06 | | $450.00 | 11741592-RE | |
| 10-10-06 | 10-07-06 | | $450.00 | 11314034-RE | |
| 10-10-06 | 09-30-06 | | $450.00 | 11314034-RE | |

**CONFIDENTIALITY NOTICE:**
This notice is for the sole use of the intended recipients. It contains confidential or sensitive information. Under Penal Code 502 and Civil Code 1798.53, any unauthorized review, use, disclosure, or distribution of the content of this document is prohibited and subject to criminal penalties/fines. If you are not the intended recipient, please contact the EDD.

 

Employment
Development
Department
State of California

English 1-800-300-5616
Spanish 1-800-326-8937
Cantonese 1-800-547-3506
Vietnamese 1-800-547-2058
Mandarin 1-866-303-0706
TTY 1-800-815-9387

| | | | | | |
|---|---|---|---|---|---|
| 09-27-06 | 09-23-06 | | $450.00 | 11063804-RE | |
| 09-27-06 | 09-16-06 | | $450.00 | 11063804-RE | |
| 09-12-06 | 09-09-06 | | $450.00 | 10673940-RE | |
| 09-12-06 | 09-02-06 | | $450.00 | 10673940-RE | |
| 08-28-06 | 08-26-06 | | $450.00 | 10325369-RE | |
| 08-28-06 | 08-19-06 | | $450.00 | 10325369-RE | |
| 08-23-06 | 08-12-06 | | $450.00 | 10241275-RE | |
| 08-23-06 | 08-05-06 | | $450.00 | 10241275-RE | |
| 08-02-06 | 07-29-06 | | $450.00 | 09719913-RE | |
| 08-02-06 | 07-22-06 | | $450.00 | 09719913-RE | |
| 07-18-06 | 07-15-06 | | $450.00 | 09304395-RE | |
| 07-18-06 | 07-08-06 | | $450.00 | 09304395-RE | |
| 07-11-06 | 07-01-06 | | $450.00 | 09126926-RE | |
| 07-11-06 | 06-24-06 | | WP | | |

**CONFIDENTIALITY NOTICE:**
This notice is for the sole use of the intended recipients. It contains confidential or sensitive information. Under Penal Code 502 and Civil Code 1798.53, any unauthorized review, use, disclosure, or distribution of the content of this document is prohibited and subject to criminal penalties/fines. If you are not the intended recipient, please contact the EDD.

QRY DATE: 07/30/07  AN: 0-29-6514  DOC: 028 UNIT: G      PG: 002  DEQR

    01 NONE

    02 NONE

    03 NONE

    04 NONE

    05 NONE

    06 NONE

DETAIL COVERED MQGE EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED (1983-1990)
 NO COVERED MQGE EARNINGS POSTED FOR YEARS REQUESTED

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
 NO NON-COVERED EARNINGS AND W-2 PENSION DATA POSTED FOR YEARS REQUESTED

```
***  REC 2007016  183251 H92417E0 O3DM  CIPDMA2   PDM2   (F-O3D )  ***
```

Social Security Administration
SOCIAL SECURITY
7200 BANCROFT AVE
SUITE 263
OAKLAND, CA 94605

Date: January 16, 2007


REGGIE EDWARDS
P OBOX 1543
SAN LEANDRO, CA 94577


This receipt corrects and replaces receipt number 07016028003 that we gave to
you earlier. We corrected your check or money order number. You should keep
this receipt as proof that you made this payment.

Person Making the Payment: REGGIE EDWARDS
You Made This
Payment For              :  REGGIE LAMONT EDWARDS
Claim Number             :  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
Amount of Payment        :  $47.25
Reason for Payment       :  To Pay A Fee
Type of Payment          :  Check Or Money Order
Date of Check/Money Order:  JANUARY 16, 2007
Check/Money Order Number :  08-672087409

Thank you for your payment.   MU: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

**)IRS** Department of the Treasury
Internal Revenue Service

FRESNO   CA  93888-0025

REGGIE EDWARDS
1326 PACIFIC AVE
SAN LEANDRO  CA  94577-2517265

Dear Reggie Edwards:

We have been notified, due to identity theft and your new
Social Security and Taxpayer Identification Number is
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 as of January. 01, 1990.

                                           8943200000
                          Nov. 12, 2003  LTR 1802C
                          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  200112 30 000
                          Input Op:  8943200000    02526

REGGIE EDWARDS
1326 PACIFIC AVE
SAN LEANDRO  CA  94577-2517265

                          **IRS** Department of the Treasury
                                 Internal Revenue Service

                          FRESNO   CA  93888-0025

Be sure the IRS address appears in your envelope window.
                    8943200000

BODCD-NOBOD

*616383799*

REGGIE EDWARDS
1326 PACIFIC AVE
SAN LEANDRO  CA  94577-2517265

INTERNAL REVENUE SERVICE
FRESNO   CA  93888-0025

516383799 XP      30 0 200112 000 000000000000000





**New United Motor Manufacturing, Inc.**

45500 Fremont Boulevard        Fremont, CA 94538 USA        (510) 498-5500

May 24, 2006                                            **CERTIFIED/REGULAR MAIL**

Reggie Edwards (22418)
P.O. Box 1543
San Leandro, CA  94577

Dear Mr. Edwards:

This letter is to inform you that your employment at New United Motor Manufacturing Inc. has been terminated effective May 24, 2006 for violation of the Standards of Conduct **R-Rule 22**, which states:

> *R-22:*    *"Falsifying or omitting pertinent information on any Company record. With regards to employment application the rule shall be one year from the initial application unless unusual circumstances exist."*  AS OF AUG 05 - 2005
> < THIS SECTION WAS REMOVED.

Enclosed is your final paycheck.  If you have any questions, please contact me at (510) 498-5694.

Sincerely,

*Rachel L. Petty*

**Rachel L. Petty**
Assistant Manager - Team Member Relations

cc:    Debra Johnson, Manager, Team Member Relations
       Victor Quesada, UAW Bargaining Chairman
       Johanna Oakson, Assistant Manager, Team Member Relations
       Gabriel Sanchez, UAW Representative
       Personnel File

# Performance Pay Plan

- The current PIPS plan will terminate September 30, 2005 and be replaced by the new Performance Pay Plan that increases a Team Members annual payout potential from $2,400 to $3,000 per year.
- The December 2005 payout will be based on the current PIPS plan and be increased to make up for the missing last quarter.
- The new Performance Pay Plan carries over all of the performance criteria contained in PIPS including Direct Run, Efficiency (hours per unit), JD Power IQS rankings and JD Power Month of Build (MOB) results.
- These performance criteria have been updated and reconfigured with the goals of increasing the odds of getting a payout and increasing the payout amount.
- The current attendance eligibility system (hours worked) has been replaced with a new attendance system.
- The new attendance system increases or decreases a team members annual payout depending upon their individual attendance on Mondays and Fridays.

| Examples of 3% Lum Sum Performance Bonus Year 2 of Agreement | |
| --- | --- |
| **Division I Team Member** | **$ 2,100** |
| **Division II Team Member** | **$ 2,400** |
| **Based on 3% of earnings for a standard 2,080 hour year, plus 10% overtime, with projected COLA adjustments based on average annual inflation of 2.5%.** | |

## Duration and Ratification

The proposed changes in the tentative agreement between the UAW and New United Motor Manufacturing Inc. (NUMMI) would take effect when the agreement has been ratified by a majority vote of the UAW NUMMI membership, and then only on the appropriate effective dates.

If ratified, the new agreement would run for four years and would expire at 2 a.m. Aug. 8, 2009.

This report is a summary of the tentative agreement. In all cases the actual language will apply.



Javier Contreras, Clarence Stimpson, George Nano, Victor Quesada, Jesse Hernandez, John Silva

# Increases for Future Retirees

duced retirement benefits. The employee's actual date of retirement must be no earlier than May 1, 2006 and no later than July 28, 2006.

Upon retirement pursuant to the early retirement window, the retiree will be eligible to participate in the SHIP plan in accordance with its terms.

The company will support, through its trustees, modifications to the SHIP plan to conform to these commitments.

In the proposed agreement, every February beginning in 2006 and continuing throuout the contract, existing retirees (as of Oct. 1, 2005, will receive a $625 lump sum payment and surviving spouses will receive payments of $400.

| The basic pension benefit will increase as follows: | |
| --- | --- |
| Retirement Date | Benefit Rate |
| Current Aug. 7, 2005 – Sept. 30, 2005 | $47.45 $48.50 |
| Oct. 1, 2005 – Sept. 30, 2006 | $49.55 |
| Oct. 1, 2006 – Sept. 30, 2007 | $50.60 |
| Oct. 1, 2007 and after | $51.65 |

## Optional Dependent Life Insurance

| Spouse | Dependent |
| --- | --- |
| $ 40,000 | $20,000 |
| $ 45,000 | $ 22,500 |
| $ 50,000 | $ 25,000 |

# Other Contract Highlights

## Vacation

When a mandatory Saturday is scheduled, workers granted vacation during the vacation scheduling period for the Friday before or Monday after a mandatory Saturday will be allowed to take the Saturday off without using vacation time.

Requests will be considered on a first-come first-served basis.

## Transfers

In the proposed contract, job transfer procedures will give priority to workers who have applied to a posted transfer and give our members more detailed job postings and longer to review the requirements.

Now, workers in a section or group for at least 12 months will have 10 days to apply for a transfer to an open job in another group. The change will not apply to quality assurance audit team members.

Quality assurance audit team members must have worked on the audit team for at least 36 months to be able to transfer from that assignment.

Job openings will be posted on company bulletin boards throughout the plant for 10 working days and will include the date of the posting, when the posting will close,

and specifics about the group, team, shift and physical requirements for the job.

Transferred workers will have 30 days, instead of 10, after reassignment to return to the previous section or group.

If the worker returns to the previous assignment outstanding open transfer requests will remain valid.

When a vacancy occurs within a team, the opening will be offered by seniority within the group where the opening exists. Only one such move will be allowed.

## Shift Assignment

Workers will be able to request a shift reassignment once every six months. If approved, the company will give 10 days written notice of the new shift assignment.

A worker displaced by a seniority worker exercising shift preference rights will be given 10 days written notice of the new shift assignment.

## Seniority

The company can no longer go back more than one year for falsification or omissions on employment applications.

Seniority will be frozen for one year for bargaining unit workers who accept salary

positions. After one year all bargaining unit seniority will be lost.

## Shutdown

If the company schedules a summer shutdown in 2006, the company will offer team members three options:
• the use of vacation/PAA
• no work / no pay / no penalty
• work will be provided
This provision only pertains to the 2006 summer vacation shutdown.

## Expanded Work force

Letter of Understanding – This provision can be extended from 90 to 180 calendar days.

Previous team members who were employed as supplemental and probationary employees will be given first permanent employment openings with all seniority earned.

## Breaks and Lunches

In the event of early breaks or lunches, the manager of the affected section will inform team members of the reason for the early break or lunch. In addition, notification will be given by written posting throughout the section the following day.

# A Message from
# UAW Vice President Nate Gooden



**August 2005**

**Brothers and Sisters:**

Before you is the proposed four-year agreement between the UAW and New United Motors Manufacturing Inc. (NUMMI).

It is the product of a set of negotiations during which we worked hard to protect our wages, health care benefits, and retirement security.

We were successful for two reasons: because of the solidarity our members demonstrated during these negotiations, and because of the hard work we do every day in the plant.

As a result, this agreement will improve our incomes, our retirement security, and our ability to share in productivity, quality and safety improvements at NUMMI.

Hours past the current contract's expiration, we convinced the company to keep NUMMI wages and benefits at industry-leading levels, despite its original proposal that called for drastic changes.

We were able to maintain health care coverage with only modest increases in co-pays for prescription drugs and doctor office visits. We achieved language that will give us 12 additional skilled trades apprentices during the contract, and negotiated stronger contract language on shift assignments, transfers and work standards.

The health and safety changes in this proposed agreement are among the most protective in the auto industry, an achievement that we are proud of.

I'd like to thank the UAW NUMMI Negotiating Committee and its chairman, Victor Quesada, of UAW Local 2244, for its dedicated work on a fine tentative agreement.

I join with the committee in wholeheartedly recommending this tentative agreement for ratification.

