```
 1  SEYFARTH SHAW LLP
    NICK C. GEANNACOPULOS (State Bar No.: 114822) ngeannacopulos@seyfarth.com
 2  JONATHAN D. MARTIN (State Bar No.: 188744) jmartin@seyfarth.com
    560 Mission Street, Suite 3100
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile: (415) 397-8549

 5  Attorneys for Defendant
    NEW UNITED MOTOR MANUFACTURING, INC.
 6  (sued incorrectly herein as "NEW UNITED MOTORS
    MANUFACTURING, INC.")
 7

 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, | Case No. C 07-05452 WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| NEW UNITED MOTORS MANUFACTURING INC., and DOES 1 through 13, | |
| Defendants. | |

---

1

Proof of Service – Case No. C 07-05452 WHA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On October 26, 2007, I served the within documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; EFC REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES**

☐ I sent such document from facsimile machine (415) 397-8549 on October 26, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Reginald Edward/Ellis
P.O. Box 1543
San Leandro, CA 94577
(510) 377-2799

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on October 26, 2007, at San Francisco, California.

*/s/ Denise L. Quintana*
Denise L. Quintana