IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD EDWARD/ELLIS,

    Plaintiff,

  v.

NEW UNITED MOTORS
MANUFACTURING INC., and DOES 1–13,

    Defendants.
                                                   /

No. C 07-05452 WHA

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED**

On October 25, 2007, defendants filed a notice of removal in this action. It was based on the grounds that plaintiff's breach-of-contract claim is central to, inextricably intertwined with, and substantially dependent upon an interpretation of the terms of a collective bargaining agreement. They argue that the breach-of-contract claim is therefore preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. 185.

Parties are ordered to show cause whether this Court has jurisdiction over this action. Defendants should identify what provisions of any collective bargaining agreement that would need to be interpreted in this action. Parties' submissions should not exceed five double-spaced pages and must be submitted no later than **MONDAY, NOVEMBER 19, 2007**, at **NOON**.

**IT IS SO ORDERED.**

Dated: November 13, 2007.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE