SEYFARTH SHAW LLP
NICK C. GEANNACOPULOS (State Bar No.: 114822) ngeannacopulos@seyfarth.com
JONATHAN D. MARTIN (State Bar No.: 188744) jmartin@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.
(sued incorrectly herein as "NEW UNITED MOTORS MANUFACTURING, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS,<br><br>   Plaintiff,<br><br>vs.<br><br>NEW UNITED MOTORS MANUFACTURING INC., and DOES 1 through 13,<br><br>   Defendants. | Case No. C07-05452 WHA<br><br>**DECLARATION OF RACHEL L. PETTY IN SUPPORT OF DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC.'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Rachel L. Petty, declare:

1. I am Assistant Manager – Team Member Relations with defendant NEW UNITED MOTOR MANUFACTURING, INC. ("Defendant"). I state that the matters contained herein are of my own personal knowledge, and, if called upon to do so, I could and would competently testify thereto.

2. During plaintiff REGINALD EDWARD/ELLIS' employment with Defendant, he was a member of a union (UAW Local 2244) and there was a collective bargaining agreement ("CBA") that governed his employment with Defendant. Attached hereto as Exhibit A is a true and correct copy of that CBA, which was in effect at the time Plaintiff was terminated.

1

Declaration of Rachel L. Petty in Support of Defendant's Response to Order to Show Cause – Case No. C07-05452 WHA

3.     Plaintiff was terminated for falsifying information on a company document by identifying himself on his employment application with a fake name, and using that fake name to make workers' compensation claims, collect benefits and receive compensation.

4.     Plaintiff submitted a grievance over his termination, claiming that Defendant breached a particular article of the CBA, and one of Defendant's Standards of Conduct. Attached hereto as Exhibit B is a true and correct copy of the grievance.

5.     Defendant's Standards of Conduct R-22 states: "Falsifying or omitting pertinent information on any Company record. With regards to employment application the rule shall be one year from the initial application unless unusual circumstances exist".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 15, 2007 in Fremont, California.

*Rachel L. Petty* (signature)
Rachel L. Petty

SF1 28307842.1

2

Declaration of Rachel L. Petty in Support of Defendant's Response to Order to Show Cause – Case No. C07-05452 WHA