In Solidarity,

*Nate Gooden*

Nate Gooden
Vice President and Director
UAW Heavy Trucks Department

# Daily Review



c/o ANG Newspapers
22533 Foothill Blvd.
Hayward, CA 94541
Legal Advertising
(800) 595-9595 opt.4

REGINALD E. ELLIS
P.O. BOX 1543
San Leandro CA 94577

## PROOF OF PUBLICATION

### FILE NO.   HG07332756

In the matter of

### REGGIE L. EDWARDS TO: REGINALD E. ELLIS

The Daily Review

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Daily Review, a newspaper published in the English language in the City of Hayward, County of Alameda, State of California.

I declare that the Daily Review is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's decree, dated March 2, 1950, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Daily Review as a Newspaper of General Circulation, case number 221938. Said decree states that "'The Daily Review' has been established, printed, and published daily in the City of Hayward, County of Alameda, State of California, for one year or more next preceding the date of the filing of said petition; that it is a newspaper published for the dissemination of local and telegraphic news and intelligence of a general character and has a bona fide subscription list of paying subscribers; ... [] [and] THEREFORE, ... 'The Daily Review' is hereby determined and declared to be a newspaper of general circulation [within the meaning of Government Code §§ 6000 et seq.]" Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**7/8/2007, 7/15/2007, 7/22/2007, 7/29/2007**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct

Public Notice Advertising Clerk

---

Legal No.        0000790890

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NO. HG07332756

TO ALL INTERESTED PARTIES:

Petitioner: REGINALD E. ELLIS filed a petition with this court for a decree changing names as follows:
Present Name
REGGIE L. EDWARDS
To Proposed Name
REGINALD E. ELLIS
THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted.
NOTICE OF HEARING
Date: August 17, 2007, at
Time: 8:45 A.M., in Dept. 514
The address of the court is:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
24405 Amador Street
Hayward, CA 94544
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: THE DAILY REVIEW
Dated: June 26, 2007

REGINALD E. ELLIS
P.O. BOX 1543
San Leandro, CA 94577
PETITIONER IN PRO PER

GLENN P. OLEON
Judge of the Superior Court

The Daily Review, #790890
July 8, 15, 22, 29, 2007

ENDORSED
FILED
ALAMEDA COUNTY

JUL 3 0 2007

CLERK OF THE SUPERIOR COURT
By, Dorothy L. Lee, Deputy

# Daily Review



c/o ANG Newspapers
22533 Foothill Blvd.
Hayward, CA 94541
Legal Advertising
(800) 595-9595 opt.4

REGINALD E. ELLIS
P.O. BOX 1543
San Leandro CA 94577

## PROOF OF PUBLICATION

## FILE NO.    HG07332756

In the matter of

### REGGIE L. EDWARDS TO: REGINALD E. ELLIS

The Daily Review

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Daily Review, a newspaper published in the English language in the City of Hayward, County of Alameda, State of California.

I declare that the Daily Review is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's decree, dated March 2, 1950, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Daily Review as a Newspaper of General Circulation, case number 221938. Said decree states that "'The Daily Review' has been established, printed, and published daily in the City of Hayward, County of Alameda, State of California, for one year or more next preceding the date of the filing of said petition; that it is a newspaper published for the dissemination of local and telegraphic news and intelligence of a general character and has a bona fide subscription list of paying subscribers; ... [] [and] THEREFORE, ... 'The Daily Review' is hereby determined and declared to be a newspaper of general circulation [within the meaning of Government Code §§ 6000 et seq.]" Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

7/8/2007, 7/15/2007, 7/22/2007, 7/29/2007

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Public Notice Advertising Clerk

---

Legal No.        0000790890

ORDER TO SHOW CAUSE
FOR CHANGE OF NAME
CASE NO. HG07332756

TO ALL INTERESTED PARTIES:

Petitioner: REGINALD E. ELLIS filed a petition with this court for a decree changing names as follows:
Present Name
REGGIE L. EDWARDS
To Proposed Name
REGINALD E. ELLIS
THE COURT ORDERS that all persons interested in this matter shall appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted.
NOTICE OF HEARING
Date: August 17, 2007, at
Time: 8:45 A.M., in Dept. 514
The address of the court is:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA
24405 Amador Street
Hayward, CA 94544
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: THE DAILY REVIEW
Dated: June 26, 2007

REGINALD E. ELLIS
P.O. BOX 1543
San Leandro, CA 94577
PETITIONER IN PRO PER

GLENN P. OLEON
Judge of the Superior Court

The Daily Review, #790890
July 8, 15, 22, 29, 2007

ENDORSED
FILED
ALAMEDA COUNTY

JUL 3 0 2007

CLERK OF THE SUPERIOR COURT
By: _____ L. Lee, Deputy

NC-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

FAX NO. (Optional)  X

E-MAIL ADDRESS (Optional)

ATTORNEY FOR (Name)

**FILED**
**ALAMEDA COUNTY**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:                              ALAMEDA

BRANCH NAME:

RONALD G. OVERHOLT, Exec. Off./Clerk
By Marsha Smith

PETITION OF (Names of each petitioner):

Reginald Ellis

| PETITION FOR CHANGE OF NAME | CASE NUMBER: X 101402 |
|---|---|

Before you complete this petition, you should read the *Instructions for Filing a Petition for Change of Name* on the next page. You must answer all questions and check all boxes on this petition that apply to you. You must file this petition in the superior court of the county where the person whose name is to be changed resides.

1. Petitioner (name):                                                                              resides in this county.

2. Petitioner requests that the court decree the following name changes (list every name that you are seeking to change):

   Present name                                                    Proposed name

   a. _____ changed to _____

   b. _____ changed to _____

   c. _____ changed to _____

   d. _____ changed to _____

   ☐ Continued (if you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2).

3. Petitioner requests that the court issue an order directing all interested persons to appear and show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is (specify)

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by

   a. ☐  both parents.
   b. ☐  mother only.
   c. ☐  father only.
   d. ☐  near relative (name and relationship):
   e. ☐  guardian (name):
   f. ☐  other (specify):

6. For each person whose name is to be changed, petitioner provides the following information (you must attach a completed copy of the attachment Name and Information About the Person Whose Name Is to Be Changed (form NC-110) for each person identified in item 2):

   a.  The number of attachments included in this petition is (specify number):

   b–f. (Attachment page or pages)

_____
(Instructions on next page)

Form Adopted for Mandatory Use
Judicial Council of California
NC-100

**PETITION FOR CHANGE OF NAME**
(Change of Name)

Code of Civil Procedure, § 1275 et seq.
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

**NC-110G**

PETITION OF ~~(Name of petitioner or petitioners):~~                    ~~CASE NUMBER~~

FOR CHANGE OF NAME

**DECLARATION OF GUARDIAN**                    Attachment

Supplemental Attachment to *Petition for Change of Name* (Form NC-100)

*(If you are petitioning as a guardian of a minor, you must use a **separate** supplemental attachment for **each** minor whose name is to be changed.)*

7.  a.  Petitioner (name): *Reginald E. Ellis*

    b.  Petitioner's address (street, city, county, and zip code):
        *3416 Sunset Blvd Hayward CA, ALAMEDA 94571*

    c.  Petitioner is the guardian of the following minor whose name is to be changed:
        (1)  Name *(present name of child)*: *N/A*
        (2)  Address *(street, city, county, and zip code)*:

    d.  Petitioner was appointed guardian of the minor identified in item 7c by *(specify)*:
        (1)  Superior Court of California, County of *(name)*:
        (2)  Department *(check one)*:  ☐ Juvenile    ☐ Probate
        (3)  Case number *(specify)*:
        (4)  Date of appointment *(specify)*: *N/A*

    e.  The grandparents of the minor whose name is to be changed are *(provide names and addresses, if known)*:
        (1)  Grandfather *(name)*:                    *(address)*:

        (2)  Grandmother *(name)*:                    *(address)*:

                                *N/A*
        (3)  Grandfather *(name)*:                    *(address)*:

        (4)  Grandmother *(name)*:                    *(address)*:

    f.  The minor identified in item 7c is likely to remain under the guardian's care until the minor reaches the age of majority because *(explain)*:

        ☐ Continued *(if you need additional space, check the box, prepare an Attachment 7f, and attach it to this declaration)*.

    g.  The minor identified in item 7c is not likely to be returned to the custody of his or her parents because *(explain)*:

        ☐ Continued *(if you need additional space, check the box, prepare an Attachment 7g, and attach it to this declaration)*.

    h.  Other relevant information about the guardianship and why the proposed name change is in the best interest of the minor *(specify)*:

        ☐ Continued *(if you need additional space, check the box, prepare an Attachment 7h, and attach it to this declaration)*.

I declare under penalty of perjury under the laws of the State of California that the information in the foregoing declaration is true and correct.

Date:

_____                    ▶ _____
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PETITIONER)

Guardian of *(name of minor)*: *N/A*

Form Adopted for Mandatory Use
Judicial Council of California
NC-110G [New January 1, 2001]

**SUPPLEMENTAL ATTACHMENT TO
PETITION FOR CHANGE OF NAME
(Declaration of Guardian)**

Code of Civil Procedure, § 1275 et seq.

American LegalNet, Inc.
www.USCourtForms.com

Aug 14, 07 THE 2 ATTorneys
Helping ME over
16 yeaRS Ago FAILED
To NoTiFiy DMV
AND THE Local
CourTs, Concerning
my NAME CHANgE.

Donald Edward Ellis

NC-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Mark Cooper

FAX NO. *(Opt*

E-MAIL ADDRESS *(Optional)*

ATTORNEY FOR *(Name)*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: **SUPERIOR COURT OF CALIFORNIA,**

MAILING ADDRESS:

CITY AND ZIP CODE: **COUNTY OF ALAMEDA**

BRANCH NAME:

PETITION OF *(Names of each petitioner):*

**PETITION FOR CHANGE OF NAME**

**FILED**
**ALAMEDA COUNTY**

RONALD G. OVERHOLT, Exec. Off./Clerk
By *Marsha Smith*

---

Before you complete this petition, you should read the *Instructions for Filing a Petition for Change of Name* on the next page. You must answer all questions and check all boxes on this petition that apply to you. You must file this petition in the superior court of the county where the person whose name is to be changed resides.

---

1. Petitioner *(name):* _____                                    resides in this county.

2. Petitioner requests that the court decree the following name changes *(list every name that you are seeking to change):*

    | | Present name | | Proposed name |
    |---|---|---|---|
    | a. | _____ | changed to | _____ J. Edwards |
    | b. | _____ | changed to | _____ |
    | c. | _____ | changed to | _____ |
    | d. | _____ | changed to | _____ |

    ☐ Continued *(if you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2).*

3. Petitioner requests that the court issue an order directing all interested persons to appear and show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is *(specif*_____

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by

    a. ☐ both parents.
    b. ☐ mother only.
    c. ☐ father only.
    d. ☐ near relative *(name and relationship):*
    e. ☐ guardian *(name):*
    f. ☐ other *(specify):*

6. For each person whose name is to be changed, petitioner provides the following information *(you must attach a completed copy of the attachment* Name and Information About the Person Whose Name Is to Be Changed *(form NC-110) for each person identified in item 2):*

    a. The number of attachments included in this petition is *(specify number*_____

    b–f. *(Attachment page or pages)*

    *(Instructions on next page)*

---

**PETITION FOR CHANGE OF NAME**
**(Change of Name)**
Code of Civil Procedure, § 1275 et seq.
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

**NC-110G**

| PETITION OF (Name of petitioner or petitioners): | CASE NUMBER: |
|---|---|
| Reginald E. Ellis    FOR CHANGE OF NAME | |

**DECLARATION OF GUARDIAN**    Attachment

Supplemental Attachment to *Petition for Change of Name* (Form NC-100)

*(If you are petitioning as a guardian of a minor, you must use a separate supplemental attachment for each minor whose name is to be changed.)*

7. a. Petitioner (name): Reginald E. Ellis

   b. Petitioner's address (street, city, county, and zip code): 3116 Sunset Blvd Hayward CA, Alameda 94571

   c. Petitioner is the guardian of the following minor whose name is to be changed:
      (1) Name *(present name of child)*: N/A
      (2) Address *(street, city, county, and zip code)*:

   d. Petitioner was appointed guardian of the minor identified in item 7c by *(specify)*:
      (1) Superior Court of California, County of *(name)*:
      (2) Department *(check one)*: ☐ Juvenile   ☐ Probate
      (3) Case number *(specify)*:
      (4) Date of appointment *(specify)*: N/A

   e. The grandparents of the minor whose name is to be changed are *(provide names and addresses, if known)*:
      (1) Grandfather *(name)*:                              *(address)*:

      (2) Grandmother *(name)*:                              *(address)*:
                                      N/A
      (3) Grandfather *(name)*:                              *(address)*:

      (4) Grandmother *(name)*:                              *(address)*:

   f. The minor identified in item 7c is likely to remain under the guardian's care until the minor reaches the age of majority because *(explain)*:

      ☐ Continued *(if you need additional space, check the box, prepare an Attachment 7f, and attach it to this declaration)*.

   g. The minor identified in item 7c is not likely to be returned to the custody of his or her parents because *(explain)*:

      ☐ Continued *(if you need additional space, check the box, prepare an Attachment 7g, and attach it to this declaration)*.

   h. Other relevant information about the guardianship and why the proposed name change is in the best interest of the minor *(specify)*:

      ☐ Continued *(if you need additional space, check the box, prepare an Attachment 7h, and attach it to this declaration)*.

I declare under penalty of perjury under the laws of the State of California that the information in the foregoing declaration is true and correct.

D

| _____ | ► _____ |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF PETITIONER) |

Guardian of *(name of minor)*: N/A

**SUPPLEMENTAL ATTACHMENT TO
PETITION FOR CHANGE OF NAME
(Declaration of Guardian)**

Code of Civil Procedure, § 1275 et seq.

American LegalNet, Inc.
www.USCourtForms.com

**Statement** for account number: **4104 1400 1961 1301**

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $9,391.66 | 07/10/2007 | $1,3 | $3,676.66 |

**CHASE**

*$16,539.65 TOTAL DEBT*

Amount Enclosed  $ .  **Make your check payable to Chase.**
New address or phone number? Print on back.

Purchase Total Protection℠
Debt Cancellation today.
Call toll-free 1-800-603-9053

*Financial Records*

4104140019611301003676660093916600000006

31529 BEX Z 061507 C
REGGIE EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154

CHASE CARDMEMBER SERVICE
PO BOX 94010
PALATINE IL 60094-4010



Opening/Closing Date  05/16/07 - 06/15/07
Payment Due Date  07/10/2007
Minimum Payment Due  $3,676.66

**CUSTOMER SERVICE**
In U.S.  1-866-522-7587
Español  1-866-522-7587
TDD  1-800-828-1140
Pay by phone 1-866-522-7587

### VISA ACCOUNT SUMMARY

Account Number: 4104 1400 1961 1301

| | | |
|---|---|---|
| Previous Balance | $9,200.73 | Credit Line | $0 |
| Finance Charges | +$190.93 | Available Credit | $0 |
| New Balance | $9,391.66 | Available for Cash Advance | $0 |
| | | (Included in available credit amount) | |

**ACCOUNT INQUIRIES**
P.O. Box 15678
Wilmington, DE 19885-5678

**PAYMENT ADDRESS**
PO Box 94010
Palatine, IL 60094-4010

**VISIT US AT:**
www.cardaccountservice.com
/circuitcity

Your payment is seriously delinquent. The balance is now due. To avoid accelerated collection
activity, payment of the balance must be received immediately. Call 800-766-3579

### REWARDS POINTS SUMMARY

| | |
|---|---|
| Your Circuit City Rewards ID Number | 70032234455 |
| Rewards Points you have earned through 06/15/2007 | 13581 |
| Total Rewards Points available for redemption | 13581 |
| Rewards Points pending in your account | 0 |

Request your Rewards Certificates today! You currently have earned enough
rewards points to request a Rewards Certificate towards your next purchase at
Circuit City. For every 500 points, you'll receive a $5 Rewards Certificate. Just
visit circuitcityrewards.com or call 1-866-525-1282 anytime to request your
Rewards Certificates.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 06/15 | | PURCHASE *FINANCE CHARGE* | | $177.90 |
| 06/15 | | CASH *FINANCE CHARGE* | | 13.03 |

### FINANCE CHARGE SUMMARY

| Balance Type | Average Daily Balance | Monthly Periodic Rate 31 Days in Cycle | Corresponding Annual Percentage Rate | | PERIODIC FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases A | $8,573.10 | 2.07500% | Fixed | 24.90% | $177.90 |
| Purchases C | $627.63 | 2.07500% | Fixed | 24.90% | $13.03 |

Form **8879**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization**

▶ Do not send to the IRS. Keep this form for your records.
▶ See Instructions.

OMB No. 1545-1758

**2004**

| Declaration Control Number (DCN) ▶ | 00-941644-    -5 | | |
|---|---|---|---|
| Taxpayer's name | | Social security number | |
| REGGIE L EDWARDS | | 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 | |
| Spouse's name | | Spouse's social security number | |

**Part I  Tax Return Information - Tax Year Ending December 31, 2004 (Whole Dollars Only)**

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 37; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 61,087 |
| 2 | Total tax (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 218 |
| 3 | Federal income tax withheld (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | 7,181 |
| 4 | Refund (Form 1040, line 72a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | 6,963 |
| 5 | Amount you owe (Form 1040, line 74; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | |

**Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2004, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I acknowledge that I have read the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize **HR BLOCK**_____ to enter my PIN | 23540 | as my signature
                          ERO firm name                                    do not enter all zeros
on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ **COPY ONLY**_____ Date ▶ 01/20/2005

**Spouse's PIN: check one box only**

[ ] I authorize _____ to enter my PIN | | as my signature
                          ERO firm name                                    do not enter all zeros
on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ **COPY ONLY**_____ Date ▶ _____

**Practitioner PIN Method Returns Only - continue below**

**Part III  Certification and Authentication - Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit PIN. | 94164479504 |
                                                                       do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2004 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345**, Handbook for Authorized e-file Providers.

ERO's signature ▶ _~~signature~~_ Date ▶ 01/20/2005

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form To The IRS Unless Requested To Do So**

KBA  For Privacy Act and Paperwork Reduction Act Notice, see page 2 of form.                Form **8879** (2004)

8879(D) (2004)              FD8879D- 1V 1.0
Form Software Copyright 1996 - 2005 H&R Block Tax Services, Inc.

P O BOX 15630
DEPT 99
WILMINGTON DE 19850

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044

877-326-7047
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Aug 4, 2007

Calls to or from this company may be monitored
or recorded for quality assurance.

4F8O6Q                    0054-3943
REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA  94577-0154

CREDITOR: CHASE BANK USA, INC.
ACCOUNT #: 5401683022730961
REGARDING: PAST DUE BALANCE
PRINCIPAL: $ 1368.21
INTEREST: $ 0.00
INTEREST RATE:
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $ 1368.21

The named creditor has placed this account with our office for collection. It is important that you forward payment in full.

If you choose not to respond to this notification, we will assign your account to a collector with instructions to collect the balance.

To assure proper credit, please put our internal account number 4F8O6Q on your check or money order and enclose the lower portion of this letter with your payment. If you need to speak to a representative contact us at 877-326-7047.

Returned checks may be subject to the maximum fees allowed by your state.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C4F8O6Q9-9BJOI3A.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.    **PLEASE SEE IMPORTANT INFORMATION ON REVERSE SIDE**
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Creditor Account # | Total Balance |
|---|---|---|
| 4F8O6Q | 5401683022730961 | $ 1368.21 |

REGGIE L EDWARDS

Payment Amount

$ ☐☐☐☐☐☐ . ☐☐

Check here if your address or phone number has
changed and provide the new information below.  ☐

NAME ...........................................................

STREET ADDRESS ..........................................

CITY ..................... STATE ........ ZIP ...........

HOME PHONE ................ BUSINESS PHONE .........

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCO  A
3943

0199004F8O6Q9000000010000000001368217

DATA 301P

PO Box 1206
Oaks, PA 19456-1206

**ARROW**
FINANCIAL SERVICES

Please send all correspondence to:
5996 W Touhy Ave, Niles, IL 60714
Pay online at www.arrowcustomer.com

**OFFICE HOURS: Central Time**
Monday thru Thursday:   7:00 am - 11:00 pm
Friday:   7:00 am - 11:00 pm
Saturday:   8:00 am - Noon
Sunday:   4:00 pm - 8:00 pm
**Phone Number : 866-530-1866**

March 13, 2007

2644 - 17326

9515473 - 2178
REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154

| | |
|---|---|
| **ID Number :** 9515473 | |
| **Re:** MERVYNS | |
| **Account # :** 80010332592510 | |
| **Total Current Balance:** $6135.26 | |

## PAST DUE BALANCE

Dear REGGIE L EDWARDS,

At this time we are willing to settle your past due account for 25% of the total current balance and accept this amount as settlement of the referenced account.  The settlement amount must be made in one payment and received by our office on or before April 11  2007.

### *** Settlement Amount $1533.82 You Save $4601.44 ***

To accept this offer, simply make sure that we receive the entire Settlement Amount on or before April 11  2007.  If we receive the Settlement Amount on or before April 11  2007, and if your funds clear, we will consider your account to be settled in full and will stop all further collection efforts.

This offer expires on April 11  2007.  However, under appropriate circumstances, we may be willing to extend this settlement offer or to accept less than the Settlement Amount.  Please contact us to discuss these options.

Should you have any questions please feel free to contact me at 866-530-1866.

Sincerely,

*MARK A WILLIAMS*

MARK A WILLIAMS
Account Representative

THIS AGENCY IS ENGAGED IN THE COLLECTION OF DEBTS. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

### PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

2644 - 17326

✂    PLEASE RETURN THIS PORTION WITH YOUR PAYMENT..THANK YOU!   ✂

Please see reverse side if you would like to pay by credit card

March 13, 2007

| | |
|---|---|
| **ID Number :** 9515473 | |
| **Re:** MERVYNS | |
| **Account # :** 80010332592510 | |
| **Total Current Balance:** $6135.26 | |

☐  Please check here if there is a new phone # or
address change and enter information on reverse side

9515473 - 2178
REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154

600 MW2
ARROW FINANCIAL SERVICES
21031 Network Place
Chicago, IL 60678-1031

0009515473 008001033259251O 2178 000061352b O

Chase Bank USA, N.A.
P.O. Box 100043
Kennesaw, GA  30156-9243



June 20, 2007

0001440

Reggie Edwards
Po Box 1543
San Leandro, CA  94577-0154

Acct No. XXXXXXXXXXXX1301
Current Balance:  $9,391.66

Dear Reggie Edwards:

You are indebted to Chase Bank USA, N.A. (Chase) for the balance of $9,391.66. You have
repeatedly failed to assume responsibility for this debt. Unless this obligation is immediately satisfied,
your Circuit City® Rewards VISA credit card account will be reported to the national credit bureaus
with a derogatory credit rating and a charged off status.

According to the Fair Credit Reporting Act, the credit bureau can maintain this derogatory rating on
their records up to seven years. This rating could affect your credit future. Most creditors refer to this
report when you apply for any type of loan, including car loans and mortgages. Some employers also
use the credit bureau report as a pre-employment screening tool.

**PREVENT A CHARGED OFF STATUS FROM APPEARING ON YOUR CREDIT REPORT.**

For your convenience, payments can be made with a Chase representative over the phone by using your
checking account information, and the payment will post to your account within two business days.
Payments can also be made in any Circuit City® store or through any one of 20,000 Western Union
Agency offices. We may agree to payment arrangement terms if you contact us immediately. Contact
us at the telephone number listed below between 9:00 AM to 12:00 AM (ET), Monday through Friday,
or 9:00 AM to 9:00 PM (ET), Saturday without delay!

Sincerely,

Account Management Department
1-800-204-6358

P.S. Visit us online at www.circuitcitycredit.com. You can check your current balance, make
payments, view recent transactions, and even download posted transactions into your financial
management software 24 hours a day, 7 days a week.

Account is owned by Chase Bank USA, N.A.
Calls may be monitored and/or recorded to ensure the highest level of quality service.

FNASC50A2006070419007629TNP760C/VP/CR2

# MERIWEST
### C R E D I T   U N I O N

P.O. Box 530953
San Jose, CA 95153-5353

877-MERIWEST (877-637-4937)
www.meriwest.com

REGGIE LAMONT EDWARDS
P.O. BOX 1543
SAN LEANDRO CA 94577

8988-17971-42o2

Account Number:    9715689
Statement Date:    July 31, 2007
Page:              1 of 2

| ACCOUNT SUMMARY | |
| --- | --- |
| Total Checking: | $-1,994.71 |
| Total Loans: | $12,381.26 |

| IMPORTANT MESSAGES |
| --- |
| NOW OPEN — Meriwest's new San Ramon Financial Center: 2005 Crow Canyon Place (located inside the Magnolia Square Shopping Center), in charming San Ramon. Stop by and visit soon! |

## MEMBER STATEMENT OF ACCOUNT

Interested in a high-yield investment that also rewards you with extra cash? Meriwest's new "Premium High-Yield Money Market Bonus Bucks" promotion delivers just that. Give us a call today at 877-MERIWEST for more details. This is a limited-time offer, so don't wait.

## CHECKING

### TRANSACTION DETAILS

| Trans Date | Transaction Description | Withdrawal | Deposit | Balance |
| --- | --- | --- | --- | --- |
| **CHECKING ID: 21 (ECONOMY CHECKING - 5495452)** | | | | |
| 07/01 | **Starting Balance** | | | **$-1,994.71** |
| 07/31 | **Ending Balance for ECONOMY CHECKING - 5495452** | | | **$-1,994.71** |
| | YTD Dividends: $0.00 | | | |
| | YTD Dividends in 2006: $0.00 | | | |

## LOANS

### TRANSACTION DETAILS

| Trans Date | Transaction Description | Transaction Amount | Finance Charge | Late Charge | Change to Principal | New Balance |
| --- | --- | --- | --- | --- | --- | --- |
| **LOAN ID: 01 (CLOSED VALUECHOICE)** | | | | | | |
| | APR 19.50%   Daily Rate .053424%   Type: Variable | | | | | |
| 07/01 | **Beginning Balance** | | | | | **$5,069.71** |
| 07/31 | **Ending Balance for CLOSED VALUECHOICE** | | | | | **$5,069.71** |
| | Next Payment Amount  $124.85 due on 06/15/2006 | | | | | |
| | YTD Finance Charge: $0.00 | | | | | |
| | YTD Finance Charge in 2006: $240.06 | | | | | |

### TRANSACTION DETAILS

| Trans Date | Transaction Description | Transaction Amount | Finance Charge | Late Charge | Change to Principal | New Balance |
| --- | --- | --- | --- | --- | --- | --- |
| **LOAN ID: 02 (PERSONAL / VARIABLE)** | | | | | | |
| | APR 15.00%   Daily Rate .041095%   Type: Variable | | | | | |
| 07/01 | **Beginning Balance** | | | | | **$7,311.55** |
| 07/31 | **Ending Balance for PERSONAL / VARIABLE** | | | | | **$7,311.55** |
| | Next Payment Amount  $219.33 due on 06/15/2006 | | | | | |
| | YTD Finance Charge: $0.00 | | | | | |

260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525
RETURN SERVICE REQUESTED

**RMS**

**Receivables Management Solutions**

260 E. Wentworth Ave. • West St. Paul, MN 55118
(651) 457-1130 • Fax (651) 457-3827 • 1-800-299-8301

May 1, 2007

RMS Placement Date: 03/15/2007
RMS account #: 5821675
Total Due: $6798.77
Client: NCO PORTFOLIO MANAGEMENT
Original Creditor: NCO/ASSIGNEE OF AMEX
Account #: 373494992671002

1827 - 356

REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154

Dear REGGIE L EDWARDS

NCO PORTFOLIO MANAGEMENT authorized Receivables Management Solutions, Inc. to settle the above referenced account for $3399.39.

This offer may expire without notice or be revoked at any time.

Once the one payment of $3399.39 has been paid to our office on time, we will report to our client your above noted account is settled in full.

You may contact our office by calling toll free 1-800-299-8301. Please refer to your RMS account # 5821675. Office hours are Monday through Thursday 7am to 9pm, Friday 7am to 7pm and Saturday 7am to 12pm Central time zone.

RMS offers many payment methods including Check by Phone, Western Union's 'Quick Collect', MoneyGram, Visa/MasterCard services and US Postal mail delivery.

Sincerely,

Receivables Management Solutions, Inc.

**This collection agency is licensed by the Minnesota Department of Commerce.**
**This communication is from a debt collector and is sent for debt collection purposes and any information obtained will be used for that purpose.**

**\*See reverse side for important information.**

---

**\*\*\* Detach bottom portion and return with payment \*\*\***

260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525

RMS account #: 5821675
Total Due: $6798.77
Client: NCO PORTFOLIO MANAGEMENT
Original Creditor: NCO/ASSIGNEE OF AMEX
Account #: 373494992671002
Settlement Offer: $3399.39

REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154

RMS
260 E. Wentworth Ave.
W. St. Paul, MN 55118-3525



NK

1827 - 356

**Chase Bank USA, N.A.**
**P.O. Box 100043**
**Kennesaw, GA 30156-9243**



July 3, 2007

0002628

Reggie Edwards
Po Box 1543
San Leandro, CA 94577-0154

Acct No. XXXXXXXXXXXXX1301
Current Balance: $9,391.66

Dear Reggie Edwards:

Due to serious delinquency, your Circuit City® Rewards VISA credit card account with Chase Bank USA, N.A. (Chase) is being forwarded to the Recovery Department for FINAL REVIEW. Your failure to accept responsibility for this matter has left two options:

1. Agree to one of several payment options
2. Refer your account to a collection agency for further action

This bad debt will reflect on your credit history and may hinder your ability to obtain future credit, including automobile loans and home mortgages.

The balance of $9,391.66 must be paid immediately. For your convenience, payments can be made with a Chase representative over the phone by using your checking account information, and the payment will post to your account within two business days. Payments can also be made in any Circuit City® store or through any one of 20,000 Western Union Agency offices. To discuss other payment options, please contact an Account Management Representative at the telephone number listed below today. Our hours of operation are Monday through Thursday, 9:00 AM to 10:00 PM ET, and Saturdays 9:00 AM to 5:00 PM ET.

Failure to resolve this matter immediately will force Chase to report your account to the national credit bureaus with a CHARGED OFF status. You must respond now before we are no longer able to assist you.

Sincerely,

Account Management Department
1-800-204-6358

P.S. Visit us online at www.circuitcitycredit.com. You can check your current balance, make payments, view recent transactions, and even download posted transactions into your financial management software 24 hours a day, 7 days a week.

**Account is owned by Chase Bank USA, N.A.**
**Calls may be monitored and/or recorded to ensure the highest level of quality service.**

FNASC50A030707041201740 3TNP761C/VP/CR2

# MERIWEST
### CREDIT UNION

P.O. Box 530953
San Jose, CA 95153-5353

877-MERIWEST (877-637-4937)
www.meriwest.com

| | |
|---|---|
| Account Number: | 9715689 |
| Statement Date: | June 30, 2007 |
| Pa...: | 1 of 2 |

| ACCOUNT SUMMARY | |
|---|---|
| Total Checking: | $-1,994.71 |
| Total Loans: | $12,381.26 |

REGGIE LAMONT EDWARDS
P.O. BOX 1543
SAN LEANDRO CA 94577

7916-15831-42e4

### IMPORTANT MESSAGES

Build your savings on your terms! Call us at 877-MERIWEST for details on our Pick Three Term Share Certificate offer. This is a limited-time promotion, so contact us today.

‖‖ɪ‖ɪɪ‖‖ɪ‖ɪ‖ɪɪ‖‖ɪɪɪ‖ɪɪ‖ɪ‖ɪɪ‖ɪɪ‖ɪ‖‖‖

## MEMBER STATEMENT OF ACCOUNT

Take advantage of FREE Online Banking and FREE Bill Pay from Meriwest Credit Union. Enjoy all the services you're accustomed to -- and more! For details on how to make your online banking experience easier and time-saving, call us today at 877-MERIWEST or visit www.meriwest.com.

## CHECKING

### TRANSACTION DETAILS

| Trans Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| **CHECKING ID: 21 (ECONOMY CHECKING - 5495452)** | | | | |
| 06/01 | Starting Balance | | | $-1,994.71 |
| 06/30 | Ending Balance for ECONOMY CHECKING - 5495452 | | | $-1,994.71 |
| | YTD Dividends: $0.00 | | | |
| | YTD Dividends in 2006: $0.00 | | | |

## LOANS

### TRANSACTION DETAILS

| Trans Date | Transaction Description | Transaction Amount | Finance Charge | Late Charge | Change to Principal | New Balance |
|---|---|---|---|---|---|---|
| **LOAN ID: 01 (CLOSED VALUECHOICE)** | | | | | | |
| | APR 19.50%   Daily Rate .053424%   Type: Variable | | | | | |
| 06/01 | Beginning Balance | | | | | $5,069.71 |
| 06/30 | Ending Balance for CLOSED VALUECHOICE | | | | | $5,069.71 |
| | Next Payment Amount  $124.85 due on 06/15/2006 | | | | | |
| | YTD Finance Charge: $0.00 | | | | | |
| | YTD Finance Charge in 2006: $240.06 | | | | | |

### TRANSACTION DETAILS

| Trans Date | Transaction Description | Transaction Amount | Finance Charge | Late Charge | Change to Principal | New Balance |
|---|---|---|---|---|---|---|
| **LOAN ID: 02 (PERSONAL / VARIABLE)** | | | | | | |
| | APR 15.00%   Daily Rate .041095%   Type: Variable | | | | | |
| 06/01 | Beginning Balance | | | | | $7,311.55 |
| 06/30 | Ending Balance for PERSONAL / VARIABLE | | | | | $7,311.55 |
| | Next Payment Amount  $219.33 due on 06/15/2006 | | | | | |
| | YTD Finance Charge: $0.00 | | | | | |

Chase Bank USA, N.A.
P.O. Box 100043
Kennesaw, GA  30156-9243



May 23, 2007

0002485

Reggie Edwards
Po Box 1543
San Leandro, CA  94577-0154

Acct No. XXXXXXXXXXXX1301
Current Balance:  $9,200.73

Dear Reggie Edwards:

Your failure to make acceptable payment arrangements on your Circuit City® Rewards VISA credit
card account issued by Chase Bank USA, N.A. (Chase) has forced us to consider your account for
accelerated collection activity. Unless sufficient payment is received, your account will reflect a
CHARGED OFF status. If this occurs, your account may be placed with an outside collection agency.
Collection agencies cannot offer the various payment options that a Chase representative can.

Do not continue to ignore this situation. Contact us today at the telephone number listed below between
9:00 AM to 12:00 AM (ET), Monday through Friday, or 9:00 AM to 9:00 PM (ET), Saturday to set
up the best payment arrangement for your situation.

Respectfully,

Account Management Department
1-800-204-6358

P.S. Visit us online at www.circuitcitycredit.com. You can check your current balance, make
payments, view recent transactions, and even download posted transactions into your financial
management software 24 hours a day, 7 days a week.

Account is owned by Chase Bank USA, N.A.
Calls may be monitored and/or recorded to ensure the highest level of quality service.

FNASC50A230507060501167DTNP750C/VP/CR2



**MERIWEST**
CREDIT UNION

September 6, 2006

Reggie Lamont Edwards
P.O. Box 1543
San Leandro, Ca 94577

RE: Account Number 0009715689 ID 21

Dear Reggie Lamont Edwards:

Please note the above mentioned checking account is being reviewed due to a negative $1,517.60 balance as of 06/12/2006. Please bring your account to a positive balance by 09/22/2006.

Frequently in these situations there have been simple calculation errors, unexpected debits or improperly recorded ATM or Debit Card transactions. If you wish to review your account please utilize our enhanced banking service at www.meriwest.com or by dialing our Customer Contact Center at (877)MERIWEST.

Please let us know how we can help you in accomplishing your financial goals. Thank you for banking with Meriwest.

Sincerely,

Support Services
Meriwest Credit Union

5615 Chesbro Avenue, San Jose, CA 95123-3046 | (408) 363-3200 | (800) 750-3775 | Fax:(408) 363-3330 | www.meriwest.com

CAC1/540168302273O961    0318/0100026/202 64955463
Do not send correspondence to this address.

P.O. Box 1967
Southgate, MI 48195-0967



ENHANCED RECOVERY
CORPORATION

Personal & Confidential
Reggie L Edwards
PO Box 1543
San Leandro, CA 94577-0154

(800) 657-0082 Toll Free
(904) 645-3009 Facsimile
www.payerc.com
Office Hours (Eastern Time):
8:00 AM - 9:00 PM — M-Th
8:00 AM - 5:00 PM – F
8:00 AM - 12:00 PM -- Sat

05/30/07

| | |
|---|---|
| Creditor: CHASE BANK USA, N.A. | Acct: MS |
| Original Creditor: Chase Bank USA, N.A. | Amount of Debt: $1,368.21 |

# COLLECTION NOTICE

Dear Reggie L Edwards:

This letter is to inform you that according to CHASE BANK USA, N.A. records, this debt remains unpaid. If payment or acceptable resolution does not occur, your account will be subject to further collection activity.

The following options are available to you at this time:
Amount of Debt: $1,368.21
　1. Settlement Amount: $957.75 Please remit by: 06/14/07
　2. Hardship Payment Plan
　　 I wish to pay _____ per month
　3. Contact our office to discuss your account (See reverse side for important notices and consumer rights)

Please remit the selected payment from above or contact our office to discuss your account.
Make your check or money order payable to Enhanced Recovery Corporation and mail it in the enclosed envelope, or pay online by check or credit card at www.payerc.com. All transactions are secured through VeriSign.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**

American Collectors
*Association member*

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

(Please return this portion with your payment to the address below)

| For: | Reggie L Edwards | Correct Address: _____ |
|---|---|---|
| Acct: | MS | City: _____ State: _____ Zip: _____ |
| Creditor: | CHASE BANK USA, N.A. | |
| Original Creditor: | Chase Bank USA, N.A. | Phone: _____ SSN: _____ |
| Amount of Debt: | $1,368.21 | Employer: _____ |

Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

- SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS -

CAC1

# Asset Acceptan◯ LLC

Toll Free 800-398-8814 Ext.0
LOCAL: 480-403-6400
LOCAL OFFICE: Phoenix, AZ

---

**70% DISCOUNT!!**
**SEE BELOW FOR DETAILS**

Current Balance:     $42849.70
Settlement Balance  $12854.91

RE:   NATIONAL CITY BANK

Client Account #:   4489000230069322
Asset Acceptance LLC Acct:   4291788
Expiration Date:   August 31, 2007

### SUMMERTIME CHILLIN'

Dear REGGIE L EDWARDS:

Is the summer heat getting to you?  Take advantage of our cool summer time discount, then sit back and chill with regards to this debt the remainder of the summer.  To assist you in settling your debt we are extending to you a 70% discount this month.  This results in a cool savings of $29994.79 if you settle your account by August 31, 2007.

In addition to your savings of $29994.79, you can also receive the following benefits:

1. A zero balance on your NATIONAL CITY BANK account with us
2. A paid account letter

Take advantage of this excellent opportunity to cool off and save money!  Call PAUL NOLAN toll-free at 800-398-8814 at ext. 0 today.  This offer will expire on August 31, 2007.

Act now - go to www.paymybill.com and pay online, using either your checking account or credit card. Your user ID is: 0271627.  Your password is: 4291788.

It may be possible to extend the deadline under certain circumstances.  The settlement offer outlined above is guaranteed through the above referenced date.  After that time we reserve the right to modify the settlement offer, or revoke the offer entirely.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

PAUL NOLAN – Phone: Toll Free 800-398-8814 Ext. 0
Debt Collector
Asset Acceptance LLC

---

***Detach Lower Portion and Return with Payment***          PCSASSE036338AACAZ



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 4291788
Current Balance:     $42849.70
Settlement Balance:   $12854.91
Expiration Date:     August 31, 2007

August 4, 2007

**ASSET ACCEPTANCE LLC**
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#0000000042917880#   0737495 0038687   4291788-6338-OZ1

REGGIE L EDWARDS
PO Box 1543
San Leandro CA 94577-0154

415396-001192
BILLSTACKL  9/05



PO BOX 3100
MIDLAND TX  79702-3100

THANK YOU FOR LEASING WITH YOUR DEALER AND GMAC

FOR ASSISTANCE CALL:  800-200-4622

REGGIE EDWARDS
PO BOX 1543
SAN LEANDRO CA  94577

TTD/TTY (HEARING IMPAIRED): 800-833-4622

MAKE/MODEL:  05 PONT GTO
VIN:  6G2VX12U35L372081

PAGE 1 OF 1

## ACCOUNT NUMBER :  085-9068-95384

STATEMENT REFLECTS
PAYMENTS RECEIVED THROUGH:    09/01/06

### ACCOUNT SUMMARY

| NEXT PAYMENT DUE | | PAST DUE PAYMENTS REMIT IMMEDIATELY | | OTHER AMOUNTS DUE REMIT IMMEDIATELY | |
|---|---|---|---|---|---|
| Due Date | 09/23/06 | Due Date | Amount | Late Charge | |
| Base Payment | 488.02 | 08/23/06 | 529.88 | Extension Fee | |
| Sales/Use Tax | 42.70 | | | Summons | |
| Per. Property Tax | | | | Registration Fee | |
| Other Scheduled | | | | Miscellaneous | |
| TOTAL | 530.72 | TOTAL | 529.88 | TOTAL | |

# REMAINING PAYMENTS:   31        SCHEDULED END DATE: 03/22/09        | **TOTAL DUE:** | **1,060.60** |

### MESSAGES



GMAC ACCOUNT CENTER OFFERS ON-LINE ACCESS TO GMAC AUTOMOTIVE ACCOUNTS AT NO
EXTRA CHARGE.  ELIGIBLE CUSTOMERS CAN REGISTER BY SIMPLY CLICKING
'REGISTER NOW' ON THE WWW.GMACFS.COM HOME PAGE.

### RETURN THIS PORTION WITH YOUR PAYMENT

ACCOUNT NUMBER:  085-9068-95384

REGGIE EDWARDS



| NEXT PAYMENT DUE: | 530.72 |
|---|---|
| TOTAL PAST DUE: | 529.88 |
| TOTAL OTHER: | |
| TOTAL AMOUNT DUE: | 1,060.60 |
| AMOUNT PAID: | |

GMAC PAYMENT PROCESSING CENTER
PO BOX 78234
PHOENIX AZ  85062-8234

DO NOT SEND CASH OR POST DATED CHECKS.  ALL CHECKS WILL BE DEPOSITED UPON RECEIPT.  MAKE CHECKS PAYABLE TO GMAC.
RETURN THIS NOTICE WITH YOUR PAYMENT TO THE ABOVE ADDRESS.

04 07  085 9068 95384 2  00106060 7 7 5

6341 INDUCON DRIVE EAST
SANBORN, NY 14132-9097

**ASG**
Account Solutions Group, LLC
Account Solutions Group, LL
205 Bryant Woods South
Amherst, NY 14228
1-800-741-8860

ADDRESS SERVICE REQUESTED

RE: CAPITAL ONE BANK
ASG REF #: 6832958
CREDITOR ACCT #: 4862362648083510
SETTLEMENT OFFER: $571.24
BALANCE: $761.64

03-12-07      6832958

#BWNDLZK
#F000 08XL R7B4#                          SIF
                        *A-ARB-AM-10661

REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154
                        45

ACCOUNT SOLUTIONS GROUP, LLC.
PO BOX 628
BUFFALO, NY 14240-0628

---

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

---

Dear Reggie L Edwards:

We offer you an opportunity to pay less than the amount due. This settlement, as offered, shall be in the total amount of $571.24.

Should you choose to accept this settlement offer, please ensure that we receive your payment of $571.24, due in our office on or before 03-28-07. If we do not receive payment in that amount by that date, we reserve the right to modify this settlement offer.

Should you accept this settlement offer, upon receipt and clearance of your payment, we will notify our client so it can update its records accordingly to reflect a settlement.

If you have any questions relative to the above referenced settlement, please do not hesitate to contact our office toll free at 1-800-741-8860. Our office hours are Monday through Friday 8am-10pm Eastern Time, Saturday 8am-12pm Eastern Time, and Sunday 5pm-10pm Eastern Time.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Payments only should be sent to our mailing address: PO Box 628, Buffalo, NY 14240-0628. All correspondence and inquiries should be sent to our licensed address at 205 Bryant Woods South, Amherst, NY 14228. (Please note the above bar coded address, 6341 Inducon Drive East, Sanborn, NY 14132, located in the left hand upper corner of this notice, is not the address of Account Solutions Group, LLC. This address is for processing undeliverable mail only. Please do not send correspondence or payment to that address).

Sincerely,

ACCOUNT SOLUTIONS GROUP, LLC
A Professional Debt Recovery Agency

ASG

CAC1/5401683022730961    0101/0030154/202 65980650
Do not send correspondence to this address.



P.O. Box 1967
Southgate, MI 48195-0967



Personal & Confidential
Reggie L Edwards
PO Box 1543
San Leandro, CA 94577-0154

(800) 657-0082 Toll Free
(904) 645-3009 Facsimile
www.payerc.com
Office Hours (Eastern Time):
8:00 AM - 9:00 PM — M-Th
8:00 AM - 5:00 PM — F
8:00 AM - 12:00 PM — Sat

06/07/07

| Creditor: CHASE BANK USA, N.A. | Acct: MS |
|---|---|
| Original Creditor: Chase Bank USA, N.A. | Amount of Debt: $1,368.21 |

# COLLECTION NOTICE

Dear Reggie L Edwards:

This letter is to inform you that according to CHASE BANK USA, N.A. records, this debt remains unpaid. If payment or acceptable resolution does not occur, your account will be subject to further collection activity.

The following options are available to you at this time:
Amount of Debt: $1,368.21
  1. Settlement Amount: $957.75 Please remit by: 06/22/07
  2. Hardship Payment Plan
     I wish to pay _____ per month
  3. Contact our office to discuss your account (See reverse side for important notices and consumer rights)

Please remit the selected payment from above or contact our office to discuss your account.
Make your check or money order payable to Enhanced Recovery Corporation and mail it in the enclosed envelope, or pay online by check or credit card at www.payerc.com. All transactions are secured through VeriSign.

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This communication is from a debt collector.**

American Collectors
*Association member*

## NOTICE: SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS

------------------------------------------------------------------
(Please return this portion with your payment to the address below)

For:              Reggie L Edwards
Acct:             MS
Creditor:         CHASE BANK USA, N.A.
Original Creditor: Chase Bank USA, N.A.
Amount of Debt:   $1,368.21

Correct Address: _____

City: _____ State: _____ Zip: _____

Phone: _____ SSN: _____

Employer: _____

Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL  32256-7412

- SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER  RIGHTS -          CAC1

PO BOX 15630
Dept 16
WILMINGTON DE  19850-5630

# NCO FINANCIAL SYSTEMS INC 

507 Prudential Road, Horsham, PA 19044

800-685-4343
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jun 10, 2007

Calls to or from this company may be monitored
or recorded for quality assurance.

547926                        3350-16845
REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA  94577-0154

CREDITOR:
INOVISION-MEDCLR PORTFOLIO GROUP, LLC
TOTAL BALANCE:  $ 18974.79
(SEE BACK FOR DETAIL)

Dear REGGIE L EDWARDS,

We are offering you a settlement at this time, which will allow you to pay 25% of the balance listed above.  This offer may expire without notice.  Before making payment, please confirm with one of our representatives that this offer has not expired.

Forward your payment to the address listed below.  If you have further questions please contact us at 800-685-4343.

You may also make payment by visiting us online at www.ncofinancial.com.  Your unique registration code is C5479261-6KH8F.

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.  This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Account # | Total Balance |
|---|---|
| 547926 | $ 18974.79 |

REGGIE L EDWARDS

**Payment Amount**

Check here if your address or phone number has
changed and provide the new information below.

$ _____ . __

Make Payment To:

NCO FINANCIAL SYSTEMS, INC..
PO BOX 17088
WILMINGTON DE  19850-7088

NCO  T
16845

0116005479263000000040000000018974799

P.O. Box 18036
Hauppauge, NY 11788-8836
Address Service Requested

**NCC**

*A division of Commonwealth Financial Systems, Inc.*
Tel: (570) 347-1115   Fax: (570) 963-1644
Hours Of Operation - Eastern Time
Monday - Thursday 8am - 9pm
Friday 8am - 5pm, Saturday 8am - 12pm

*Personal & Confidential*

June 18 2007

Regarding: LEVITZ
Original Account #: 9027989
Amount Due: $ 6325.16

#BWNBZWJ
7621641*52
REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154

0839 - 19606

**SEND ALL CORRESPONDENCE TO:**
NCC
120 N. KEYSER AVENUE
SCRANTON, PA 18504

**\*\*To pay online visit www.necredit.com or to pay using our 24/7 automated direct pay system call 1-866-579-9524\*\***
**Your NCC/Commonwealth account number is 7621641.**
Please Detach And Return In The Enclosed Envelope With Your Payment

| Regarding: LEVITZ | Original Acct No: 9027989 | $6325.16 |
|---|---|---|

Dear Reggie L Edwards

Please be advised that your account has been placed with NCC for collection. If you consider this debt to be valid, please remit payment to the above listed address.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon receipt of a written request from you within the 30 day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This company must comply with a federal law that provides consumers with certain rights. One of these is the right to have us stop communicating with you about this debt. If you write to us and ask us to stop communicating with you about this debt, we will. But if you owe this debt you will still owe it and that debt may still be collected from you. If you have any concerns with the way we are collecting this debt, you may write to our Company at 120 N. Keyser Ave., Scranton, PA 18504 or call us toll free at 1-800-848-21780 between 9:00 a.m. Eastern Time and 9:00 p.m. Eastern Time Monday - Friday.

CALIFORNIA RESIDENTS: See Reverse Side for Important Information

**This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.**

Sincerely,

Alvin Witter  Ext. 213
800-848-2170 ext. 204

TO PAY BY CHECK OR CREDIT CARD USING OUR AUTOMATED DIRECT PAY SYSTEM, PLEASE CALL
1-866-579-9524. YOUR NCC/COMMONWEALTH ACCOUNT NUMBER IS 7621641. OR FILL IN THE
INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US. I AUTHORIZE MY CREDITOR TO
CHARGE MY OBLIGATION TO THE CHARGE CARD BELOW. NOTE THAT A $5.00 PROCESSING FEE
WILL BE ADDED TO ALL CREDIT CARD PAYMENTS

**ACA**
INTERNATIONAL
The Association of Credit
and Collection Professionals

**WE ACCEPT**

☐ VISA   ☐ MASTERCARD   ☐ AMERICAN EXPRESS

Account #  ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   Expiration Date: ☐☐/☐☐

Card Holder Name: _____   Amount: ☐☐☐☐.☐☐

Signature _____   Date _____   CVV Number _____

0839 - 19606

P.O. Box 1017
Hawthorne, NY 10532

ADDRESS SERVICE REQUESTED

| | 06/20/2007 |
|---|---|
| ORIGINAL INSTITUTION | AT&T WIRELESS/CINGULAR |
| ORIGINAL ACCT NUMBER | 086800000075106575 |
| CAVALRY ACCT NUMBER | 07043620 |
| OUTSTANDING BALANCE | $90.29 |



#BWNLDHN
#0000706152134484#
REGGIE EDWARDS
PO BOX 1543
SAN LEANDRO  CA 94577-0154



**1-800-501-0909**

## 90% DISCOUNT OFFER

Dear REGGIE EDWARDS,

Cavalry Portfolio Services has been authorized to offer you a **90% discount** on this outstanding balance, as long as we receive the funds within 30 days of this notice.

**THAT'S RIGHT!!!  You can satisfy this obligation for 10% of the total amount due.**

Upon clearance of the funds, we will **notify the credit bureaus** that you have **SATISFIED THIS DEBT.**

If you have any questions about this offer, or would like to find out about our other discount programs, (which may be more suitable to your finances), please call us immediately at **1-800-501-0909.**

Sincerely,

Customer Service Manager

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**
**This communication is from a debt collector.**
**"See Reverse Side for Important Information Concerning Your Rights"**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH ON PERFORATION AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



## 90% INSTANT DISCOUNT
## PAYMENT COUPON

### REMIT PAYMENTS TO:

| ACCOUNT NUMBER | 07043620 |
|---|---|
| BALANCE DUE | $90.29 |
| 10% SETTLEMENT AMOUNT | $9.03 |

CAVALRY PORTFOLIO SERVICES, LLC
P.O. BOX 27288
TEMPE, AZ  85282-7288

**NO CALLS ARE NECESSARY IF PAYMENT IS INCLUDED**

(QESP)30:T159:082303:001:0000:  : CAV170

CAVL306CA

**Chase Bank USA, N.A.**
**P.O. Box 100043**
**Kennesaw, GA 30156-9243**



August 31, 2006

0001309

Reggie Edwards
Po Box 1543
San Leandro, CA 94577-0154

IIlIııdıdıbIbdılııdIıadIIııııdıdıdılılılılııdIıııIII

Acct No. XXXXXXXXXXXXX5680
Past Due: $527.00
Total Due: $807.00

Dear Reggie Edwards:

Your Circuit City® Rewards VISA credit card account issued by Chase Bank USA, N.A. (Chase) is now two months past due. We extended credit to you in good faith believing you would fulfill your promise to repay the amount you borrowed. We call upon you to honor your obligation at this time.

Remit the amount due of $807.00 today or you will leave us no alternative but to proceed with further collection action. Further delay will also cause us to report your account as seriously delinquent to the national credit bureaus.

You can establish payment arrangements using our automated attendant 24 hours a day, seven days a week by calling the telephone number listed below. For your convenience, payments can be made over the phone with a Chase representative by using your personal checking account, and the payment will post to your account within two business days. If you wish to speak with a Chase representative, you should call between 10:00 AM to 9:00 PM (ET), Tuesday through Friday. Payments can also be made in any Circuit City®store or through any one of 20,000 Western Union Agency offices.

If you cannot make a payment today, call us immediately at the telephone number listed below to make payment arrangements.

Sincerely,

Account Management Department
1-800-204-6358

P.S. Visit us online at www.circuitcitycredit.com. You can check your current balance, make payments, view recent transactions, and even download posted transactions into your financial management software 24 hours a day, 7 days a week.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

FNATNP073C/VP/CR2

15 S. MAIN ST., SUITE 600
GREENVILLE, SC 29601

**RESURGENT CAPITAL SERVICES, LP**
**1-866-464-1187**
**Fax: 1-888-546-7568**
Hours of Operation
8AM-6PM EST Monday - Thursday
8AM-5PM EST Friday

ADDRESS SERVICE REQUESTED

||||||||||||||||||||||||
207873138

PREVIOUS CREDITOR: Wells Fargo
CURRENT CREDITOR: LVNV Funding LLC
ACCOUNT NUMBER: 9141000001639682
BALANCE: $2,875.71

05-25-07

#BWNDLZK
#GGG0 09BU BAB6#          ARINV-CS-1
                         *A-PWS-AM-00578
||||||||||||||||||||||||||||||||||||||||||
REGGIE EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154          4

RESURGENT CAPITAL SERVICES, LP
PO BOX 10497
GREENVILLE SC 29603-0497
||||||||||||||||||||||||||||||||||||||||||

---

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

---

Dear Reggie Edwards:

RE:  Account Number 9141000001639682

We have received your recent inquiry regarding this account and are in the process of investigating your claim. Once a determination is made, we will contact you with the results of our research.

If you have any questions, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services, LP

*This communication is sent to you by Resurgent Capital Services, LP, a professional debt collector.*

**Please read the following important notices as they may affect your rights.**

As required by law you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

The following is a Spanish translation of the information previously provided.

"Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al numero 1-888-665-0374."

"Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación."

"El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no  podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar  Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov"

SEE NEXT PAGE FOR IMPORTANT PRIVACY NOTIFICATION FROM YOUR CREDITOR.

15 S. MAIN ST., SUITE 600
GREENVILLE, SC 29601

**RESURGENT CAPITAL SERVICES, LP**
1-888-665-0374
Fax: 1-888-546-7697
Hours of Operation
8AM-7PM EST Monday - Thursday
8AM-5PM EST Friday

ADDRESS SERVICE REQUESTED

207873138

PREVIOUS CREDITOR: Wells Fargo
CURRENT CREDITOR: LVNV Funding LLC
ACCOUNT NUMBER: 9141000001639682

06-14-07

#BWNDLZK                        CLSD-CS-1
#GGG0 09FU T1M9#      *A-29Q-AM-00292

REGGIE EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154           19

RESURGENT CAPITAL SERVICES, LP
PO BOX 10497
GREENVILLE SC 29603-0497

Dear Reggie Edwards:

RE:  Account Number 9141000001639682

*3800*

Thank you for your recent inquiry concerning the above referenced account. Based upon the research conducted by the Customer Service Department, the above referenced account has been closed. A request will be sent to the three major credit reporting agencies to delete this account.

We apologize for any inconvenience this matter may have caused.

If we can be of further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Customer Service Department
Resurgent Capital Services, LP

*This communication is sent to you by Resurgent Capital Services, LP, a professional debt collector.*

**Please read the following important notices as they may affect your rights.**

As required by law you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The following is a Spanish translation of the information previously provided.

"Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al numero 1-888-665-0374."

"Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación."

"El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov"

SEE NEXT PAGE FOR IMPORTANT PRIVACY NOTIFICATION FROM YOUR CREDITOR

15 S. MAIN ST., SUITE 600
GREENVILLE, SC 29601

**RESURGENT CAPITAL SERVICES, LP**
**1-888-665-0374**
**Fax: 1-888-546-7697**
Hours of Operation
8AM-7PM EST Monday - Thursday
8AM-5PM EST Friday

ADDRESS SERVICE REQUESTED

207872516

PREVIOUS CREDITOR: Wells Fargo
CURRENT CREDITOR: LVNV Funding LLC
ACCOUNT NUMBER: 4388840010412651

06-14-07

#BWNDLZK
#GGG0 09FU T1K3#          CLSD-CS-1
                         *A-29Q-AM-00293

REGGIE L EDWARDS
PO BOX 1543
SAN LEANDRO CA 94577-0154          19

RESURGENT CAPITAL SERVICES, LP
PO BOX 10497
GREENVILLE SC 29603-0497

Dear Reggie L Edwards:

RE:  Account Number 4388840010412651

Thank you for your recent inquiry concerning the above referenced account. Based upon the research conducted by the Customer Service Department, the above referenced account has been closed. A request will be sent to the three major credit reporting agencies to delete this account.

We apologize for any inconvenience this matter may have caused.

If we can be of further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Customer Service Department
Resurgent Capital Services, LP

*This communication is sent to you by Resurgent Capital Services, LP, a professional debt collector.*

**Please read the following important notices as they may affect your rights.**

As required by law you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The following is a Spanish translation of the information previously provided.

"Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al numero 1-888-665-0374."

"Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación."

"El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar  Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov"

SEE NEXT PAGE FOR IMPORTANT PRIVACY NOTIFICATION FROM YOUR CREDITOR

**EXHIBIT  B**

08/19/2007  23:03    9256001142              AIM MAIL CENTER 87                    PAGE  02/05

Reginald Edwards/Ellis
P O Box 1543
San Leandro, CA  94577-____

## Superior Court of California, County of Alameda

| Edwards/Ellis | | No. HG07340547 |
|---|---|---|
| | **Plaintiff/Petitioner(s)** | **NOTICE OF CASE MANAGEMENT** |
| VS. | | **CONFERENCE AND ORDER** |
| New United Motors | | Unlimited Jurisdiction |
| | **Defendant/Respondent(s)** | |
| | (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 01/02/2008 | Department: 19 | Judge: Stephen Dombrink |
|---|---|---|
| Time: 08:45 AM | Location: **Administration Building** | Clerk: Barbara Dell |
| | **Third Floor** | Clerk telephone: **(510) 272-6145** |
| | **1221 Oak Street, Oakland CA 94612** | E-mail: |
| | | Dept.19@alameda.courts.ca.gov |
| | Internet: **http://www.alameda.courts.ca.gov** | Fax: **(510) 267-1507** |

### ORDERS

1.  You must:
    a.  Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  Give notice of this conference to any party not included in this notice and file proof of service;
    c.  Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4.  The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 08/17/2007.

By _____

Deputy Clerk

08/19/2007  23:03  9256001142              AIM MAIL CENTER 87                    PAGE  03/05

# Superior Court of California, County of Alameda



## Notice of Judicial Assignment for All Purposes

Case Number: HG07340547
Case Title:    Edwards/Ellis VS New United Motors
Date of Filing: 08/14/2007

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

| | |
|---|---|
| Judge: | **Stephen Dombrink** |
| Department: | **19** |
| Address: | **Administration Building** |
| | **1221 Oak Street** |
| | **Oakland  CA  94612** |
| Phone Number: | **(510) 272-6145** |
| Fax Number: | **(510) 267-1507** |
| Email Address: | **Dept.19@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law.  (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Stephen Dombrink
DEPARTMENT 19

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at:
http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

### Schedule for Department 19

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held:  Mondays through Thursdays at 9:30 a.m.

- Case Management Conferences are held:  Initial Case Management Conferences: Tuesdays through Thursdays at 8:45 a.m. and Fridays at 9:00 a.m. and 2:00 p.m.

- Case Management Conference Continuances: Mondays through Thursdays at 9:00 a.m.

- Law and Motion matters are heard:  Mondays and Thursdays at 8:30 a.m.

- Settlement Conferences are heard:  To be determined by the Court.

- Ex Parte matters are heard:  Mondays and Wednesdays at 9:00 a.m.

### Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Email:        Dept.19@alameda.courts.ca.gov

- Ex Parte Matters
    Email:        Dept.19@alameda.courts.ca.gov

### Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 19

- Phone:  1-866-223-2244

Dated: 08/16/2007                          Executive Officer / Clerk of the Superior Court

                                           By ...  _____
                                                        Deputy Clerk

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

        Executed on 08/17/2007

                          By  _____
                                       Deputy Clerk

*6097699*

CM-110

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):* Reginald Edward/Ellis
P.O. Box 1543
San Leandro CA, 94577
TELEPHONE NO: (510) 377-2799 FAX NO. *(Optional):* N/A
E-MAIL ADDRESS *(Optional):* Edwards426@hotmail.com
ATTORNEY FOR *(Name):* N/A

**FOR COURT USE ONLY**

**FILED
ALAMEDA COUNTY**

SEP 10 2007

CLERK OF THE SUPERIOR COURT
By _Susan Erickson_ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: Superior Court of California
MAILING ADDRESS: Hayward Hall of Justice
CITY AND ZIP CODE: 24405 Amador Street / Room 108
BRANCH NAME: Hayward, CA 94544

PLAINTIFF/PETITIONER: Reginald Edwards/Ellis

DEFENDANT/RESPONDENT: New United Motors

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| (Check one): ☒ **UNLIMITED CASE** (Amount demanded exceeds $25,000)  ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | HG07340547 |

**A CASE MANAGEMENT CONFERENCE is scheduled as follows:**

Date: 01-02-2008  Time: 8:45 AM  Dept.: 19  Div.: N/A  Room: N/A
Address of court *(if different from the address above):* 1221 Oak Street, Oakland, CA 94612

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☒ This statement is submitted by party *(name):* Reginald Edwards/Ellis
   b. ☐ This statement is submitted jointly by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* 08-14-2007
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. ☒ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☒ have been served but have not appeared and have not been dismissed *(specify names):* New United Motors Manufacture Inc.
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in ☒ complaint  ☐ cross-complaint  *(describe, including causes of action):* Wrongful/Termination Complaint for Damages for Tortious Discharge, in Violation of Public Policy, Breach of Contract, Defamation.

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. January 1, 2007]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720-3.730
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Page 1 of 4

CM-110

| PLAINTIFF/PETITIONER: Reginald Edward/Ellis | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: New United Motors Inc. | HG07340547 |

4. b.   Provide a brief statement of the case, including any damages. (If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)

On or about May 24, 2006. New United Motors Violated Company Policy Based on R. Rule 22 12month Written Contract. Also Used Expunged Conviction To Justify Termination, on or about 05-18-2006 Accused Plaintiff of several Violent Crimes, False Arrest. 1 yr pay $80,000 plus puntive Damages in The Amount of $450,000; Defamation:

☐   (If more space is needed, check this box and attach a page designated as Attachment 4b.)

5.   **Jury or nonjury trial**
The party or parties request ☐ a jury trial ☒ a nonjury trial    (if more than one party, give the name of each party requesting a jury trial):

6.   **Trial date**
   a.   ☐ The trial has been set for (date):
   b.   ☒ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint (if not, explain):

   c.   Dates on which parties or attorneys will not be available for trial (specify dates and explain reasons for unavailability):

   N/A

7.   **Estimated length of trial**
The party or parties estimate that the trial will take (check one):
   a.   ☐ days (specify number):
   b.   ☒ hours (short causes) (specify): Presenting Contract Evidence, with Courts Documents Concerning Defamation and False Arrest:

8.   **Trial representation** (to be answered for each party)
The party or parties will be represented at trial ☒ by the attorney or party listed in the caption ☐ by the following:
   a.   Attorney: PRO-PER
   b.   Firm:
   c.   Address: P.O. Box 1543 San Leandro CA, 94577
   d.   Telephone number: 510-377-2799
   e.   Fax number: N/A
   f.   E-mail address: Edwards426 at Hotmail.com
   g.   Party represented: PRO-PER
   ☐   Additional representation is described in Attachment 8.

9.   **Preference**
   ☐ This case is entitled to preference (specify code section):

10.   **Alternative Dispute Resolution (ADR)**
   a.   Counsel ☐ has ☒ has not provided the ADR information package identified in rule 3.221 to the client and has reviewed ADR options with the client.
   b.   ☐ All parties have agreed to a form of ADR. ADR will be completed by (date):
   c.   ☐ The case has gone to an ADR process (indicate status):

CM-110

| PLAINTIFF/PETITIONER: Reginald Edwards/Ellis Manuf. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: New United Motors Inc. | H-607340547 |

10. d. The party or parties are willing to participate in (check all that apply):
   (1) ☒ Mediation
   (2) ☒ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 3.822)
   (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 3.822)
   (4) ☐ Binding judicial arbitration
   (5) ☐ Binding private arbitration
   (6) ☒ Neutral case evaluation
   (7) ☐ Other (specify):

   e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
   f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
   g. ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court (specify exemption):

11. **Settlement conference**
   ☒ The party or parties are willing to participate in an early settlement conference (specify when): Complaint would BE willing To Explore This AREA!

12. **Insurance** N/A
   a. ☐ Insurance carrier, if any, for party filing this statement (name):
   b. Reservation of rights: ☐ Yes ☐ No
   c. ☐ Coverage issues will significantly affect resolution of this case (explain):

13. **Jurisdiction** N/A
   Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
   ☐ Bankruptcy ☐ Other (specify):
   Status:

14. **Related cases, consolidation, and coordination** N/A
   a. ☐ There are companion, underlying, or related cases.
      (1) Name of case:
      (2) Name of court:
      (3) Case number:
      (4) Status: N/A
      ☐ Additional cases are described in Attachment 14a.
   b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by (name party):

15. **Bifurcation** N/A
   ☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action (specify moving party, type of motion, and reasons):

16. **Other motions** N/A
   ☐ The party or parties expect to file the following motions before trial (specify moving party, type of motion, and issues):

CM-110 [Rev. January 1, 2007]                    **CASE MANAGEMENT STATEMENT**                    Page 3 of 4

CM-110

| PLAINTIFF/PETITIONER: Reginald Edward: Ellis Manufacturing | CASE NUMBER: |
| DEFENDANT/RESPONDENT: NEW United MOTORS INC. | HG07340547 |

**17. Discovery**

a.  ☐  ~~one~~ party or parties have completed all discovery.

b.  ☒  The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
| Reginald edward: /Ellis | NAME CHANGE PETITION COURT date: | Aug 17, 2007 |

c.  ☒  The following discovery issues are anticipated *(specify)*: NAME CHANGE PETITION COURT date: Aug 17, 2007

**18. Economic Litigation**    N/A

a.  ☐  This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.

b.  ☐  This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case)*:

**19. Other Issues**    N/A

☐  The party or parties request that the following additional matters be considered or determined at the case management conference *(specify)*:

**20. Meet and confer**

a.  ☒  The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain)*: COMPLAINT HAS NOT HAD CONTACT WITH DEFENDANT, at THIS TIME:

b.  After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify)*:    N/A

**21. Case management orders**

Previous case management orders in this case are *(check one)*:  ☒ none  ☐ attached as Attachment 21.

**22. Total number of pages attached *(if any)*:**  Ø

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: 08-23-2007

ReGinald Edward: /Ellis
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐  Additional signatures are attached

**ALTERNATIVE DISPUTE RESOLUTION**
**INFORMATION PACKAGE**
**Effective April 15, 2005**

---

**Instructions to Plaintiff / Cross-Complainant**

> In all general civil cases filed in the trial courts after June 30, 2001, the plaintiff
> is required to serve a copy of this ADR information package on each defendant.

California Rules of Court, Rule 201.9 (Excerpt)

(a) Each court must make available to the plaintiff, at the time of filing of the
complaint, an Alternative Dispute Resolution (ADR) information package that
includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages
of ADR and descriptions of the principal ADR processes . . .

(2) Information about the ADR programs available in that court . . .

(3) In counties that are participating in the Dispute Resolution Programs
Act (DRPA), information about the availability of local dispute resolution
programs funded under the DRPA . . .

(4) An ADR stipulation form that parties may use to stipulate to the use
of an ADR process.

(b) Court may make package available on Web site . . .

**(c) The plaintiff must serve a copy of the ADR information package on
each defendant along with the complaint. Cross-complainants must serve a
copy of the ADR information package on any new parties to the action
along with the cross-complaint.**

Rev 4/05

## GENERAL INFORMATION ABOUT ADR

### Introduction to Alternative Dispute Resolution

Did you know that most civil lawsuits settle without a trial? And did you know that there are a number of ways to resolve civil disputes without having to sue somebody? These alternatives to a lawsuit are known as alternative dispute resolution (also called ADR). The most common forms of ADR are mediation, arbitration, and neutral evaluation. There are a number of other kinds of ADR as well.

In ADR, trained, impartial persons decide disputes or help parties decide disputes themselves. These persons are called neutrals. In mediation, for example, the neutral is the mediator. Neutrals normally are chosen by the disputing parties or by the court. Neutrals can help parties resolve disputes without having to go to court.

ADR is not new. ADR is available in many communities through court-connected and community dispute resolution programs and private neutrals.

### Advantages of Alternative Dispute Resolution

ADR can have a number of advantages over a lawsuit:

- **ADR can be speedier.** A dispute often can be resolved in a matter of months, even weeks, through ADR, while a lawsuit can take years.

- **ADR can save money.** Court costs, attorney fees, and expert witness fees can be saved.

- **ADR can permit more participation.** With ADR, the parties may have more chances to tell their side of the story than in court and may have more control over the outcome.

- **ADR can be flexible.** The parties can choose the ADR process that is best for them.

- **ADR can be cooperative.** In mediation, for example, the parties having a dispute may work together with the neutral to resolve the dispute and agree to a remedy that makes sense to them, rather than work against each other.

- **ADR can reduce stress.** There are fewer, if any, court appearances. And because ADR can be speedier, cheaper, and can create an atmosphere in which the parties are normally cooperative, ADR is easier on the nerves. The parties don't have a lawsuit hanging over their heads. For all the above reasons, many people have reported a high degree of satisfaction with ADR.

Because of these advantages, many parties choose ADR to resolve a dispute instead of filing a lawsuit. Even when a lawsuit has been filed, ADR can be used before the parties' positions harden and the lawsuit becomes costly. ADR has been used to resolve disputes even after a trial, when the result is appealed.

### Disadvantages of Alternative Dispute Resolution

ADR may not be suitable for every dispute.

If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure and review for legal error by an appellate court.

There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

The neutral may charge a fee for his or her services.

If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

Lawsuits must be brought within specified periods of time, known as statutes of limitations. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## Three Common Types of Alternative Dispute Resolution

This section describes the forms of ADR most often found in the California state courts and discusses when each may be right for a dispute.

### *Mediation*

In mediation, a neutral (the mediator) assists the parties in reaching a mutually acceptable resolution of their dispute. Unlike lawsuits or some other types of ADR, the mediator does not decide how the dispute is to be resolved; the parties do.

Mediation is a cooperative process in which the parties work together toward a resolution that tries to meet everyone's interests, instead of working against each other where at least one party loses. Mediation normally leads to better relations between the parties and to resolutions that hold up. For example, mediation has been very successful in family disputes, particularly with child custody and visitation.

Mediation is particularly effective when the parties have a continuing relationship, like neighbors or business people. Mediation also is very effective where personal feelings are getting in the way of a resolution. This is because mediation normally gives the parties a chance to let out their feelings and find out how they each see things.

Mediation may not be a good idea when one party is unwilling to discuss a resolution or when one party has been a victim of the other or has unequal bargaining power in the mediation. However, mediation can be successful for victims seeking restitution from offenders. A mediator can meet with the parties separately when there has been violence between them.

### *Arbitration*

In arbitration, a neutral (the arbitrator) reviews evidence, hears arguments, and makes a decision (award) to resolve the dispute. Arbitration normally is more informal and much speedier and less expensive than a lawsuit. Often a case that may take a week to try in court can be heard by an arbitrator in a matter of hours, because evidence can be submitted by documents (like medical reports and bills and business records) rather than by testimony.

There are two kinds of arbitration in California: (1) Private arbitration, by agreement of the parties involved in the dispute, takes place outside of the courts and is normally binding. In most cases "binding" means that the arbitrator's decision (award) is final and there will not be a trial or an appeal of that decision. (2) "Judicial arbitration" takes place within the court process and is not binding unless the parties agree at the outset to be bound. A party to this kind of arbitration who does not like a judicial arbitration award may file a request for trial with the court within a specified time. However, if that party does not do better in the trial than in arbitration, he or she may have to pay a penalty.

Arbitration is best for cases where the parties want a decision without the expense of a trial. Arbitration may be better than mediation when the parties have no relationship except for the dispute.

Arbitration may not be a good idea when the parties want to decide on the outcome of their dispute themselves.

### *Neutral Evaluation*

In evaluation, a neutral (the evaluator) gives an opinion on the strengths and weaknesses of each party's evidence and arguments and makes an evaluation of the case. Each party gets a chance to present his or her side and hear the other side. This may lead to a settlement or at least help the parties prepare to resolve the dispute later on. If the neutral evaluation does not resolve the dispute, the parties may go to court or try another form of ADR.

Neutral evaluation, like mediation, can come early in the dispute and save time and money.

Neutral evaluation is most effective when a party has an unrealistic view of the dispute, when the only real issue is what the case is worth, or when there are technical or scientific questions to be worked out.

Neutral evaluation may not be a good idea when it is too soon to tell what the case is worth or if the dispute is about something besides money, like a neighbor playing loud music late at night.

Rev 4/05

## Other Types of Alternative Dispute Resolution

There are several other types of ADR besides mediation, arbitration, and neutral evaluation. Some of these are conciliation, settlement conferences, fact-finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR methods. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

The selection of a neutral is an important decision. There is no legal requirement that the neutral be licensed or hold any particular certificate. However, some programs have established qualification requirements for neutrals. You may wish to inquire about the qualifications of any neutral you are considering.

Agreements reached through ADR normally are put in writing by the neutral and, if the parties wish, may become binding contracts that can be enforced by a judge.

You may wish to seek the advice of an attorney about your legal rights and other matters relating to the dispute.

## Help Finding an Alternative Dispute Resolution Provider in Your Community

To locate a dispute resolution program or private neutral in your community:

- **Visit the Court's Web site.** The Alameda County Superior Court maintains a list of court-connected mediators, neutral evaluators, and private arbitrators at http://www.co.alameda.ca.us/courts/adr.htm.

- **Contact the Small Claims Court Legal Advisor.** The small claims legal advisor for Alameda County is located at the Wiley W. Manuel Courthouse, Self-Help Center. The phone number is 510-268-7665.

- **Visit the California Department of Consumer Affairs' Web site.** The Department of Consumer Affairs (also called the DCA) has posted a list of conflict resolution programs throughout the state. The list can be found at http://www.dca.ca.gov/r_r/mediati1.htm

  You can also call the Department of Consumer Affairs, Consumer Information Center, at 800-952-5210.

- **Contact your local bar association.** You can find a list of local bar associations in California on the State Bar Web site at http://www.calbar.org/2lln/2bar.htm.

  If you cannot find a bar association for your area on the State Bar Web site, check the yellow pages of your telephone book under "Associations."

- **Look in the yellow pages of your telephone book under "Arbitrators" or "Mediators."**

- **Automotive Repair, Smog Check:** The **California Bureau of Automotive Repair** (also known as BAR) offers a free mediation service for consumers who are dissatisfied with an auto repair or a smog check, or who dispute an invoice for such services. BAR registers and regulates California automotive repair facilities and licenses smog, lamp, and brake inspection stations. Learn more at http://smogcheck.ca.gov/smogweb/genInfo/otherinfo/mediation.htm or call 800-952-5210.

- **Attorney Fees:** The **State Bar of California** administers a mandatory fee arbitration program to resolve attorney fee disputes between lawyers and their clients. The program is an informal, low-cost forum and is mandatory for a lawyer if a client requests it. Mediation of attorney fees disputes may also be available in some areas of California. Learn more at http://www.calbar.org/2bar/3arb/3arbndx.htm or call 415-538-2020.

## DISPUTE RESOLUTION PROGRAMS IN ALAMEDA COUNTY

**Mediation Services**
**222278 Redwood Road, Castro Valley, CA 94546**
Phone: (510) 733-4940   fax: (510) 733-4945
Provides a panel of mediators to assist in the process of reaching an agreement in the areas of Neighborhood Disputes, Child Custody, Divorce, Parent/Teel Conflicts, Home Owners Association, Business, Real Estate, Employer/Employee, and Fremont Rent Increases.

**East Bay Community Mediation**
**1968 San Pablo Avenue, Berkeley, CA 94702-1612**
Phone: (510) 548-2377   fax: (510) 548-4051
EBCM is a community-based mediation program created by the union of Berkeley Dispute Resolution Service and Conciliation Forums of Oakland.  EBCM offers counseling on options and approaches to resolving a dispute, mediation, large-group conflict facilitation, and conflict resolution skills workshops.

**Catholic Charities of the East Bay: Oakland – Main Office**
**433 Jefferson Street, Oakland, CA 94607**
Phone: (510) 768-3100   fax: (510) 451-6998
Mediators are responsible for mediation sessions involving the youth, victim and family members to work towards a mutually agreeable restitution agreement.  Also provide free workshops in anger management and mediation.

**Center for Community Dispute Settlement**
**1789 Barcelona Street, Livermore, CA 94550**
Phone: (925) 373-1035
Provides services in Tri-Valley for all of Alameda County.  Program goals are to increase the number of court cases resolved, mediating small claims cases four days per week, and training youth in listening and conflict resolution skills.

**California Lawyers for the Arts: Oakland Office**
**1212 Broadway Street, Suite 837, Oakland, CA 94612**
Phone: (510) 444-6351   fax: (510) 444-6352
This program increases the resolution of arts related disputes such as artistic control, ownership of intellectual property, credit for work performed or produced and contract issues, through the use of alternative dispute resolution.  It also increases the capacity to provide services for counseling, conciliation and administration of mediation, arbitration and meeting facilitation.

## ALAMEDA COUNTY SUPERIOR COURT
## ADR PROGRAM

**ADR Program Administrator**

Pursuant to California Rule of Court 1580.3, the presiding judge of the Superior Court of California, County of Alameda has designated Benjamin D. Stough, Berkeley Trial Court Administrator, to serve as ADR program administrator.

A Plaintiff may elect, the parties may stipulate or a judge may refer a case to Judicial Arbitration. The Judicial Arbitration Program Coordinator may be contacted at (510) 670-6646.

**The Judicial Arbitration Process**

### Appointment of Arbitrator (must be appointed within 30 days after referral per *CRC 1605*).
⇒ Parties mailed list of five names from which to select. (List mailed within 5-10 business days after receipt of referral).

⇒ Each party may reject one of the names listed (10 calendar days per *CRC 1605a*)

⇒ The administrator randomly appoints the arbitrators from the names remaining on the list. If only one remains then is deemed appointed.

### Assignment of Case *(CRC 1605a(4))*
⇒ Within 15 days of notice of the appointment, the arbitrator shall contact parties in writing about time, date, and place of the hearing. The parties shall receive at least 30 days notice prior to the hearing.

### Hearings *(CRC 1611)*
⇒ Shall be scheduled so as to be completed not less than 35 days nor more than 90 days from the date the arbitrator was assigned. For good cause shown, the case may be continued an additional 90 days by the Case Management Judge.

### Award of Arbitrator *(CRC 1615b & c)*
⇒ Arbitrator must file an award within 10 days after conclusion of the arbitration hearing. The court may allow 20 additional days upon application of arbitrator is cases of unusual length or complexity.

⇒ Within 30 days of the filing of the award the parties may file a Request for Trial de Novo. The clerk shall enter the award as a judgment after 30 days provided a Trial de Novo has not been filed.

### Return of Case to Court
⇒ Upon Filing of Trial de Novo the action is returned to Case Management Judge for further proceedings. *(CRC 1616 & Local Rule 6.4)*

⇒ If Trial de Novo is not filed then judgment is entered and the Case Management Judge is notified *(CRC 1615c & Local Rule 6.6)*

⇒ If parties indicate a settlement then case is returned to Case Management Judge and case is continued 45 days for an Order to Show Cause RE filing a dismissal. *(Local Rule 6.6)*

Rev 4/05

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

| | | |
|---|---|---|
| Allen E. Broussard Justice Center<br>600 Washington Street, Oakland, CA 94707 | Berkeley Courthouse<br>2000 Center Street, 2nd Fl., Berkeley, CA 94704 | George E. McDonald Hall of Justice<br>2233 Shoreline Drive, Alameda, CA 94501 |
| Fremont Hall of Justice<br>39439 Paseo Padre Parkway, Fremont, CA 94538 | Gale/Schenone Hall of Justice<br>5672 Stoneridge Drive, Pleasanton, CA 94588 | Wiley W. Manuel Courthouse<br>661 Washington Street, Oakland, CA 94607 |
| ✓ Hayward Hall of Justice<br>24405 Amador Street, Hayward, CA 94544 | René C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | |

REGINALD EDWARD ELLIS

        Plaintiff

       vs.

NEW UNITED MOTORS MANUFACTURE INC.

        Defendant

Case No.: HG07340547

**STIPULATION FOR ALTERNATIVE DISPUTE RESOLUTION (ADR)**

The parties by and through their attorneys of record hereby stipulate to submit the within

controversy to the following Alternative Dispute Resolution process:

_____

_____

_____

### ORDER

The foregoing stipulation having been read and considered, and good cause appearing, now therefore,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the matter be set for Order to Show Cause Hearing RE:

Dismissal on _____ at _____ a.m./p.m. in Department _____

Dated: _____

_____

JUDGE OF THE SUPERIOR COURT

(SEAL)

Rev 4/05

1

## PROOF OF SERVICE

2        I am a resident of the State of California, over the age of eighteen years, and not a party
3   to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100,
    San Francisco, California 94105. On October 25, 2007, I served the within documents:

4              **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**

5   ☐    I sent such document from facsimile machine (415) 397-8549 on October 25, 2007. I
         certify that said transmission was completed and that all pages were received and that
6        a report was generated by facsimile machine (415) 397-8549 which confirms said
         transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this
7        action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the
         parties listed below.

8

9   ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
         fully prepaid, in the United States mail at San Francisco, California addressed as set
10       forth below.

11  ☐    by personally delivering the document(s) listed above to the person(s) at the
         address(es) set forth below.

12

13  ☐    by placing the document(s) listed above, together with an unsigned copy of this
         declaration, in a sealed Federal Express envelope with postage paid on account and
14       deposited with Federal Express at San Francisco, California, addressed as set forth
         below.

15  ☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses
         set forth below.

16

17      Reginald Edward/Ellis
        P.O. Box 1543
18      San Leandro, CA 94577
        (510) 377-2799

19        I am readily familiar with the firm's practice of collection and processing correspondence
20  for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
    day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
21  motion of the party served, service is presumed invalid if postal cancellation date or postage
    meter date is more than on day after the date of deposit for mailing in affidavit.

22        I declare that I am employed in the office of a member of the bar of this court whose
23  direction the service was made.

24        Executed on October 25, 2007, at San Francisco, California.

25                                            _Denise L. Quintana_
                                              Denise L. Quintana

26

27

28