# COLLECTIVE BARGAINING AGREEMENT

between

New United Motor Manufacturing, Inc.

and

International Union, United automobile, Aerospace and Agricultural Implement Workers of America, UAW

and its

Affiliated Local Union, 2244

**August 6, 2005**

## Table of Contents

| Section | Title | Page # |
|---|---|---|
| I. | Introduction | 1 |
| II. | Commitments and Responsibilities | 1 |
| III. | Job Security | 6 |
| IV. | Equal Opportunity | 6 |
| V. | Recognition | 7 |
| VI. | Union Security | 7 |
| VII. | Dues Checkoff | 8 |
| VIII. | Representation | 11 |
| IX. | Joint Conference | 17 |
| X. | Problem Resolution Procedure | 18 |
| XI. | Seniority | 25 |
| XII. | Transfers | 28 |
| XIII. | Shift Assignment | 32 |
| XIV. | Team Concept | 34 |
| XV. | Bargaining Unit Work | 34 |
| XVI. | Team Leader Selection Procedure | 35 |
| XVII. | Wage | 36 |
| XVIII. | Cost of Living Allowance | 41 |
| XIX. | Working Hours | 45 |
| XX. | Overtime | 47 |
| XXI. | Holidays | 51 |
| XXII. | Vacation (and PAA) | 55 |
| XXIII. | Leaves of Absence | 61 |
| XXIV. | Group Insurance | 67 |

i

| Section | Title | Page # |
|---|---|---|
| Letter | To Chairman, Bargaining Committee | 188 |
| Letter | Nate Gooden – Expanded Work Force | 190 |
| Letter | Nate Gooden | 192 |
| Letter | Nate Gooden - Benchmarking | 194 |
| Letter | Nate Gooden – Retiree Lump Sum | 195 |
| Index | | 196 |

iii

| Section | Title | Page # |
|---|---|---|
| XXV. | Health, Safety and Ergonomics | 67 |
| XXVI. | Bulletin Boards | 80 |
| XXVII. | Prohibition of Strikes and Lockouts | 81 |
| XXVIII. | Standardized Work | 81 |
| XXIX. | General Provisions | 84 |
| XXX. | Entire Agreement and Waiver | 88 |
| XXXI. | Term of Agreement | 89 |
| Appendix "A" | Lunch Period Agreement | 91 |
| Appendix "B" | Benefits Outline | 93 |
| Appendix "C" | Standardized Work | 127 |
| Appendix "D" | Team Leader Selection Procedure | 129 |
| Exhibit "1" | Authorization for Check-Off of Dues | 140 |
| Memorandum | Deduction of UAW V-CAP | 141 |
| Memorandum | Assignment and Checkoff of Contributions to UAW V-CAP | 143 |
| Letter | To Nate Gooden | 145 |
| Letter | To Nate Gooden – Health and Safety | 155 |
| Letter | To Chairman, Bargaining Committee | 164 |
| Exhibit "A" | Performance Pay Plan (PPP) | 172 |
| Letter | To Chairman – Division II | 181 |
| Letter | To Chairman – Plastics | 184 |
| Letter | To Chairman – Stamping | 185 |
| Diagram | Movement to/from Specific Groups, Paint, Body, and Plastics | 186 |
| Letter | To Chairman, Bargaining Committee | 187 |

ii

# I. INTRODUCTION

1.1 This Agreement is made and entered into this 6th day of August, 2005 by and between New United Motor Manufacturing, Inc., hereinafter referred to as the COMPANY, and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW and its affiliated Local Union 2244, hereinafter referred to as the UNION.

The Parties recognize that this is a historic endeavor and that progress for the Company and the members of the Union is to a large extent interdependent and therefore together we are committed to building and maintaining the most innovative and harmonious labor-management relationship in America.

1.2 In the administration of this Agreement, and in our day to day relationship, we will exhibit mutual trust, understanding and sincerity, and, to the fullest extent possible, will avoid confrontational tactics.

Should differences or misunderstandings occur they will be resolved through full and open communication. The manufacturing environment will be based on teamwork, mutual trust and respect that gives recognition to the axiom that people are the most important resource of the Company. We are cognizant that if this endeavor is to be a success, labor and management must work together as members of the same team.

# II. COMMITMENTS AND RESPONSIBILITIES

1.1 The Company's primary objective is to grow and prosper. Since the catalyst for its progress is its employees, it recognizes its obligation to keep them employed and improve their wages and working conditions. It accepts Union organizing and collective bargaining as an essential and constructive force in our democratic society.

1.2 The Union's primary objective is to improve the quality of life for its members and their families by assuring that they will be treated with dignity and provided with economic security. In addition, it is essential to the Union's purpose to assure that workers are afforded the opportunity to master their work environment; to achieve not only improvement in their economic status but, of equal importance, to gain from their labors a greater measure of dignity, self-fulfillment and self-worth. It recognizes, however, the necessity of increasing productivity as a factor in its role in contributing to the development of the Company, which is the source of its members' employment and income.

1.3 To achieve the common goal of maintaining and improving the quality of life for employees and their families through Company growth the Parties are committed to:

• Maintain a prosperous business operation necessary to maintain fair wages and benefits that will assure a satisfactory standard of living and to provide secure jobs with the opportunity for advancement;

• Provide workers a voice in their own destiny in decisions that affect their lives before such decisions are made;

• Provide that the plant is operated under methods, which will promote, to the fullest extent possible, economy of operation, quality and quantity of output, cleanliness of the plant, and protection of property;

• Work together as a team;

• Build the highest quality automobile in the world at the lowest possible cost to the consumer;

• Promote full communication over the established policies and procedures;

• Cooperate with established standards of conduct and promote fair and equitable treatment;

• Maintain a safe work place utilizing new and innovative programs that could be a model for use throughout the entire industry;

• Resolve employee concerns through procedures using problem solving and non-adversarial techniques that are based on consensus instead of confrontation;

• Recognize the full worth and dignity of all employees, both bargaining unit and non-bargaining unit, and to treat each other with respect;

• Constantly seek improvement in quality, efficiency and work environment through KAIZEN, QC circles, and suggestion programs; and

• Recognize and respect each other's rights and perform all responsibilities sincerely.

1.4 **Management Responsibilities**

In carrying out the above commitments, the Company has the exclusive responsibility, except as specifically relinquished in this Agreement, to plan, direct, and control Company operations, including items such as products to be manufactured; method of manufacturing, including tools and equipment, schedules or production, and processes of manufacturing or assembling; establishment of standardized work; purchase or making of products or services to be incorporated into the products manufactured or processes; establish standards of conduct, including discipline or discharge for good and just cause; hiring, laying off, assigning, transferring, promoting, training and communication with all employees. In performing these responsibilities, the Company will inform the Union about the following matters:

in quality and productivity; and to cooperate with the Company in dealing with governmental entities.

## 1.6  Employee Responsibilities

The Company and the Union recognize and accept their responsibility to strive to create and maintain a positive work environment. To accomplish the same for the present and the future, all employees shall have the following responsibilities:

- Support the performance of the total team and actively support other members of the team;

- Meet reasonable team goals and participate in setting of team goals;

- Work within reasonable Company guidelines and philosophy;

- Respect the individual rights of others;

- Support and abide by reasonable standards of conduct and attendance policies;

- Promote good housekeeping and maintain a safe work environment;

- Promote KAIZEN by continually looking for opportunities to make the Company more efficient;

- Achieve quality goals and improve quality standards;

- Support the team concept; and

- Assist the Company in meeting production goals and schedules.

---

- The inauguration or retirement of top management;

- Annual Company objectives;

- Major organizational changes;

- Semi-annual business plans;

- Company's long-range plans and policies;

- Establishment of quarterly production schedules;

- Contemplated in sourcing or outsourcing decisions;

- Technological changes that will impact the bargaining unit; and

- Other major events.

Additionally, the Company will meet and confer and make its best efforts to reach a consensus with the Union prior to initiating or changing Company policies relating to terms and conditions of employment. The Company shall make no change in Company policies contrary to the terms of this Agreement except as by mutual agreement of the Parties.

## 1.5  Union Responsibilities

The Union has the exclusive responsibility of representing its membership regarding all terms and conditions of employment and to ensure that they are treated consistent with the terms of this Agreement and that they receive fair and equitable wages and benefits.

The Union accepts the responsibility to promote the common objectives and to cooperate with the Company in administering, on a fair and equitable basis, standards of conduct; attendance plans and problem resolution; to promote constant improvements

## III. JOB SECURITY

New United Motor Manufacturing, Inc. recognizes that job security is essential to an employee's well being and acknowledges that it has a responsibility, with the cooperation of the Union, to provide stable employment to its workers. The Union's commitments in Article II of this Agreement are a significant step towards the realization of stable employment. Hence, the Company agrees that it will not lay off employees unless compelled to do so by severe economic conditions that threaten the long-term financial viability of the Company.

The Company will take affirmative measures before laying off any employees, including such measures as, the reduction of salaries of its officers and management, assigning previously subcontracted work to bargaining unit employees capable of performing this work, seeking voluntary layoffs, and other cost saving measures.

In summary, the Parties to this Agreement recognize that job security for bargaining unit employees will help to ensure the Company's growth and that the Company's growth will ensure job security.

## IV. EQUAL OPPORTUNITY

1. The Company and the Union will abide by all applicable Equal Employment Opportunity laws. Both parties agree that the provisions of this Agreement shall apply to all employees covered by this Agreement without discrimination, and in carrying out their respective obligations under this Agreement neither will unlawfully discriminate against any employee on account of race, color, national origin, age, sex, sexual orientation, marital status, religion or against any disabled employee as per applicable law.

2. Any employee determined to be disabled under the ADA and requiring reassignment as reasonable accommodation will be assigned consistent with the bargaining agreement to any vacant

position in any department, including positions outside the home department, for which the employee is otherwise qualified.

ADA qualified team member's will be assigned to an open permanent position within a group where they can perform a full team rotation within their medical restrictions and where the employee has either seniority at least equal to the lowest seniority employee in the group, or where the employee would be the highest seniority employee on the transfer list.

## V. RECOGNITION

1. The Company hereby recognizes the Union, as the sole and exclusive representative of all employees described in Section 2 below, for the purpose of collective bargaining in respect to rates of pay, wages, hours of employment, or other terms and conditions of employment.

**Bargaining Unit.**
2. The term employee shall include all production and maintenance employees employed by the Company at its Fremont facility located at 45500 Fremont Blvd., Fremont, California 94538; excluding guards and supervisors as defined in the Act and all other employees of the Company.

## VI. UNION SECURITY

1.1 Any employee who is a member of the Union in good standing on the effective date of this Agreement shall, as a condition of employment, maintain membership in the Union to the extent of paying periodic membership dues and initiation fees uniformly levied against all Union members. Such employee's membership dues and initiation fees may be deducted from the employee's earnings by signing the form for "Authorization for Checkoff of Dues", or if no such authorization is in effect, the employee must pay membership dues and initiation fees directly to the Union.

1.2 Any employee who is not a member of the Union in good standing on the effective date of this Agreement, shall, on the 31st day after such date or on the 31st day following employment, or on the 31st day following transfer into the bargaining unit, whichever is later, as a condition of employment, become a member and maintain membership in the Union to the extent of paying periodic membership dues and initiation fees uniformly levied against all Union members. Such employee may have membership dues and initiation fees deducted from the employee's earnings by signing the form for "Authorization for Checkoff of Dues" (attached as Exhibit 1), or if no such authorization is in effect, the employee must pay membership dues and initiation fees directly to the Union.

1.3 The Union will furnish the Company, within fifteen (15) days from the effective date of this Agreement, the names of all members paying dues directly to the Union.

1.4 Initiation fees for membership in the Union shall be an amount not to exceed the maximum prescribed by the Constitution and Bylaws of the Union, and which is uniformly required of each applicant for membership in the Local Union.

1.5 The Union shall accept into membership each employee covered by this Agreement who pays to the Union the dues and initiation fees uniformly required as a condition of acquiring or retaining membership in the Union.

1.6 The Union shall indemnify and hold the Company harmless against all claims or liabilities that may arise out of actions by the Company in complying with this Article.

## VII. DUES CHECKOFF

1.1 During the life of this Agreement, the Company agrees to deduct Union membership dues levied by the International Union or Local Union in accordance with the Constitution and Bylaws of the Union, from the pay of each employee who executes or has

executed the "Authorization for Checkoff of Dues" form marked Exhibit "1" and attached hereto.

1.2 A properly executed copy of such "Authorization for Checkoff of Dues" form for each employee for whom Union membership dues are to be deducted hereunder shall be delivered to the Company before any payroll deductions are made. Deductions shall be made thereafter only under "Authorization for Checkoff of Dues" forms which have been properly executed and are in effect. Any "Authorization for Checkoff of Dues" which is incomplete or in error will be returned to the Union by the Company.

1.3 Checkoff deductions, under all properly executed "Authorization for Checkoff of Dues" forms which have been delivered to the Company on or before the effective date of this Agreement, shall continue for the duration of this Agreement.

1.4 Thereafter the Union shall deliver to the Company any executed "Authorization for Checkoff of Dues" forms under which Union membership dues are to be deducted beginning with the following calendar month. In the event that membership dues other than those for the calendar month in which the deduction is made and initiation fees have become due and owing by an employee subsequent to the form, but prior to the first deduction by the Company thereunder, such membership dues and initiation fees will be deducted by the Company at the time it makes the first deduction for membership dues. The Union will notify the Company, in writing, when it makes delivery of "Authorization for Checkoff of Dues" forms of the amounts owing by employees who executed these forms.

1.5 In the case of employees rehired, or returning to work after layoff or leave of absence, or being transferred back into the bargaining unit, who have previously properly executed "Authorization for Checkoff of Dues" forms, deductions will be made for membership dues as provided herein.

1.6 In cases where a deduction is made which duplicates a payment already made to the Union by an employee, or where a deduction is not in conformity with the provisions of the Union Constitution and Bylaws, refunds to the employee will be made by the Union.

1.7 Dues deductions shall be remitted to the designated financial officer of the Local Union once each month within one (1) calendar week after such deductions are made. Any deductions made from subsequent payrolls in that month shall be included with the remittance for the following month. The Company shall furnish the designated financial officer of the Union, monthly, with a list of those for whom deductions have been made and the amounts of such deductions.

1.8 Any employee whose employment is terminated during his or her evaluation period, or any employee who is transferred to a classification not in the bargaining unit, or any employee whose seniority is broken by death, quit, discharge, layoff or sick leave of absence shall cease to be subject to checkoff deductions beginning in the month immediately following the month in which such termination or transfer occurred or seniority was thus broken. The Company will notify the Union following the end of each month of the names of such employees and will designate the reason each such employee ceased to be subjected to the checkoff.

1.9 Any dispute which may arise as to whether or not an employee properly executed or properly revoked an "Authorization for Checkoff of Dues" form, shall be reviewed with the employee by a representative of the Union and a representative of the Company.

1.10 The Company shall not be liable to the International Union or the Local by reason of the requirements of this Article of the Agreement for the remittance or payment of any sum other than that constituting actual deductions made from employees' wages earned.

1.11 The deduction for monthly dues will be made from the second pay day for the calendar month.

1.12 If the deduction is not made at the time described above, the deduction shall be made from the next pay.

1.13 If an employee receives a back pay settlement or award for any calendar month when no dues have been deducted, a deduction for each month shall be made from the settlement or award.

1.14 The Union shall indemnify and hold the Company harmless against all claims or liabilities that may arise out of actions taken by the Company in complying with any of the provisions of this section.

## VIII. REPRESENTATION

For the purposes of representing the employees relative to the terms and conditions of this Collective Bargaining Agreement and to carry out the mutual commitments and responsibilities set forth in Article II, the Union shall have the following representation structure:

1. **Local Union President**

1.1 The Local Union President who is elected from the employees of the Company, will be responsible for representing the Union in a variety of functions in, as well as out of, the plant. The President shall perform functions as defined in the Problem Resolution Procedure, Article X, and such other Articles as may be applicable.

1.2 The President shall have such other duties and responsibilities as shall be determined by the Parties, such as coordination and assistance in the areas of safety, training, education, orientation and Joint Company/Union Programs.

2. **Chairperson Of The Bargaining Committee**

- **Other duties as assigned by the Chairman of the Bargaining Committee.**

4. **The Bargaining Committee**
   The Bargaining Committee shall consist of the Chairperson, Two (2) Bargaining Committeepersons, Two (2) Zone Committeepersons and the President of the Local Union. The Bargaining Committee shall have the responsibility, in conjunction with the International Union, of negotiating a new Collective Bargaining Agreement to replace the present agreement or make modifications thereto. The Two (2) Bargaining Committeepersons will also function as District Committeepersons as defined in Section 5, below. There will be one (1) bargaining committeeperson on 1st shift elected by 1st shift employees and one (1) bargaining committeeperson on 2nd shift elected by 2nd shift employees. Bargaining Committeepersons must be elected from the district committeepersons on each shift.

   There will be one (1) zone committeeperson on 1st shift elected by 1st shift employees and one (1) zone committeeperson on 2nd shift elected by 2nd shift employees.

5. **District Committeepersons**
5.1 For the purpose of representation, the Chairperson of the Bargaining Committee and the Manager of Team Member Relations, shall by mutual agreement, establish Districts in the plant. There shall be Six (6) Districts on the Day Shift and Six (6) Districts on the Night Shift (2nd Shift).

5.2 Where there is an overlap period between shifts where employees are working outside of the normal two (2) shifts, the Chairperson of the Bargaining Committee shall assign the responsibility of representing those employees to one or more of the above District Committeepersons.

13

2.1 The Chairperson of the Bargaining Committee, who is elected from among the employees of the Company, shall represent the entire bargaining unit. The Chairperson shall be responsible at the Local Union level for the overall administration of the Collective Bargaining Agreement. The Chairperson shall perform functions as defined in the Problem Resolution Procedure, Article X, and such other Articles as may be applicable. The Chairperson shall make assignments to members of the Bargaining Committee and the Zone Committeepersons consistent with the terms of this Agreement.

2.2 One of the key mutual goals of the Parties is to resolve problems at the earliest possible stage. The Chairperson of the Bargaining Committee will meet with the Manager of Team Member Relations on a day to day basis to discuss how best to carry out that goal, and how best to meet the mutual commitments of the Parties as set forth in Article II.

3. **Acting Chairperson Of The Bargaining Committee**
   The Chairperson of the Bargaining Committee shall designate any member of the Committee as Acting Chairperson, who will perform the duties of the Chairperson in the Chairperson's absence.

3.1 **Zone Committeeperson**
   The Zone Committeeperson will have the following responsibilities:

   - **Prepare cases for the Problem Resolution Procedure including gathering all evidence, notes and other pertinent data from the District Committeeperson (The District Committeeperson has the sole responsibility to turn over all information to the Zone Committeeperson prior to the case being prepared).**

   - **Upon request from the District Committeeperson or by direction from the Chairman of the Bargaining Committee, assist in any investigation.**

12

5.3 One (1) Union Representative for the Expanded Work Force will be appointed by the Chairperson of the Bargaining Committee.

6. **Duties Of District Committeepersons**
Each District Committeeperson shall have responsibilities relating to proper administration of this Agreement with the Company. These duties include:

- Meeting with Company representative to resolve complaints under the Problem Resolution Procedure;

- Participating with the Company in Standards of Conduct and Attendance Counseling Committees;

- Joint investigations with the Company in potential suspension/discharge cases;

- Represent an employee(s) (if requested by the employee(s)) in disciplinary action that may result in suspension or discharge; and

- Implementing this Agreement and cooperating with the Company in implementing Labor Relations Policies such as attendance control, vacation scheduling, safety records, call-in duties, lost time accident reports, and leaves of absence.

7. **Alternate District Committeeperson**
There shall be one (1) Alternate District Committeeperson for each regular District Committeeperson who shall be designated by the Union. In cases where a District Committeeperson is absent, the Alternate District Committeeperson may function in the Committeeperson's place during such absence. However, the Alternate shall not function or be paid for performing representational duties when the Committee person is absent and being paid by the Company for the Committeeperson's representational duties.

14

8. **General Representatives**
Eight (8) representatives, appointed by the International Union, will be assigned to positions in the Safety, Ergonomics, Employee Benefits, Employee Assistance, Return to Work and Apprenticeship/Skilled/Cross Training and Community Involvement areas of the Human Resources Department. The General Representatives will have regular full time duties determined by the Company and the Union.

9. **Rate Of Pay**
The Local Union President, the Chairperson of the Bargaining Committee, Zone Committeepersons, the District Committeepersons and the General Representatives shall be paid according to the mutual agreement of the Parties for time spent in representational duties at the plant. In addition, the President of the Local Union shall be paid up to sixteen (16) hours per week and the Chairperson shall be paid for up to sixteen (16) hours per week according to the mutual agreement of the Parties for time spent on representational duties off the plant premises. Before leaving the plant premises, arrangements must be made with the Manager of Team Member Relations. Normally Committeepersons will not perform representational duties off premises but they may, when given permission by the Manager of Team Member Relations. Requests for permission to perform off premises representational duties must come from the Chairperson of the Bargaining Committee.

10. **Union Coordinator**
10.1 There shall be one (1) Union Coordinator designated by the Union for every **four (4)** Groups in the Plant **by July 1, 2006.** The Groups will be combined by the Manager of Team Member Relations and the Chairperson of the Bargaining Committee. The Union Coordinator shall be selected from among the employees in the Group that the employee represents. The Union Coordinator will perform a full-time job in the Plant.

10.2 The function of the Union Coordinator, in part, is to provide representation and assistance in the solution of problems and

15

conducting Union business of such nature as attendance at the UAW Convention, attendance at Board Meetings of the Local Union, and summer programs conducted by the UAW, etc. The Manager of Team Member Relations shall receive a written absence notification from the Local Union President, Chairperson of the Bargaining Committee or an International Representative as far in advance as possible, but in no event less than forty-eight (48) hours before the absence.

## IX.  JOINT CONFERENCE

### 1.  Purpose

The Company and the Union will have periodic Joint Conferences to allow both parties full understanding of situations within and surrounding the Company and the Union. The purpose of these Joint

Conferences is to facilitate joint efforts in establishing a work environment and relationship characterized by mutual respect and trust.

### 2.  Level/Composition

2.1  Joint Conferences shall be held at the Company Level (Executive Joint Conference), and sectional level within the bargaining unit (Section Joint Conference).

2.2  Executive Joint Conferences shall be composed of the President, Executive Vice Presidents, Vice Presidents, and other designated management personnel relating to the issues to be discussed, and the International Representative, President of the Local Union, Bargaining Committee Chairperson, and Committeepersons.

2.3  Section Joint Conferences shall be composed of Section Manager, Assistant Manager, if any, and designated personnel related to the issues, the Committeepersons and Union Coordinators within the Sections.

### 3.  Agenda

17

---

potential problems within the Groups where the Coordinator works. It is the intent of the Parties, in the spirit of true teamwork, that all best efforts be made by the affected employee(s), Union Coordinator and Group Leader to quickly resolve problems arising within the Group, in an informal atmosphere and on a non-precedent setting basis. The Union Coordinator will perform functions as defined in the Problem Resolution Procedure, Article X, and other activities as agreed to by the Parties, including but not limited to, Group Meetings.

10.3 Meetings with the Union Coordinator or problem handling shall be arranged during the periods in which there is clearly no interference with the job duties of both the Coordinator and Employee, such as lunch or break time. Union Coordinators will be paid two (2) hours pay per week at their straight-time hourly rate for performing their representational duties. This two (2) hours pay shall not be included for purposes of computing overtime.

## 11.  General Provisions

11.1 Upon entering a section to perform representational responsibilities and in order to facilitate communication and create a positive atmosphere, all Union representatives shall notify the Manager, Assistant Manager or Group Leader of that area of their presence and purpose.

11.2 The names of all Union Officers, Committeepersons and Union Coordinators shall be given to the Human Resources Department in writing by the President of the Local Union, the Chairperson of the Bargaining Committee, or an International Representative. No person shall be allowed to function in these positions until forty-eight (48) hours after such notice.

11.3 Upon the request of the President or Chairperson of the Bargaining Committee of the Local Union, or an International Representative, the Company shall excuse an employee without pay for all or part of a shift, unless such excuse would substantially interfere with production, for the purpose of

16

An agenda shall be determined by mutual agreement and shall not include problems defined in Article X or negotiation matters. Each party shall furnish the other with an agenda which they wish to discuss as far in advance of the meeting as possible.

### 4. Meeting Hours

Executive Joint Conferences shall be held at a mutually agreeable time. Section Joint Conferences shall be held at a mutually agreeable time after working hours.

## X. PROBLEM RESOLUTION PROCEDURE

### 1. Scope Of Problem

1.1 In the event any employee has a "problem" concerning the interpretation or application of any terms of this Agreement, or any other work-related problem, such matters shall be adjusted according to procedures in this Article except where the Agreement specifically states that a certain matter shall not be subject to this Problem Resolution Procedure or where a certain matter is subject to other resolution procedures.

1.2 The Union agrees that this procedure shall be the exclusive procedure for any problem resolution and it further agrees to discourage any employee to appeal to any court or other government agency any resolution rendered through this procedure.

### 2. FIRST STEP: Informal Discussion -- Team Effort For Resolving Problem

2.1 The Company and the Union shall encourage all employees to attempt to resolve problems within the Group using problem-solving methods. Any employee with a problem shall first discuss the problem with the employee's Group Leader. If the problem is not settled to the satisfaction of the employee, the employee may discuss the problem with the Union Coordinator during the period in which there is clearly no interference with their job duties such as lunch, break period, etc.

2.2 Because of the value and importance of full discussion in clearing up misunderstandings and preserving harmonious relations, every reasonable effort shall be made to resolve problems promptly at this point through discussion. The resolution of an employee problem at this stage shall not set a precedent or a binding past practice on either party.

2.3 The Group Leader shall answer the problem within three (3) working days from the date on which the problem is made known to the Group Leader. The Group Leader's answer shall state the basis for the Group Leader's position. If the problem is not resolved through discussion with the employee(s)' immediate Group Leader, and/or the Union Coordinator, the Union Coordinator or the employee(s) may request the Group Leader to call the District Committeeperson. **The Group leader shall place the Committeeperson call within twenty-four (24) hours of the request.** The Team Member Relations Representative shall be notified by the District Committeeperson within five (5) working days after the Group Leader answers the problem.

2.4 Investigation of Problem: The Committeeperson and Team Member Relations Representative shall jointly complete the investigation of the circumstances of the problem within three (3) working days from the notification to the Team Member Relations Representative. Thereafter, they shall discuss the problem with the Section Manager and others concerned in order to resolve it.

### 3. SECOND STEP

3.1 If the matter remains unresolved, within three (3) working days after completion of the investigation, the Committeeperson may present the problem to the Manager of Team Member Relations on a Problem Notice Form supplied by the Company and agreed to by the Union.

3.2 The Problem Notice Form shall state the nature of the problem and the pertinent facts, the date on which the act or conduct

forming the basis for the problem occurred, the contract provision or provisions alleged to have been violated, the nature of the problem and the remedy requested, and be signed by the grieving employee and/or the Union. All employees involved in a group problem shall be identified on the form. The form shall also be signed and dated by the Committeeperson.

3.3 The Chairperson of the Bargaining Committee and Manager of Team Member Relations, or their authorized designees, shall meet on Tuesdays at 10:00 a.m.(or such other time as the parties may mutually agree upon) to review all Problem Notices filed in the previous week. They shall review the investigation made at the First Step and shall seek to resolve the problem. If they are not able to resolve the problem at the Second Step meeting, the Manager of Team Member Relations shall give the Chairperson of the Bargaining Committee a written Second Step answer to the problem within three (3) working days after the Second Step meeting, stating the reasons for his position. If the Problem Notices from the previous week are not heard at the Tuesday Second Step meeting they may be dispositioned by the Company.

4. THIRD STEP: Appeal To Joint Union/Management Committee
4.1 If the second step written answer does not resolve the problem, the Chairperson of the Bargaining Committee may give the Team Member Relations Manager a written "Notice of Unresolved Problem", on forms supplied by the Company and agreed to by the Union. The written Notice of Unresolved Problem shall be presented within three (3) working days from the time of the written answer in the Second Step.

4.2 Within five (5) working days, the Company and the Union shall prepare and exchange three (3) copies of a written "Statement of Unresolved Problem" setting forth their positions, the facts of the case and provisions of this Agreement in support of their positions. Following the exchange of statement, the Joint Union/Management Committee shall be convened to review the Problem and to discuss it fully to resolution. The Joint Union/Management Committee shall consist of three (3)

Company representatives—Vice President, Human Resources, Manager of Team Member Relations, and a General Manager related to the problem or their designee(s), and three (3) Union representatives—International Representative, President and Bargaining Committee Chairperson of the Local Union or their designee(s).

4.3 If the case is not resolved by the Joint Union/ Management Committee, the Company shall give its decision in writing to the Union's Joint Union/Management Committee Member within five (5) working days after the Joint Union/Management Committee meeting.

FOURTH STEP: Arbitration

5.
5.1 If the Union is not satisfied with the Company's Third Step written decision, the International Representative, within fifteen (15) calendar days from receipt of the Company's written decision in the Third Step, shall submit a completed "Notice of Appeal to Arbitration" form to the Team Member Relations Manager, on a form supplied by the Company and agreed to by the Union.

5.2 This notice shall specify the issues involved in the problem, all new facts ascertained by the Union, and remedy requested. Problem(s) appealed in this manner shall be discussed by the Union's Regional Director or a designated staff member and Vice President, Human Resources or designee prior to presentation before the Arbitrator.

5.3 Problem(s) not adjusted at this time may be referred to the Arbitrator in writing by either party to this discussion.

6. Arbitrator
6.1 Within fifteen (15) calendar days of the meeting described in the preceding paragraph, the parties shall jointly request the

American Arbitration Association to furnish both parties with an appropriate panel of seven (7) Arbitrators.

6.2 The parties shall then select an Arbitrator from this panel by mutual agreement or by alternately striking a name therefrom until one (1) name is left. The selection shall be made within five (5) working days after receipt of the panel list. The parties may jointly select an available arbitrator when necessary in order to expedite the arbitration process. The arbitration shall be conducted in accordance with the rules of the American Arbitration Association.

6.3 All costs of arbitration, including the arbitrator's fees and expenses, shall be shared equally by the Company and the Union. Each party shall bear the expense of its own presentation, including attorney's fees, outside consultants and the like.

7. Power Of Arbitrator

7.1 The Arbitrator shall be empowered to hear, investigate and decide any differences between parties concerning the interpretation or application of the provisions of this Agreement. The Arbitrator shall have no power or authority to rule on or to decide any matter which is not covered by express provisions of this Agreement or which is left to the responsibility or discretion of the Company. The Arbitrator shall have no power to: (1) add to, subtract from, or otherwise modify any of the provisions of the Collective Bargaining Agreement; (2) establish or modify any wage; (3) rule on problems concerning standardized work; (4) rule on problems concerning the Company's Benefit Plans, such as the Group Insurance Program, Health Care Insurance Program, Retirement Plan, Savings Plan, or Reserve Fund Plan; (5) rule on problems concerning health and safety; (6) rule on those issues or disputes in which the parties waived their rights under Article XXX; or (7) rule on any matter specifically excluded from the Problem Resolution Procedure by any part of this Agreement.

7.2 During the hearing, the Arbitrator may conduct such investigations as appropriate and reasonable.

8. **Arbitrator's Decision**
All decisions within the defined authority of the Arbitrator shall be final and binding on all parties.

9. **Time Limits**
9.1 A written problem shall be filed within fifteen (15) working days after occurrence of the event-giving rise to the problem unless the circumstances of the case make it impossible for the employee or the Union to know that there were grounds for the claim prior to that date. If a written problem is not filed within the time limit, the problem is not valid under this Problem Resolution Procedure.

9.2 Any problem not appealed within the time limits shall be considered settled on the basis of the last decision and not subject to further appeal or to arbitration. However, an employee who does not appeal a problem from one step to another shall be given one (1) automatic two (2) day extension of time to properly perfect his appeal. An employee or Union who uses this extension shall have no further extension at any step of the Problem Resolution Procedure. If the Company does not answer a problem within the time period specified, the problem shall be deemed denied and may be taken to the next step of the Problem Resolution Procedure.

9.3 The time limits provided for in this Article may be extended by written agreement of the parties. The party requesting the extension shall initiate the request in writing.

9.4 Prior to the hearing by the Arbitrator, the parties may agree to refer a problem back to the preceding step of the Problem Resolution Procedure for the purpose of further discussion or investigation including new evidence not set forth in the prior written record.

9.5 At any step prior to the hearing by the Arbitrator, the Union Representative(s) and Company Representative(s) designated for

that step shall have the authority to resolve a problem, provided that the problem settlement does not supersede or conflict with any provisions of this Agreement.

9.6 During or after the hearing by the Arbitrator, a problem may be withdrawn by agreement of the parties.

## 10. Effect Of Resolution

10.1 Any claim against the Company shall not be valid for the period prior to the date the written problem was first filed, except that:

(a) For a back wage claim based on a non-continuing violation, the claim should be valid for a period of not more than fifteen (15) days prior to the date the written problem was first filed; or

(b) For a back wage claim based on a continuing violation, the claim shall be limited retroactively to a thirty (30) day period prior to the date the claim was first filed in writing, if the circumstances of the case made it impossible for the employee or the Union to know that there were grounds for the claim prior to that date.

10.2 Amount of Back Wage: The claim for back wages shall not exceed the amount of wages the employee would otherwise have earned at the employee's regular rate, including overtime, less:

(a) any unemployment or workers' compensation the employee received, or was entitled to; or,

(b) any compensation for personal services received or earned during the period covered by the problem that the employee would not have earned if the employee had been working.

## 11. Discipline And Discharge

11.1 If an employee is called to the Team Member Relations Section or to a meeting with a supervisor concerning discipline, the

employee may request the presence of the District Committeeperson for representation during the interview.

11.2 Immediately after any corrective suspension or issuance of second and any subsequent written corrective notice for violation of the Standards of Conduct or Good Attendance program, the Good Conduct and Attendance Counseling Committee shall confer with the employee. The Committee will discuss all relevant facts and circumstances to assist the employee in improving the employee's conduct or attendance. In addition, the committee shall impress upon the employee the importance of Good Conduct and Attendance.

11.3 The Good Conduct and Attendance Counseling Committee shall consist of a Group Leader, Team Member Relations Representative and Committeeperson.

11.4 A written corrective notice is not subject to Problem Resolution Procedure in this Article; provided, however, that if a problem involving a suspension or discharge is appealed to arbitration, all written corrective notices preceding the suspension or discharge also may be contested during the arbitration.

11.5 Any problem regarding suspension and discharges shall be filed to the Third Step provided in Section 4 of the Problem Resolution Procedure, within three (3) working days from the disciplinary action taken. If a problem regarding discharge is not resolved in the Problem Resolution Procedure, it shall be expedited to the Arbitration Step taking precedent over all other problems and the Arbitration shall be held within two (2) weeks where possible.

11.6 The employee and the Union will be provided a copy of any written corrective notice, suspension or discharge entered in the employee's personnel file.

## XI. SENIORITY

1. Definition

Seniority means an employee's unbroken service with the Company in years, months and days since the employee's most recent date of hire. Seniority shall be established on a Company-wide basis and separately within Division I and Division II.

**2. Evaluation Period**

2.1 An employee may acquire seniority after successfully completing an initial evaluation period of ninety (90) calendar days starting with the most recent date of hire. The employee will receive credit for seven (7) calendar days for each pay period the employee works except hiring week. After completion of the initial evaluation period, seniority shall date back to ninety (90) days from the date seniority is acquired.

2.2 The initial evaluation period will be used to measure performance based on ability to perform required tasks, quality and quantity of work, attendance, punctuality, and ability to work as a team member. The retention of an employee during the evaluation period shall be at the Company's discretion, and termination of such employee shall not be subject to the Problem Resolution Procedure. In the event of a potential termination of employment during the evaluation period, a member of the Team Member Relations Section and a Committeeperson will review any unusual or mitigating conditions and circumstances relevant to the potential termination of the employee.

2.3 If two employees have the same amount of seniority, the employee with the lowest last four numbers on his or her social security number will have the greatest seniority, and if that still does not break the tie, the lowest last (5) numbers on his or her social security number will have the greatest seniority.

**3. Loss Of Seniority**

Seniority will be broken and lost, and employment shall cease for the following reasons:

a. Discharge for just cause;

b. Quit or Retirement;

c. Failure to report to work for four (4) consecutive working days without prior notice, unless unusual conditions or circumstances exist;

d. Failure to report to work within six (6) consecutive working days (excluding Saturday and Sunday) without a Company approved leave of absence unless unusual conditions or circumstances exist;

e. Failure to return to work within four (4) consecutive working days (excluding Saturday and Sunday) after the expiration of a leave of absence unless unusual conditions or circumstances exist;

f. Accepting employment while on leave of absence, unless prior written approval has been granted by the Company, or specifically permitted by other language in this agreement; or

g. Being on a sick leave beyond the leave period set forth in Paragraphs 9.3 and 9.4, Article XXIII, of this Agreement.

h. Falsifying or omitting pertinent information on any Company record, with regards to employment application, the rule shall be one (1) year from hire date.

**4. Transfer**

4.1 When an employee is transferred permanently from Division I to Division II, the employee shall establish seniority in Division II as of the date of transfer (entry date). When an employee is transferred temporarily from one Division to another, the employee shall retain accumulated seniority as of the date of the transfer in the Division from which the employee was transferred and continue to accrue seniority.

4.2 Employees who leave the bargaining unit for a **Salaried position** after 8/6/05 shall have their bargaining unit seniority frozen for

one year and will not accumulate bargaining unit seniority while in a salaried position. If the employee remains in a Salaried position beyond the one year period, all bargaining unit seniority will be lost.

**5. Seniority List**

The Company will furnish the Union with a seniority list on a quarterly basis, or on request of the Chairperson of the Bargaining Committee.

# XII. TRANSFERS

**1. Definitions**

Transfer means an employee moving from one Group or Section to another. A regular transfer is a transfer for more than three (3) months. A temporary transfer is for no more than three (3) months.

**2. Regular Transfer**

The Company may transfer employees. If efficiency and production needs permit, the Company will give priority to employees who have made application for a posted transfer as set forth below.

**3. Application For Transfer**

3.1 Except in the case of Quality Assurance Audit Team Members, if an employee has worked in a section or group for at least twelve (12) months, an employee may file an application to be transferred to an open job in another Group during the Ten (10) working day posting period for an opening. Quality Assurance Audit Team Members must have worked for at least thirty six (36) months on the Audit Team in order to be eligible to transfer from that assignment.

Notice of the openings will be located on the Company's Bulletin Boards throughout the plant for a period of Ten (10) working days. The Job Posting notice shall include the following information:

- **The date and time of the posting**
- **The date and time of the closing**
- **The group**
- **The Location**
- **The shift the opening is on**
- **The physical requirements of the job**

The application, available in Team Member Relations, must be filed with the Team Member Relations Section no later than the date and time of closing. The application shall include:

a. employee's current job and all previous jobs held in the Company;

b. employee's plant and division seniority dates;

c. job for which a transfer is sought; and

d. experience, qualifications, and knowledge the employee has for the job.

Employees not filing an application by the date and time of closing shall forfeit any claim to the position.

3.2 Once an employee accepts a transfer, all other pending applications for current job postings are automatically cancelled. An employee who is transferred is not eligible to apply for another transfer until after twelve (12) months from the effective date of the transfer.

**4. Selection**

4.1 When an open job is to be filled, the Company will review all applications which have been submitted prior to the date and time of closing, and select the most qualified applicant. Those applications on file for the job. Production needs permitting, the Company will select for transfer the employee or employees it

believes have the capability and knowledge to perform the job. For Division I, where two or more employees have relatively equal capability, and production needs permit the selection of any one of them, the employee with the greatest seniority will be transferred. For Division II, where two or more employees have relatively equal capability and knowledge, and production needs permit the selection of any one of them, the employee with the greatest seniority will be transferred. If no employee makes application for the job and the production needs permit, the Company will transfer volunteer(s) or the least seniority employee(s) among those who are qualified for the job in the Group from which transfers are required. Current employees who have made application for transfer will be given preference over new hires for permanent openings.

4.2 Transfers will occur by the Monday following fifteen (15) working days after the Company has notified the employee of the Transfer.

4.3 **When a vacancy occurs within a team, the opening will first be offered by seniority within the group where the opening exists. Only one such move will be allowed.**

4.4 If an employee files a transfer application based on health reasons, the Company will make a decision whether or not to transfer after consultation with the Company Medical Office.

**5. Temporary Transfer**

5.1 The Company may temporarily transfer employee(s) for a maximum period of three (3) months per transfer, without regard to the other provisions of this Article. Where practical, the Company will transfer a volunteer or applicant. If there is none, the employee having the least seniority among those who are capable of doing the required job in the team from which the transfer is required will be transferred.

5.2 An employee temporarily transferred from Division II to Division I shall be paid at his/her regular Division II rate. An employee

who is temporarily transferred to Division II will receive the rate of pay for the job being performed for all hours worked.

**6. Notification**

6.1 Except in emergency cases, the Company shall give prior notice to the employee who is to be transferred.

6.2 For transfers from one shift to another, the Company will give one (1) week notice where possible.

6.3 Management will furnish the Chairperson of the Bargaining Committee a list of such permanent openings as far in advance as possible of such transfers.

**7. Consideration On Return**

If an employee is involuntarily reassigned from one section or group to another as a result of a change in takt time or other reduction in force, and if production needs and qualifications permit, that employee will be permitted to fill openings in the employee's original section or group before regular transfer applications are considered. The following provisions apply to consideration for return:

7.1 An employee must make application to return to the section or group. Applications may be submitted only during the first **thirty (30) days** after the employee's reassignment.

7.2 The application for return will be considered for openings occurring in the section or group during a twelve (12) month period following the submission of the application. After the twelve (12) month period, openings will be filled in accordance with normal transfer procedures.

7.3 Refusal of an opportunity to return to the section or group under these provisions automatically cancels the application.

preference based on seniority and qualifications. During the initial evaluation period, the new employee will be assigned to an appropriate shift decided by the Company for training purposes up to the first ninety (90) days of employment.

1.2  Assignment from one shift to another shall be in the following manner:

   a.  Once every six (6) months an employee may make a written application to the Group Leader for reassignment to the corresponding Group on another shift.

   b.  An applicant who is eligible under the terms of the Agreement, shall be reassigned to the requested shift as soon as possible, but not later than the first Monday following ten (10) working days from the date the application is filed. This reassignment shall be made in accordance with seniority in the respective Division, subject to the applicant's qualification to perform the required work and the ability of the employees on the former shift to perform the remaining work. The employee who is displaced as a result of a greater seniority employee exercising shift preference rights under this Article will be reassigned to the corresponding Group on the other shift **and will be given ten (10) days written notice by management of the new shift assignment.**

1.3  When the Company believes it is necessary to reassign an employee(s) from one shift to another to maintain quality, efficiency or for training, these reassignments shall be made first from qualified volunteers who can be released from their current shift assignment. If there are no such volunteers, reassignments shall be made from the least seniority employees who are qualified to perform the work. Such reassignment shall not normally exceed three (3) months except where to do so would adversely effect the Company's operation.

33

---

7.4  If an employee returns to a section or group in accordance with these provisions, **any** open transfer requests on file at the time of return will be **valid.**

7.5  If two persons qualify for a single opening in accordance with these provisions, preference will be given to the employee with greater seniority.

8.    **Reduction in Force**

8.1  In the event a takt time change or other reduction in force results in the need to move employees from one Group to another, the Company will attempt to honor the requests of volunteers in selecting any employees to be moved. If there are no volunteers and when production needs permit, employees will be reduced out of the Group according to seniority and qualifications.

8.2  In the event a team leader position is eliminated from the Group, the team leader may elect to:

   A)  remain in the Group on another team as a team leader provided he/she has the seniority and qualifications;

   B)  be reassigned to an available team leader opening within the section or;

   C)  be demoted to team member and remain in the Group provided he/she has the seniority and qualifications.

8.3  If there are no available team leader openings in the team leader's section or the team leader does not have the seniority or qualifications to remain in their original group, then the team leader will be demoted to team member and reduced in accordance with section 8.1.

**XIII.  SHIFT ASSIGNMENT**

1.1  The parties recognize that it is necessary, from time to time, to reassign employees to different shifts to maintain quality, efficiency of production among shifts, to train other employees, or to accommodate employees' desires. It is also recognized that employees who desire to change shift should be given shift

32

1.4 When the Company implements a new shift(s), the Company may assign the lowest seniority qualified employee from the present shift to the new shift to maintain quality and efficiency of production. Employees who have made a written application for the new shift will be given preference. Employees who have been reassigned may make application to be reassigned to another shift after three (3) months, in accordance with this Article.

1.5 In the event of the addition of a Production shift; there will be no shift preference for ninety (90) days. In cases of model changeover which require more than one (1) week shutdown, there will be no shift preference for thirty (30) days.

## XIV. TEAM CONCEPT

1.1 The parties agree that the Company will utilize a team concept, whereby employees will be organized into teams of approximately 5-10 members. All members of a team share responsibility for the work performed by the team, and for participation in Quality/Productivity improvement programs such as QC Circles and KAIZEN. Generally, and as practical, team members are expected to rotate jobs within the team.

1.2 Each team will have a Team Leader selected in accordance with Article XVI in this Agreement. Team Leaders shall be members of the bargaining unit.

## XV. BARGAINING UNIT WORK

1.1 Salaried employees or other non-bargaining unit employees will not be used as substitutes for hourly employees nor will they deprive bargaining unit employees of available work.

1.2 The principal function of the Group Leader is to direct the activities of workers in a particular area. The Parties recognize, however, that it may be necessary for the Group Leader or other non-bargaining unit employees, including employees of Toyota Motor Corporation, to perform the work that is normally performed by bargaining unit employees for the following reasons:

- Assisting in engineering or breakdowns;
- Kaizen and training employees;
- Performing work of an experimental nature; and
- Unexpected circumstances requiring immediate attention to avoid interruption of work, (i.e. **Breakdown, etc.**)

## XVI. TEAM LEADER SELECTION AND ADMINISTRATION PROCEDURE

1.1 The Parties seek to attract, retain and motivate individuals who contribute to the mutual growth and success of the total team. An objective of the Parties is to identify the most capable individual for team leader positions within the Company. In so doing, the Company tries to provide growth opportunities for employees and to assist them in developing to their full potential.

1.2 The Company **and the union** will establish selection criteria and promote employees from those qualified who are most capable for the team leader position. Candidates must have level 2 attendance or above (except in the case of level 1 attendance resulting from an authorized Leave of Absence) to be considered. Where two or more candidates are considered most capable, the employee with the greater seniority will be selected. In identifying qualified candidates for promotion to team leader, the following guidelines will be utilized: experience, ability, capacity to perform the team leader job, etc.

1.3 New team leaders will be subject to a four (4) month evaluation period to assess their ability on the job. The evaluation period will start as soon as the Team Leader is promoted. Criteria used to measure team leader performance will include, without limitation, the demonstrated capability to perform all the jobs on the team. In addition, the new Team Leader will attend the post-promotion training class within the (4) month evaluation period. Team leaders who fail to perform satisfactorily during the evaluation period will be returned to their former groups as team members.

1.4 The joint Team Leader Selection committee shall review current team leader training and propose continuing education for team leaders once a year. A joint report for training shall be generated and given to the Bargaining unit Chairman and the General Manager of Human Resources for review and implementation.

1.5 Team Leaders who experience performance difficulties will be referred to the Review Committee. Any potential demotion of a team leader will be referred to the Review Committee process.

## XVII. Wage

1. Base Wage Rate
1.1 All employees covered by this Agreement shall be paid the following base wage rates:
(a) Division I:
1. Effective 8/8/2005 the New Hire Rates will be as follows:

| Months of Service | Hired on or before 8/6/2005 | Hired after 8/6/2005 |
| --- | --- | --- |
| 0-6 months | $20.06 | $19.58 |
| 7-12 months | $21.38 | $20.98 |
| 13-18 months | $22.70 | $22.38 |
| 19-24 months | $24.02 | $23.77 |
| 25-30 months | $25.33 | $25.17 |
| 31-36 months | $26.65 | $26.57 |
| After 36 months | $27.97 | $27.97 |
| Plus applicable COLA | | |

NOTE: No current Team Member will receive a lower wage under this new Agreement than being received under the old Agreement.

(2) Effective August 6, 2007 the New Hire Rates with the inclusion of the GWI will be as follows:

| Months of Service | Hired on or before 8/6/2005 | Hired after 8/6/2005 |
| --- | --- | --- |
| 0-6 months | $20.45 | $19.97 |
| 7-12 months | $21.80 | $21.40 |
| 13-18 months | $23.15 | $22.82 |
| 19-24 months | $24.50 | $24.25 |
| 25-30 months | $25.83 | $25.68 |
| 31-36 months | $27.18 | $27.10 |
| After 36 months | $28.53 | $28.53 |
| Plus applicable COLA | | |

(3) Effective August 4, 2008 the New Hire Rates with the inclusion of the GWI will be as follows:

| Months of Service | Hired on or before 8/6/2005 | Hired after 8/6/2005 |
| --- | --- | --- |
| 0-6 months | $21.05 | $20.57 |
| 7-12 months | $22.45 | $22.04 |
| 13-18 months | $23.84 | $23.51 |
| 19-24 months | $25.23 | $24.98 |
| 25-30 months | $26.60 | $26.45 |
| 31-36 months | $28.00 | $27.92 |
| After 36 months | $29.39 | $29.39 |
| Plus applicable COLA | | |

(b) Division II:
(1) Effective 8/8/05 the New Hire Rates will be as follows:

| Months of service | Hired on or before 8/6/2005 | Hired after 8/6/2005 |
| --- | --- | --- |
| First 90 days | $27.74 | $27.49 |
| After 90 days | $32.34 | $32.34 |
| Plus applicable COLA | | |

(2) Effective 8/6/07 the New Hires Rates with the includes of the GWI will be as follows:

| | Hired on or before 8/6/2005 | Hired after 8/6/2005 |
|---|---|---|
| **Months of service** | | |
| First 90 days | $28.29 | $28.04 |
| After 90 days | $32.99 | $32.99 |
| Plus applicable COLA | | |

(3) Effective 8/4/08 the New Hires Rates with the includes of the GWI will be as follows:

| | Hired on or before 8/6/2005 | Hired after 8/6/2005 |
|---|---|---|
| **Months of service** | | |
| First 90 days | $29.13 | $28.88 |
| After 90 days | $33.98 | $33.98 |
| Plus applicable COLA | | |

1.3 If an employee is absent for a full pay period(s) for any reason except vacation, jury duty, military leave, leave of absence due to industrial injury, leave of absence qualified under the Family and Medical Leave Act, or California Family Rights Act, California Pregnancy disability Act, or Union leave of Absence, the required period(s) to increase the wage rate shall extend for such pay period(s).

1.4 Employees permanently transferred from Division I to Division II shall receive the hiring rate effective as set forth in Section 5 of this Article. Employees permanently transferred from Division II to Division I shall receive the relative wage rate based on the employee's prior period from hiring. The automatic rate increase shall start, if the employee is still crediting toward the maximum rate, as set forth in Section 5 of this Article.

2.0 Team Leader Premium

38

---

Team Leaders shall be paid a premium of sixty cents ($.60) per hour, effective the date of promotion and in accordance with Section 5 of this Article.

3.0 Night Shift Premium

3.1 A night shift premium will be paid an employee for hours worked, including overtime hours, on a shift scheduled to start in accordance with the following chart:

| Scheduled Shift Starting Time | Amount of Shift Premium Week Ending |
|---|---|
| a) On or after 11:00 a.m. and before 7:00 p.m. | 5% per hour |
| b) On or after 7:00 p.m. and before 4:45 a.m. | 10% per hour |
| c) On or after 4:45 a.m. and before 6:00a.m. (also see Par. B 10 of letter to Nate Gooden of 8/6/2005 | 10% per hour until 7:00 a.m. |

3.2 When an employee covered by (a) above is scheduled to work more than nine (9) hours and beyond 2:00 a.m., the employee will be paid ten percent (10%) for hours worked after 12:00 midnight.

3.3 In applying the above night shift premium provisions, an employee shall be paid the premium rate, if any, which attaches to the shift the employee works on a particular day.

4.0 Special Lump Sum Payment

4.1 The Special Lump Sum Payment provided herein recognizes that a continuing improvement in employees' standard of living depends upon technological progress, better tools, methods, processes, and equipment and a cooperative attitude on the part of the parties in such progress.

4.2 Accordingly, a Special Lump Sum Payment will be made to each eligible employee according to the following table:

| Year | Eligibility Date | Amount | Pay Date |
|---|---|---|---|
| First Year | August 6, 2005 | $3000.00 | Sept. 9, 2005 |

39

| Second Year | August 4, 2006 | Three Percent (3%) of Qualified Earnings | Sept. 8, 2006 |
| --- | --- | --- | --- |

4.3 Eligible employees are those employees (excluding summer hires) who as of the eligibility date are on the active payroll or on one of the following leaves of absence not exceeding ninety (90) days: sick leave, education, military, personal, Workers' Compensation, and Family Medical Leave Act (FMLA)/California Family Rights Act (CFRA).

The Special Lump Sum Payment will be based on the Qualified Earnings paid to an employee during the prior twelve (12) months ending on the eligibility date.

4.4 Qualified Earnings are defined as income received by an eligible employee during the eligibility year resulting from the following:

- Straight Time Hourly Base Wages
- Straight Time COLA
- Straight Time Shift Premium
- Straight Time Team Leader Premium
- Overtime Premium for Overtime Hours
- Vacation (including PAA)
- Holiday Pay
- Bereavement Pay
- Jury Duty Pay
- Call In Pay
- Short Term Military Duty Pay
- Back pay awards related to the designated eligibility year

5. Base Rate Increases

5.1 Base rate wage increases under this Agreement shall be as follows:

3rd Year: General Wage Increase of $0.56/hr (to $28.53) to the fully grown in rate for Division I and $0.65 (to $32.99) to the fully grown in rate for Division II, to be effective August 6, 2007.

4th Year: General Wage Increase of $0.86/hr (to $29.39) to the fully grown in rate for Division I and $0.99 (to $33.98) to the fully grown in rate for Division II, to be effective August 4, 2008.

## XVII. COST OF LIVING ALLOWANCE

1  Cost Of Living Allowance ("COLA")

Each employee covered by this Agreement shall receive a Cost of Living Allowance adjustment. It is agreed that only the Cost of Living Allowance will be subject to reduction. The Cost of Living Allowance provided in this section shall be carried as an add-on to and not as a part of the employee's base hourly wage rate and will be adjusted up or down as provided in Paragraph 2.2.

2  Adjustment

2.1  The Cost of Living Allowance will be determined by changes in the official Consumer Price Index for Urban Wage Earners and Clerical Workers (current series CPI-W), (for all items, less medical care, not seasonally adjusted) (United States City Average), published by the Bureau of Labor Statistics, U.S. Department of Labor, (1982-1984=100), referred to as the BLS Consumer Price Index.

2.2  Beginning with the execution of this Agreement, the current $1.61 Cost of Living Allowance shall be added to the base wages of each Division in effect on that date. Thereafter, adjustments in the Cost of Living Allowance shall be made quarterly at the following times:

| Schedule of COLA Adjustments | |
| --- | --- |
| Adjustment Date | Based on CPI 3 Month Average for: |
| September 5, 2005 | May, June, July 05 |
| December 5, 2005 | August, September, October 05 |
| March 6, 2006 | November, December 05, January 06 |
| June 5, 2006 | February, March, April 06 |
| September 4, 2006 | May, June, July 06 |
| December 4, 2006 | August, September, October 06 |
| March 5, 2007 | November, December 06, January 07 |
| June 4, 2007 | February, March, April 07 |
| September 3, 2007 | May, June, July 07 |
| December 3, 2007 | August, September, October 07 |
| March 3, 2008 | November, December 07, January 08 |

## COLA SCHEDULE

| Three-Month Average Consumer Price Index | Cost of Living Allowance |
|---|---|
| 183.18 or less | $ 0.00 per hour |
| 183.19-183.26 | 0.01 |
| 183.27-183.35 | 0.02 |
| 183.36-183.43 | 0.03 |
| 183.44-183.51 | 0.04 |
| 183.52-183.59 | 0.05 |
| 183.60-183.67 | 0.06 |
| 183.68-183.75 | 0.07 |
| 183.76-183.84 | 0.08 |
| 183.85-183.92 | 0.09 |
| 183.93-184.00 | 0.10 |
| 184.01-184.08 | 0.11 |
| 184.09-184.16 | 0.12 |
| 184.17-184.24 | 0.13 |
| 184.25-184.33 | 0.14 |
| 184.34-184.41 | 0.15 |

And so forth with $.01 adjustment for each 0.0816 change in the Average Index.

3.2 For each adjustment during the 15 three- month periods beginning September 5, 2005 and ending March 2, 2009, in which an increase in the Cost of Living Allowance shall be required according to the above table, the amount of increase so required each three-month period shall be reduced two cents ($0.02), or by the amount of the increase, whichever is less.

Following the adjustment for the three month period beginning March 2, 2009, the sum reduced during the fifteen periods shall be subtracted from the Cost of Living Allowance table, and the table shall be adjusted so that the actual three-month Average Consumer Price Index equates to

43

| Schedule of COLA Adjustments | |
|---|---|
| June 2, 2008 | February, March, April 08 |
| September 1, 2008 | May, June, July 08 |
| December 1, 2008 | August, September, October 08 |
| March 2, 2009 | November, December 08, January 09 |

In determining the three month average of the index, the computed average shall be rounded to the nearest 0.01 Index Point, using the engineering rounding method. In no event will a decline in the three-month average Consumer Price Index below 183.18 provide a basis for a reduction in the wage scale by job classification.

## 3    Amount of COLA

3.1 The amount of the Cost of Living Allowance shall be zero cents per hour effective with the effective date of this Agreement and ending September 5, 2005. Effective September 5, 2005, and for any period thereafter as provided in Sections 1 and 2, the Cost of Living Allowance shall be calculated as follows:

42

the allowance payable during the period beginning March 2, 2009.

## 4   Application

The amount of Cost of Living Allowance in effect at the time shall be included in computing overtime premium, night shift premium, vacation pay, holiday payment, jury duty payment, call-in pay, bereavement pay, and short term military duty pay.

## 5   BLS Consumer Price Index

5.1   If the Bureau of Labor Statistics does not issue the appropriate Consumer Price Indexes by the beginning of the pay period referred to in Paragraph 2.2, any adjustments in the Cost of Living Allowance required by the Indexes shall take effect at the beginning of the first pay period after receipt of the Indexes.

5.2   No adjustment, retroactive or otherwise, shall be made because of any subsequent revision in the published figures for the BLS Consumer Price Index for any months specified in Paragraph 2.2.

5.3   The continuance of the Cost of Living Allowance depends upon the availability of the monthly BLS Consumer Price Index in its present form and calculated on the same basis as the Indexes for June, 2005 unless otherwise agreed upon by the Parties. If the Bureau of Labor Statistics changes the form or the basis of calculating the BLS Consumer Price Index for Urban Wage Earners, the Parties will request the Bureau to make available, for the life of this Agreement, a monthly Consumer Price Index in its present form and calculated on the same basis as the Index for June, 2005.

5.4   The company will notify the International Union UAW, Transnational Department of the quarterly COLA calculation and amount prior to adjustment date.

44

# XIX.  WORKING HOURS

## 1.   Hours Of Work

1.1   The regular workday shall consist of not more than eight (8) consecutive hours (exclusive of the lunch period referred to in Appendix "A") in any twenty-four (24) hour period. The regular workweek shall be five (5) consecutive eight (8) hour days, Monday through Friday. The provisions of this paragraph shall not be construed as a guarantee that any employee will receive any specific number of hours of work per day or per week.

1.2   The Company shall provide a thirty (30) minute lunch as contained in Appendix "A", and two (2) fifteen (15) minute rest periods per shift. One rest period shall be scheduled during the first half of the shift and the other during the last half. Rest periods during overtime shall be provided as follows:

- One hour overtime scheduled. Seven (7) minutes.
- Two hours overtime scheduled. Fourteen (14) minutes.
- Breaks to be taken at the beginning of scheduled overtime hours.

1.3   The Company may vary or change the scheduled hours and the work week whenever or wherever it is deemed advisable or necessary. If a change in the starting time of a shift or if a work schedule is decided upon, such change will be discussed with the Chairperson of the Bargaining Committee as far in advance as possible. The Company shall post notices of major changes in the work schedule a reasonable time before such changes shall become effective.

## 2.   Computation Of Overtime Premium

2.1   For computing overtime premium pay, the regular working day is eight (8) hours and the regular working week is forty (40) hours.

2.2   Employees will be compensated on the calendar day when their shift starts working, for the regular working hours of that shift.

45

The employee's working week shall be a calendar week beginning on Monday.

2.3 Employees will be compensated as follows:

Straight Time

(a) For the first eight (8) hours worked in any continuous twenty-four (24) hours, beginning with the starting time of the employee's shift.

(b) For the first forty (40) hours worked in the employee's working week, less all time for which daily, Saturday, Sunday or holiday overtime has been earned.

(c) For time worked during the regular working hours of any shift which starts on the day before and continues into a specified holiday or a Saturday.

Time-and-One-Half

(a) For time worked in excess of eight (8) hours in any continuous twenty-four (24) hours, beginning with the starting time of the employee's shift, except if such time is worked on a Sunday or holiday when double time will be paid as provided below.

(b) For time worked in excess of forty (40) hours in the employee's working week, less all time for which daily, Saturday, Sunday, or holiday overtime has been earned.

(c) For time worked on any shift which starts on Saturday.

Double Time

(a) For time worked during the first eight (8) hours on any shift that starts on Sunday or on a specified holiday.

(b) For time worked on the calendar Sunday or a specified holiday in excess of the first eight (8) hours worked on any shift that starts on Sunday or a specified holiday.

(c) For time worked on a Sunday or specified holiday in excess of eight (8) hours worked on a shift which starts the previous day and runs over into Sunday or a specified holiday.

(d) For time worked in excess of twelve (12) hours in any continuous twenty-four (24) hours beginning with the starting time of the employee's shift.

3. Hours Worked

3.1 The following shall not be counted as hours worked in computing overtime:

(a) Vacation pay, bereavement pay, jury duty pay, holiday pay, or short term military duty;

(b) Call-in or reporting pay if no work is performed, provided the employee is immediately released;

(c) Lunch periods;

3.2 Premium payments shall not be duplicated for the same hours worked.

XX. OVERTIME

1. General

1.1 The parties recognize that the nature of the automobile business often requires employees to work overtime. Overtime to repair breakdowns on essential equipment is often necessary to prevent or minimize interruptions in plant operations. Overtime also may be necessary on bottleneck jobs, during certain times of the year in order to meet model change deadlines, to satisfy fluctuations in customer demand for the Company's products, and for other good reasons.

1.2 An individual employee's personal problems in connection with working overtime should be given careful consideration and the employee's individual needs should be recognized. The

individual employee's request to be excused from an overtime work assignment, when made a reasonable period of time in advance, should receive every possible consideration. When the employee's request is granted the employee will be notified as far in advance as possible so that the employee can make personal plans accordingly. Thereafter, any cancellation or change in the arrangements to excuse the employee will only be made with the employee's consent.

## 2. Mandatory Overtime

2.1 Daily Overtime: Hours in excess of ten (10) hours worked per shift shall be voluntary, for an employee who shall have notified the Company in accordance with Paragraph 2.5.

2.2 Saturday Overtime: Employees may be required to work Saturdays; however, except as otherwise provided in this Article, an employee who has worked two or more consecutive Saturdays may decline to work the following (third) Saturday provided (a) the employee shall have notified the Company in accordance with Paragraph 2.5 and, (b) the employee has not missed any day during the week preceding the Saturday.

2.3 Sunday Overtime: Except as otherwise provided in this Section, overtime work on Sundays shall be voluntary; provided however, that (a) the employee shall have notified the Company in accordance with Paragraph 2.5 and, (b) the employee has not missed any time during the week preceding such Sunday, except for a Saturday which the employee declined to work pursuant to Paragraph 2.2 above.

2.4 Continuous Operations: This section shall not apply to employees working on what are normally considered as continuous operations. The Company will meet and confer with the Union about any overtime problems connected with employees on such operations.

2.5 Notice: With respect to all voluntary hours provided for in this Section in a given week, the employee may decline to work such

hours if the employee notifies the Group Leader, on a form to be provided by the Company, before the end of the shift on the preceding Wednesday, provided the employee has been notified of the overtime schedules for such week not later than the preceding day. If the employee is not so notified, the employee shall give such notice to the Group Leader before the end of the shift following the day of such notice, provided that if the employee is not so notified until the day on which the overtime is scheduled, the employee shall give notice by at least one hour before the end of the shift in which the employee received such notice from the Company.

3. Maintenance: Maintenance work after regular production or on Saturday or Sunday that is essential to smooth production may be required of employees in Division II, regardless of other provisions in this Article. **Scheduled mandatory overtime will be announced by the end of shift on Wednesday of each week. If additional overtime is required for emergency or essential operations after the Wednesday announcement, the Bargaining Committee Chairman or designee will be informed.** However, the Company will grant, where practicable, an employee's request to be excused from such overtime work on a given day for good reason. Such request should be made as far in advance as possible and in writing. The employee will be promptly notified of the disposition of the request.

## 4. Critical Operations

4.1 Critical operations are those that are essential to meeting scheduled production needs, and as a result, must operate, in whole or in part, seven (7) days a week.

4.2 The Company may, from time to time, designate operations as critical, provided, however, that fifteen (15) days prior to making such designations, it will inform the Union, which will indicate its objections, if any, to an operation being so designated.

4.3 Any operation that the Company designates as critical, shall for a period of ninety (90) days after it is so designated, be exempt

from the provisions of this Article. After an operation has been initially designated as critical, it may thereafter be redesignated as such by mutual agreement.

## 5. Annual Automatic Exemptions

5.1 The provisions of this Article that limit or restrict the right of the Company shall be ineffective in the plant (a) beginning on a date two (2) weeks preceding the announced build-out date and ending on the build-out date, i.e., when the plant produces for sale the last unit of the model it has been producing; provided, however, the above-mentioned provisions may be ineffective for up to two (2) additional weeks, provided the Company gives advance notice of supply or other problems which would interfere with the build-out, and (b) for the week in which it launches, i.e., after the build-out, frames the first unit of a new model, and for three (3) weeks thereafter or until the line reaches scheduled production, whichever is later.

5.2 These provisions shall likewise be ineffective during model change time each year for periods to be designated by the company that shall not exceed, in the aggregate, four (4) weeks. The Union will be advised in advance of such designated periods.

## 6. Concerted Activity

Any right to decline daily overtime or Saturday or Sunday work that this Article confers on any employee must be exercised only by each employee acting separately and individually.

## 7. Emergencies

The provisions of this Article that limit or restrict the right of the Company to require employees to work daily overtime or Saturdays or Sundays shall be suspended if operations are interrupted by emergency situations, such as single breakdowns of four (4) hours or more, government mandated work, power shortages, strike, fire, tornado, flood or acts of God, for a period of time necessary to overcome such emergencies.

## 8. Work Force Requirements

Nothing, herein shall preclude the Company from expanding its work force beyond the normal requirements or its operations by hiring new employees up to 90 days and adopting a program pursuant to which employees of the plant may have one (1) or two (2) days off per week (which days need not be Saturdays or Sundays), provided that the Company shall meet and mutually agree with the Union prior to taking such action.

## 9. Balancing

Extra work in periods of overtime operations will be balanced among the employees in the Group engaged in similar work, as far as practical. Information concerning balancing of hours status will be openly displayed in every team room so that every employee involved may check their standing.

## XXI. Holidays

1. Holidays
   The Company will pay employees eight (8) hours pay at their regular assigned rates of pay subject to eligibility, for the following holidays:

| 2005 - 2006 | | |
| --- | --- | --- |
| Holiday | Date | Day |
| Labor Day | Sept. 5, 2005 | Monday |
| Thanksgiving Day | Nov. 24, 2005 | Thursday |
| Day After Thanksgiving | Nov. 25, 2005 | Friday |
| Christmas Shutdown | Dec. 26, 2005 | Monday |
|  | Dec. 27, 2005 | Tuesday |
|  | Dec. 28, 2005 | Wednesday |
|  | Dec. 29, 2005 | Thursday |
|  | Dec. 30, 2005 | Friday |
| Personal Holiday | T.B.D. | T.B.D. |
| Martin Luther King Jr. Birthday | Jan. 16, 2006 | Monday |
| President's Day/Cesar Chavez Memorial Day | Feb. 20, 2006 | Monday |
| Good Friday | April 14, 2006 | Friday |
| Memorial Day | May 29, 2006 | Monday |

**2007-2008 (continued)**

| Holiday | Date | Day |
|---|---|---|
| President's Day/ Cesar Chavez Memorial Day | Feb. 18, 2008 | Monday |
| Good Friday | March 21, 2008 | Friday |
| Memorial Day | May 26, 2008 | Monday |
| Independence Day | July 4, 2008 | **Friday** |
| Personal Holiday | **T.B.D.** | **T.B.D.** |

**2008 – 2009**

| Holiday | Date | Day |
|---|---|---|
| Labor Day | Sept. 1, 2008 | Monday |
| Election Day | Nov. 4, 2008 | Tuesday |
| Veteran's Day | **Nov. 10, 2008** | **Monday** |
| Thanksgiving | Nov. 27, 2008 | Thursday |
| Day after Thanksgiving | Nov. 28, 2008 | Friday |
| Christmas Shutdown | Dec. 24, 2008 | **Wednesday** |
|  | Dec. 25, 2008 | **Thursday** |
|  | Dec. 26, 2008 | **Friday** |
|  | Dec. 29, 2008 | **Monday** |
|  | Dec. 30, 2008 | **Tuesday** |
|  | Dec. 31, 2008 | **Wednesday** |
|  | **Jan. 1, 2009** | **Thursday** |
|  | **Jan. 2, 2009** | **Friday** |
| Martin Luther King Birthday | Jan. 19, 2009 | Monday |
| President's Day/ Cesar Chavez Memorial Day | Feb. 16, 2009 | Monday |
| Good Friday | **April 10, 2009** | Friday |
| Memorial Day | May 25, 2009 | Monday |
| Day before Independence Day | July 3, 2009 | **Friday** |
| Personal Holiday | TBD | TBD |

2.  **Personal Holiday**

2.1  Each employee who has completed the initial evaluation period will be eligible to take one (1) eight (8) hour personal holiday each year of the current agreement. The personal holiday must be requested in writing on a form provided by the Company, and scheduled and approved by the Group Leader at least two weeks in advance of the proposed day off. A request for a specific day will be considered on a first come, first served

53

**2005 - 2006**

| Holiday | Date | Day |
|---|---|---|
| Day before Independence Day | July 3, 2006 | Monday |
| Independence Day | July 4, 2006 | Tuesday |

**2006 - 2007**

| Holiday | Date | Day |
|---|---|---|
| Labor Day | Sept. 4, 2006 | Monday |
| Election Day | Nov. 7, 2006 | Tuesday |
| Thanksgiving | Nov. 23,2006 | Thursday |
| Day after Thanksgiving | Nov. 24, 2006 | Friday |
| Christmas Shutdown | Dec. 25, 2006 | Monday |
|  | Dec. 26, 2006 | Tuesday |
|  | Dec. 27, 2006 | Wednesday |
|  | Dec. 28, 2006 | Thursday |
|  | Dec. 29, 2006 | Friday |
|  | Jan.1, 2007 | Monday |
| Martin Luther King Jr. Birthday | Jan. 15, 2007 | Monday |
| President's Day/Cesar Chavez Memorial Day | Feb. 19, 2007 | Monday |
| Good Friday | April 6, 2007 | Friday |
| Memorial Day | May 28, 2007 | Monday |
| Independence Day | July 4, 2007 | Wednesday |
| Personal Holiday | T.B.D. | T.B.D. |

**2007 - 2008**

| Holiday | Date | Day |
|---|---|---|
| Labor Day | Sept. 3, 2007 | **Monday** |
| Thanksgiving | Nov. 22, 2007 | Thursday |
| Day after Thanksgiving | Nov. 23, 2007 | Friday |
| Christmas Shutdown | Dec. 24, 2007 | **Monday** |
|  | Dec. 25, 2007 | **Tuesday** |
|  | Dec. 26, 2007 | **Wednesday** |
|  | Dec. 27 2007 | **Thursday** |
|  | Dec. 28, 2007 | **Friday** |
|  | Dec. 31, 2007 | **Monday** |
|  | Jan. 1, 2008 | **Tuesday** |
| Martin Luther King Jr. Birthday | Jan. 21, 2008 | Monday |

52

basis. Where two employees request the same day at the same time, the employee with greater seniority will be given priority. Employees will be notified of the approval or denial of the requested personal holiday date within one (1) week from the date the request is received by the Group Leader. Approval may be withheld due to production needs. Personal holidays are not subject to the 10% vacation scheduling rule.

2.2 Personal holidays may not be carried over from contract year to contract year. A personal holiday to which the employee was entitled but did not use during either of the 2005/06, 2006/07, 2007/08 and 2008/09 contract years will be paid no later than the third pay period in August following the end of that contract year. The rate of pay for the personal holiday will be in accordance with Article XXI of this Agreement.

**3.**
3.1 All employees, including employees who have not yet completed their initial evaluation period are eligible for holiday pay.

3.2 To receive pay for a recognized holiday, eligible employees must work the last regularly scheduled full shift the day before the holiday and the first regularly scheduled full shift the day after the holiday. An exception shall be made if an employee reports to work within one-hour from the scheduled start of their shift. Employees scheduled to work on a designated holiday and who fail to do so will not be eligible for holiday pay for that day.

3.3 For the purpose of Paragraph 3.2 above, work is defined as actually working a full shift on the scheduled work day or being on an approved absence such as vacation or scheduled PAA, (must be scheduled and approved at least two (2) weeks in advance of the holiday), or a leave qualified under the Family and Medical Leave Act or the Family School Partnership Act where vacation or PAA was applied, bereavement leave, jury duty leave, short-term military leave, or union activity leave for that day.

**4. Pay For Holidays**
4.1 Holiday pay for eligible employees will be calculated on the basis of eight (8) hours pay at the employee's regular base rate plus COLA, shift premium, and Team Leader premium if applicable.

4.2 Employees who are required to work on a scheduled holiday will receive overtime pay in accordance with Section 2, Article XIX. Only actual

hours worked on the holiday will be included in the overtime calculation.

4.3 Employees who work on a designated holiday and who are otherwise eligible for holiday pay may request that eight (8) hours be credited to their vacation hours. This request will be in lieu of receiving holiday pay. "**Holiday Bank Hours**" must be used by the following August. Any "**Holiday Bank Hours**" not used by the following August will be paid no later then the third (3rd) pay period in August. "**Holiday bank Hours**" for the fourth (4th) of July Holiday period will be carried over to August of the next year.

4.4 In order to provide sufficient time for administration, the employees must submit their request to withhold holiday pay and credit their vacation hours in writing. This request must be made no later than the last regularly scheduled workday of the week in which the holiday occurs.

**5. Provisions**
5.1 If a holiday occurs during an employee's vacation, it will be treated as a holiday and not charged against vacation time.

5.2 If a holiday occurs while an employee is on jury duty leave, or short-term military leave, the employee will be entitled to receive the difference between normal holiday pay and any amount received for that day as a result of being on leave.

## XXII. VACATION (AND PAA)

**1. Vacation Hours And Vacation Allowance**
1.1 The Vacation Accrual date for all regular full-time employees will be the Monday of the first pay period in February, May, August or November, based on date of hire, as follows:

| HIRE DATE | ACCRUAL YEAR |
|---|---|
| January 1 - March 31 | January 1 - December 31 |
| April 1 - June 30 | April 1 - March 31 |
| July 1 - September 30 | July 1 - June 30 |
| October 1 - December 31 | October 1 - September 30 |

1.2 Employees are eligible for paid vacation based on attendance and seniority attained in the preceding Accrual year as of the first day

of the current Accrual Year in accordance with the schedule below:

## SCHEDULE OF VACATION HOURS

| Full Years of Seniority | Level 1 | Level 2 | Level 3 |
|---|---|---|---|
| 1 | 64 | 80 | 88 |
| 2 | 80 | 100 | 108 |
| 3 | 80 | 100 | 108 |
| 4 | 96 | 120 | 128 |
| 5 | 96 | 120 | 128 |
| 6 | 96 | 120 | 128 |
| 7 | 96 | 120 | 128 |
| 8 | 96 | 120 | 128 |
| 9 | 112 | 140 | 148 |
| 10 - 13 | 112 | 140 | 148 |
| 14 or more | 128 | 160 | 168 |

1.3 Level of Attendance for the preceding Accrual Year will be determined as of the first day of the current Accrual Year.

1.4 Level 2 Attendance

An employee's attendance is "level 2" if the employee has not missed more than ten (10) days in the previous Accrual Year, nor more than six (6) days in the previous six (6) months prior to the eligibility date for earned vacation hours.

Certain approved absences are not counted for this purpose: vacation, holiday, jury duty, bereavement leave, military leave, personal leave, Union activity leave, FMLA/CFRA leave, pregnancy disability leave taken under state law, Industrial Injury/Illness, subpoenaed to appear in a court of law and suspension. Additionally, approved sick leave for an employee with less than six (6) months seniority is not counted for this purpose.

1.5 An employee's attendance is considered "level 3" if the employee has not missed any day in the previous Accrual Year prior to the eligibility date for earned vacation hours. Certain approved absences are not counted for this purpose: vacation, holidays, jury duty, subpoenaed to appear in a court of law, bereavement leave, military leave, FMLA/CFRA leave, pregnancy disability leave taken under state law, and union activity leave. When one period of absence due to illness or injury includes time in two (2) eligibility periods and this period of absence results in level 1 attendance, that period of absence will not be included in calculating level 2 attendance for the second eligibility period unless the employee misses additional time during that eligibility period.

1.6 Newly hired employees will receive twenty-eight (28) hours of vacation on the second pay period of the month following six (6) months of service.

1.7 Vacation Allowance is calculated in accordance with the following:

Vacation Allowance = Rate of pay (*1) x Earned Vacation Hours x Earned Vacation Allowance percentage (*2).

*1 Rate of pay (base wage rate, COLA, shift premium, and Team Leader premium, if applicable) as of the pay period in which the vacation occurs or is paid in lieu of vacation.

*2 The Earned Vacation Allowance Percentage is based on the number of pay periods the employee earned in the twelve (12) months of the employee's preceding Accrual Year, calculated as follows:

| Pay Periods Earned in Preceding 12-Month Period | Earned Vacation Allowance Percentage |
|---|---|
| 26 | 100% |
| 25 | 96% |
| 24 | 92% |
| 23 | 88% |
| 22 | 84% |
| 21 | 80% |
| 20 | 76% |
| 19 | 73% |
| 18 | 69% |
| 17 | 65% |
| 16 | 61% |
| 15 | 57% |
| 14 | 53% |
| 13 | 50% |
| Less than 13 | 0% |

For employees with six (6) months seniority and level 2 attendance, the earned vacation allowance percentage shall be a hundred percent (100%) regardless of the number of pay periods earned.

2. Vacation Scheduling

2.1 Employees will give written notice of their desired vacation dates and alternate dates for eligible vacation hours during the "vacation year" (April 1 - March 30) of each year. The notice shall be given on a form provided by the Company, by February 1, of each succeeding year.

2.2 Earned paid vacation is to be used for the period from the employee's eligibility date to the next eligibility date. However, the employee may carry over up to forty (40) hours of earned paid vacation for an additional twelve (12) month period. This forty (40) hours carry over does not include "holiday bank hours"

2.3 If the Company shuts down for vacation periods or changeover, employees entitled to vacation must schedule that vacation during

the shutdown (unless the employee is scheduled for work during the shutdown). Normally, vacation shutdown periods will be announced by February 1. In regards to any shutdown scheduled during 2006, the Company will offer Team Members three options:

- The use of Vacation/PAA
- No Work, No Pay, No Penalty
- Work will be provided

2.4 The Company will try to accommodate each employee's schedule. Normally, no more than ten (10) percent of the employees in a Group will be permitted to take vacation at any one time with no more than one employee per team on vacation at any one time. Normally, Team Members will give no less than two (2) calendar weeks notice prior to the date they intend to start their vacation. In case of conflict, employees with greater seniority will be given priority. **When a mandatory Saturday is scheduled, those team members granted approved vacation during the vacation scheduling period off without use of vacation, consistent with this section and based on seniority. Requests thereafter will be based on the date of vacation submission.**

2.5 Employees will be notified of their approved dates by March 1st. Vacation dates once approved will not be changed by the Company except for unusual and unexpected production requirements. Employees may exchange approved vacation dates upon approval by their Group Leader. However, an employee cannot use seniority to displace another employee's vacation dates.

2.6 Vacation

Employees are encouraged to take vacation hours in forty (40) hour increments. However, upon approval by their Group Leader, employees will be permitted to take vacation hours in no less than four (4) hour increments up to forty (40) hours, or sixteen (16) hours for less than one (1) year seniority employees.

2.7 **Vacation used as Personal Absence Allowance (PAA)**
Upon approval by their Group Leader, employees will be permitted to use vacation hours as PAA up to forty (40) hours, or twelve (12) hours for less than one (1) year seniority employees. This portion of the vacation (PAA purpose) shall be used automatically in all cases before any employee takes a day off without pay except, in the case of an approved personal (i.e., non-industrial) sick leave of absence of five (5) days or more where utilization of the PAA portion will be at the option of the employee.

3. **Pay In Lieu Of Vacation**
3.1 Any earned vacation hours not used during period provided in Paragraph 2.2 will be paid within three (3) weeks after the eligibility date.

3.2 Team members may, upon one (1) calendar week's notice to the Payroll Department, receive pay in lieu of vacation in excess of forty (40) hours. Vacation payouts shall be in forty (40) hour increments, or, if the balance remaining as of the date of the request is less than forty (40) hours, the entire balance.

4. **Vacation Pay Upon Separation**
4.1 An employee who is terminated or quits for any reason on or after the employee becomes entitled to a vacation and before the employee has received a vacation will be paid a lump sum in lieu of vacation computed as the amount to which the employee would be entitled if the employee's vacation were to begin on the day on which employment was terminated.

4.2 If an employee retires or dies, but in no other event, prorated vacation from the employee's last accrual date will be paid in addition to the vacation earned in Paragraph 4.1.

5. **Vacation Pay**
Employees will be paid their earned vacation allowance on the last work day immediately preceding their vacation period,

provided the employee submits an earned vacation allowance request at least two (2) weeks in advance.

## XXIII. LEAVES OF ABSENCE

1. **Definition -**
A leave of absence means approved time off from work with or without pay for a specific period of time for serious or compelling reasons as described below.

2. **Eligibility**
2.1 Employees who have not completed their initial evaluation period are not eligible for a leave of absence, except where such leave is legally required.

2.2 The Company will grant time off without pay for a leave to employees ineligible for leave where it is determined that serious or compelling reasons exist.

3. **Bereavement Leave**
3.1 In case of a death in the immediate family, employees are eligible for a leave of absence, not to exceed three (3) consecutive working days, or five (5) consecutive working days in the case of the death of a current spouse, parent, child or step-child, to attend the service unless circumstances make attendance at the service impossible.

3.2 Immediate family is defined as the employee's spouse, parent, stepparent, grandparent, great grandparent, child, stepchild, grandchild, brother, stepbrother, half-brother, sister, stepsister, half-sister, current spouse's parent, current spouse's stepparent, current spouse's grandparent, and current spouse's great grandparent.

3.3 The employee must take the leave within ten (10) days of the date of death unless the service is delayed. If the service is delayed, the bereavement leave may be delayed until the date of the service.

3.4 Employees who have completed the evaluation period will receive their regular base rate, plus COLA, shift premium and Team Leader premium, if applicable, for each day they would otherwise have been scheduled to work.

In instances where an employee is on an approved leave of absence or vacation and when death occurs during the first seven (7) calendar days of the leave, the employee shall be paid as described above. This pay shall not exceed eight (8) hours per day for three (3) days.

3.5 If time off in excess of paid bereavement leave is required and approved by the Company due to travel or other unusual circumstances, it may be charged against earned vacation hours or taken as time-off without pay, depending upon the employee's preference. Time off in excess of paid bereavement leave must be approved by the Company.

3.6 Employees requesting bereavement pay must submit an "Application For Bereavement Pay" form to the Company.

4. Jury Duty Leave

4.1 Employees legally summoned for jury duty are eligible for jury duty leave upon providing the Company with a copy of their summons.

Employees with an established shift starting time on or after 7:00 p.m. and on or before 4:45 a.m. will be excused from work on either their shift immediately preceding the jury service, or their shift immediately following the completion of the jury service, at the option of the employee. Such employee must notify their immediate supervisor of their election prior to being absent for jury duty.

4.2 Employees who have completed the initial evaluation period at the time the leave begins will receive payment equal to the difference between their regular base rate, plus COLA, shift

premium and Team Leader premium if applicable, and any pay received from the court (excluding travel) for each day on which they are required to report or perform jury duty and would otherwise have been scheduled to work. Such pay will not exceed eight (8) hours per day.

4.3 Employees must submit satisfactory documentation to the Company that jury duty was performed on the days for which pay is requested.

4.4 Employees legally subpoenaed to appear in a court of law will be granted an allowable absence without pay or penalty. Such employees must submit satisfactory documentation to the Company for the days for which the allowable absence is requested.

5. Short-Term Military Leave

5.1 Employees who are members of the U.S. Armed Forces Reserve or National Guard and are called to short-term military duty are eligible for a leave of absence for the length of call-up to a maximum of thirty (30) calendar days.

5.2 Upon notice to report for military duty employees must provide the Company with a copy of their military orders.

5.3 Employees who have completed at least six (6) months of seniority will receive payment equal to the difference between their regular base rate, plus COLA, shift premium and Team Leader premium if applicable, and the amount of military base pay received (excluding rations, subsistence, and travel) for each day they would otherwise have been scheduled to work. Such pay will not exceed eight (8) hours per day and is limited to a maximum of ten (10) working days in each calendar year except in cases of call-up for public emergency.

5.4 Employees may elect to take earned vacation hours during this period with no reduction in pay for any military pay received.

5.5  Employees must submit a copy of their military pay record to the Company if pay is requested.

5.6  If employees desire to take voluntary training leave that is not required for maintenance of membership in a reserve unit, they may apply for a personal leave of absence without pay.

## 6. Long-Term Military Leave

6.1  Employees who leave work to enter the U.S. Armed Forces are eligible for an unpaid military leave of absence for the duration of their service, or four (4) years, whichever is less, unless additional leave is required by law.

6.2  Employees returning from a military leave of absence will be eligible for reinstatement in accordance with applicable laws.

6.3  Employees who fail to report for work within ninety (90) calendar days of (a) the date of discharge or after (b) a hospitalization which continued after discharge will be considered as having voluntarily resigned.

## 7. Leave For Public Office

7.1  Employees who have completed the evaluation period and are elected or appointed to full-time public office are eligible for an unpaid leave of absence for the duration of the first term of office.

7.2  A request for this leave of absence must be made in writing and submitted to the Company immediately after being elected or appointed.

7.3  At the option of the Company, this leave may be renewed for successive terms of office.

## 8. Personal Leave

8.1  Employees who have completed the evaluation period are eligible to request an unpaid leave of absence for legitimate personal reasons for a reasonable period, for not less than five (5)

consecutive nor more than thirty (30) consecutive working days. Such leaves will be extended or renewed for serious or compelling reasons at the option of the Company.

8.2  Personal leaves are granted at the discretion of the Company and are not intended to be used for vacation purposes.

## 9. Sick Leave

9.1  Employees who become ill or disabled are eligible for an unpaid leave of absence after an absence of five (5) consecutive working days. Requests for such leave will be submitted within this five (5) day period and will include medical documentation from their attending physician indicating they are unable to work and the estimated duration of their absence. The Company may, at its expense, request an impartial medical opinion from a mutually agreed upon medical examiner.

9.2  Sick leave for pregnancy will begin as of the date the employee's physician certifies the employee is no longer able to perform her normal job duties. This leave will end as of the date the employee's physician releases her to return to normal job duties. A pregnant employee will promptly notify the Company about the pregnancy so that appropriate consideration can be made.

9.3  A sick leave of absence may not exceed the employee's length of seniority as of the date of the illness or disability, or eighteen (18) months for an employee with less than one (1) year of seniority, or thirty-six (36) months for an employee with more than one (1) year of seniority, whichever is greater.

9.4  In compensable injury and legal occupational disease cases, sick leave will be granted automatically and seniority will accumulate for the full period of legal temporary disability. Employees disabled during evaluation period by compensable injury or legal occupational disease shall be given credit for the period of such disability toward acquiring seniority.

9.5 At least one (1) day prior to the anticipated return to work date, employees must present evidence to the Medical Department that they have been released to return to their normal job duties. The Company will make the final decision as to the employee's ability to return to the employee's normal job duties.

10. **Union Activity Leave**

When Union activity related to the Union business necessitates the absence of an employee from work, the Company will grant this leave of absence to the employee without pay for the time specified. This absence shall not jeopardize the employee's position or status as an employee of the Company. This leave of absence will not be extended for more than a period of one (1) year or for the duration of the term of elected office. Request for this leave must be made at least five (5) working days prior to the date the leave is to begin.

11. **Educational Leave Of Absence**

11.1 Employees with one or more years of seniority may make application for a leave of absence for any full-time further education.

11.2 One continuous leave of absence for such education will be granted without pay to eligible employees for a period not to exceed twelve (12) months, subject to Company approval.

12. **Application For Leave Of Absence Procedure**

Employees seeking a leave of absence must request the leave in writing to the Company, as far in advance as possible of the date the leave is to begin, but no later than five (5) days prior to the date the leave is to begin. In case of a medical emergency or a death in the family, a written or verbal request for leave must be made not later than five (5) calendar days after the first day of absence.

13. **Return From Leave**

The Company will return the employee to the original Group held prior to the leave seniority and qualifications permitting, provided

---

that the employee returns from the leave within **thirty (30) days** from the start of the leave.

14. **Accumulation Of Seniority**

Seniority will accumulate during the period of absence for the leaves described in this Article.

## XXIV. GROUP INSURANCE PROGRAM, HEALTH CARE INSURANCE PROGRAM, RETIREMENT PLAN, SAVINGS PLAN, RESERVE FUND PLAN, LEGAL SERVICES PLAN AND SUPPLEMENTAL WORKERS' COMPENSATION PLAN

1.1 A Group Insurance Program, Health Care Insurance Program, Retirement Plan, Savings Plan, Reserve Fund Plan, Legal Services Plan and Supplemental Workers' Compensation Plan and agreement with respect to their administration have been agreed to by the parties and are made part of this Agreement by this reference. The provisions of the plans and programs shall be applicable to employees represented by the Union for the term of this Agreement. An outline of the provisions of the plans and programs are shown on Appendix B.

1.2 The Company may change the insurance carrier through which it provides the Group Insurance Program and the Health Care Program. However, prior to any change in carrier the parties will meet and confer over the reasons for any change at least sixty (60) days in advance of such change. The change in carrier shall not result in any loss of benefits to the employees.

1.3 The provisions of this Article are not subject to the Problem Resolution Procedure Article X.

## XXV. HEALTH, SAFETY AND ERGONOMICS

1.1 The Company recognizes its obligations and responsibilities to provide a safe and healthful working environment for its

employees. The Company is proud of its past accomplishments in this area and is committed to continue to work closely with the Union in developing and implementing health, safety, & Ergonomics programs that could be a model for use throughout the industry. Fundamental to achieving this goal is the active involvement of all employees. To support those joint programs, the Company recognizes that the Union General Representatives in Health & Safety and the UAW Coordinator for Health, Safety and Ergonomics will participate in every aspect of such programs. The parties recognize their obligation to cooperate in maintaining and improving a safe and healthful working environment, and to use all their best efforts jointly to achieve these objectives.

1.2 Therefore, it is agreed by the parties that a Joint Safety Committee be established which will have the overall responsibility and authority to establish, maintain and supervise a complete, total and comprehensive Health and Safety Program in the plant that will meet the objectives noted above.

1.3 Nothing in this Article creates any rights against the Union enforceable by the Company or by an individual employee.

**2. Joint Safety Committee**

2.1 The Joint Safety Committee shall consist of six (6) Representatives of each party:

**The Union Representatives will be:**
President of the Local Union; and The UAW Coordinator for Health, Safety and Ergonomics; and The UAW General Representatives for Health and Safety; and The Bargaining Committee Chairperson; and One (1) Bargaining Unit Employee, who will serve for One (1) year rotating term, appointed by the Union.

**The Company Representatives will be:**
The Vice President of Human Resources; and The Vice President of Manufacturing; and The General Manager of Engineering;

and The Manager of Safety; and The Manager, Team Member Relations; and The General Manager(s) of Manufacturing.

2.2 The President of Local Union and the Vice President of Manufacturing, shall serve as Co-Chairperson of the Joint Safety Committee. The committee shall meet monthly.

2.3 **The committee objectives are to:**
Effectively implement and monitor key program elements. Among them are:

- injury and illness prevention;
- ergonomics;
- noise abatement and hearing conservation;
- training;
- preventative maintenance;
- new machinery and equipment review;
- toxic material reduction;
- lockout;
- confined space entry;
- fall prevention;
- ventilation; and
- audit and ensure compliance with safety rules, procedures and programs.
- **Rigging**

The UAW Coordinator for Health, Safety and Ergonomics will be notified in advance of health and safety inspections by OSHA, insurance loss control and boiler inspectors, City of Fremont Fire Department, Alameda County Department of Health officials, and licensed health and safety inspectors required or by health and safety consultants retained by the Corporation, and will be afforded an opportunity to accompany such officials or consultants and provide any pertinent information to them. A copy of such reports, including those of insurance inspectors, will be provided to the UAW Coordinator for Health, Safety and Ergonomics.

2.4 The Joint Safety Committee will convene a working group comprised of but not limited to, the Safety Section Representatives, the UAW Representatives for Ergonomics, Health and Safety, the UAW International Transnational Department, the Health Safety Department, and Regional Representatives to conduct an annual review of the entire safety program. Additional specific experts will be invited to provide expertise as needed. This review is to be completed in the month of January each year. Results of the annual review will be used to develop a joint annual plan of action to address the top safety issues. Quarterly status checks will be conducted jointly in June, September and December of each year to review the progress of the annual action plan. The initial action plan will start development in November 2005 with completion by the end of January 2006.

The working group will review the completion of health and safety issues contained in the Health and Safety side letter, developing a yearly training plan, developing modifications to or creation of safe operating practices, improving the ergonomics process, the adoption of best practices, identification of top focus areas and groups, and performing activities that will directly address the root causes of the issues affecting the safety of the Team Members. The findings and action plan will be presented to the Joint Safety Committee for review, comment and authorization by the end of January of each year. The Joint Annual Plan will be in effect from April 1st thru March 31st and will be renewed yearly.

3. Problem Resolution

3.1 Every reasonable effort shall be made to settle problems promptly and through discussion. Employees should discuss and attempt to resolve health and safety issues with the appropriate Group Leader. Failing resolution, the problem should be reduced to writing by the appropriate Union representative(s) on a safety problem resolution form. Problems will be resolved by means of

the Health, Safety and Ergonomics Problem Resolution Procedure set forth below:

3.2 Health, Safety and Ergonomics Problem Resolution Procedure.

| STEP | UNION REPS | COMPANY REPS | TIME LIMIT |
| --- | --- | --- | --- |
| 1 | District Committee- person or General Representatives for Health and Safety or the UAW Coordinator for Health, Safety and Ergonomics | Section Manager | 5 days |
| 2 | Bargaining Committeeperson and the General Representatives for Health and Safety or the UAW Coordinator for Health, Safety and Ergonomics | General Manager | 5 days |
| 3 Final Resolution | International Rep, UAW Chairperson, Bargaining Committee | Vice President Manufacturing Vice President Of HR | As agreed between the Company and Union up to a maximum of 30 days |
| 4 Ultimate Resolution | UAW Vice President | Vice President Of HR | As agreed among the parties |

The time frames set forth in the above table may be extended upon mutual agreement of the parties.

4. Ergonomics

4.1 The Company and the UAW have established a comprehensive ergonomics program at NUMMI. The elements of the program include Injury and Illness Analysis, Job Evaluation, Implementation of countermeasures, Medical Management and Training.

The program is administered by the Joint Safety Committee.

All ergonomics activities within NUMMI will be conducted under the direction of the Joint Safety Committee. Ergonomic kaizen activities that may occur in teams, groups, sections and departments will be encouraged and supported.

The Company will designate a management representative to work on ergonomics with the Union General Representative for Ergonomics.

Department/Section Ergonomics Committees are established which consist of a UAW Committeeperson, a skilled trades representative, the UAW General Representatives for Health and Safety, a Company Ergonomics Representative, the UAW Coordinator of Health, Safety and Ergonomics, Manager(s), Department Engineer and the Safety Coordinator designated to perform job evaluations. The Section Manager will chair the committee. Meeting minutes will be kept.

## 4.2 Injury and Illness Analysis

The Company has implemented occupational injury and illness data systems. Reports are generated on a regular basis and circulated to members of management and posted in designated locations in the plant. The reports show trends, distribution by type of injury and areas highest in injury frequency. The Joint Safety Committee and Section Ergonomics Committees utilize the reports to focus efforts in areas where risk is highest and to monitor the overall effectiveness of the ergonomics program.

## 4.3 Job Evaluation

The Company and Union agree to jointly kaizen the existing ergonomic job evaluation methods. These methods of evaluation will incorporate the best practices of past methods of evaluation and include additional criteria based on the latest scientific information and guidelines used by other auto manufacturers that have been found to be effective and support the Toyota Production System. Job evaluation methods will be continuously

improved, based on mutual agreement, to ensure that they accurately reflect the risks on jobs. Computerized data collection systems **NEBA or subsequent analysis tool will be utilized.**

The Company will continue to encourage employees to report to their Group Leader, orally or in writing, symptoms of ergonomic injury or ergonomic risk without fear of reprisal or discrimination.

Symptom surveys will be conducted in all plant operations every two years. Symptom surveys will be jointly developed and may include health and safety related questions.

The Union and Company agree to establish a special ergonomics task force to conduct job analysis and recommend countermeasures. The task force will include **four full time** UAW members selected by the **Vice President, Director, of the UAW International Transnational Department.** Additional members will be added as necessary. **Two (2) task force members will be assigned to the day shift (1st shift) and two (2) task force members will be assigned to the night shift (2nd shift) by seniority.** The Company will designate a representative to oversee day-to-day functioning of the task force including areas of responsibility. The ergonomics task force will be assigned to the Plant Operations Departments.

Jobs are evaluated with an ergonomic assessment tool (NEBA and/or NIOSH Lifting Guidelines) within two weeks of an injury or complaint. A copy of the evaluation will be provided to the Group Leader, injured team member, the Section Manager and Safety Section.

The Company has developed a computerized inventory of all production jobs on the **Truck and Passenger** assembly lines. **The Job Safety Analysis (JSA) system along with NEBA will be used to link** injuries and evaluations to specific production jobs.

The Company will provide appropriately furnished workstations for the ergonomic task force members to conduct business.

Evaluations will be performed on all jobs in production sections, including Conveyance and Production Control, and when:

- An employee reports complaint of injury or risk of ergonomic injury;
- An employee is diagnosed with an ergonomic injury;
- The Company becomes knowledgeable of an ergonomic risk in a specific work activity;
- There is a major model change. (Performed at the earliest stage of development and always prior to production);
- A Safety Concern Activity Report form is submitted alleging an ergonomic risk.

Evaluations will be updated when an employee is newly diagnosed with an ergonomic injury or when the job or operation is substantially changed or after countermeasures have been implemented.

The components of a worksite evaluation will include but are not limited to; 1) asking the team member which work activity may be causing the injury or symptom, 2) identifying the specific work activities that are likely contributors to the ergonomic risk, symptom, or diagnosis, 3) observation of job, 4) identification and evaluation of potential countermeasures to reduce ergonomic risk 5) asking the employee for ideas about minimizing ergonomic risk factors and 6) a description of the feasible control measures to be implemented. Such analysis includes input from team members whose jobs will be affected by the modification.

All job evaluations including updates, will be documented. This includes evaluations performed on new jobs prior to a model change.

Upon receipt of an ergonomic job evaluation from an ergonomics task force member, the Group Leaders will take action to implement countermeasures within 5 days. If the problem job is

74

not resolved within 5 days, the problem will be reported to the Assistant Manager by the ergonomics task force member. If the problem job is not resolved by the Assistant Manager within 5 days, it will be reported to the Manager. If the problem job is not resolved within 5 days, it will be referred to the Department Assistant General Manager and/or General Manager.

### 4.4 Countermeasures

The Company will use feasible engineering controls and administrative controls to eliminate or reduce **Safety Hazards and ergonomic risk**. Control measures are deemed necessary when any work-related ergonomic risk causes or aggravates symptoms of an ergonomic injury or illness, or when job activities are substantially likely to result in the development of an injury or illness.

Engineering controls will be utilized whenever feasible. When engineering controls are determined to be necessary, feasible administrative controls will be used as necessary to control ergonomic risk before engineering controls are implemented. Administrative controls will not be used as a substitute for engineering controls.

Control measures will be implemented in a timely manner, based on the severity of the hazard.

A master list of all ergonomic problem jobs for the facility will be maintained. Problem jobs that are not corrected within two months will be placed on the agenda for the next meeting of the Joint Safety Committee.

### 4.5 Training:

**Two hours of ergonomics training will be provided for Car and Truck departments during Twenty minute safety meetings for the life of this contract. Four additional hours of ergonomic training will be provided to Car department during Major Model Launch.** The training will include symptoms and consequences, risk factors (posture, force and

75

repetition), methods to minimize risk and the importance of reporting problem jobs, ergonomic injuries and symptoms. Team Leaders, Group Leaders, Assistant Managers and Managers will receive a minimum of 4 hours of initial ergonomics training. Refresher training will be provided as necessary.

The Company will provide one week of training for ergonomic task force members each year. Training provided during the first year of the contract will include: anthropometry, ergonomic design guidelines, risk factors, countermeasures, the NIOSH 1991 Lifting Formula, human anatomy, types of cumulative trauma disorders, shop floor practice using analysis tools and checklists, and gathering data on forces. A member of the UAW Health and Safety Department staff may assist in the development and delivery of the training.

In addition to the training above, members of the ergonomics task force will be scheduled to attend one joint UAW Ergonomics conference a year. The Company will cover all related expenses.

Members of the Pilot Teams will receive a minimum of 24 hours of initial ergonomics training. **Training will cover process of ergonomic review prior to jobs being released to floor. This process will include a preliminary checklist and final evaluation with NEBA.**

### 4.6    Medical Management.

- The Company maintains a system of medical management, which includes employee access to medical personnel who are trained in current procedures for evaluation and treatment of cumulative trauma disorders.
- The Company's medical management program includes early detection and evaluation of work-related ergonomic injuries and symptoms of ergonomic injuries.
- When there is an ergonomic injury related work restriction, the medical personnel shall prepare a work status report, which clearly describes the motion of activity that is to be avoided or reduced. Employees will be placed only on jobs

within their medical restrictions. An employee may request a re-evaluation of medical restrictions if a problem occurs in performing the activities of the assigned job.

- The Company will provide, upon request, a copy of the medical records to the employee.
- When a team member uses a medication or medical supply from a Comfort Kit for a work related condition, the Group Leader will list on a log the team member's name, date, nature of illness or injury and items taken from the kit. The Company will continue to refer team members to the medical department for appropriate medical care and OSHA log recording.

### 4.7    Annual Review

The Company and Union will jointly audit the entire ergonomics process each year and make recommendations for improvements to the Joint Safety Committee.

The Company will take whatever action is necessary to comply with applicable laws and regulations pertaining to employees' health, safety and ergonomics. Where the Company has reason to believe that a violation of a law or regulation is occurring or may occur, it may take whatever action is necessary to discontinue or prevent such violation.

### 5.    Professional Development

The Company will continue to support and fund professional development for Union Health and Safety and Ergonomics Representatives and the UAW Coordinator for Health, Safety and Ergonomics, unless the parties mutually agree to modifications.

### 6.    Noise

The Company will continue to administer a Noise Control and Hearing Conservation Program. The goal of the program will be to continuously reduce the percentage of employees required to wear hearing protection. A noise abatement plan will be developed on an annual basis and reviewed with the Local Union to provide an opportunity for suggestions intended to improve the

being accomplished through the implementation of a written program which established the Hazardous Materials Review Committee (HMRC). The HMRC will be co-chaired by the Environmental and Quality Control Engineering sections and its membership will include representatives from Purchasing, Security and the Safety sections, and the UAW General Representatives for Health and Safety and Ergonomics and the UAW Coordinator for Health, Safety and Ergonomics. The HMRC will define the hazardous material approval process and emphasize ongoing efforts to identify safer substitutes for new as well as materials currently in use. These efforts will be directed by the HMRC and are expected to reduce employee exposures and protect the environment.

### 8. Training

Development of the health and safety training plan and selection of safety trainers for hourly employees will be performed jointly with the Union, including such training performed by the Safety Section and the Engineering Training Center for Skilled Trades. The Company will use its best efforts to continue to use as trainers qualified hourly employees, where practical and desirable.

### 9. Task Based Risk Assessment

The Company will continue to develop its process for performing a task based risk assessment on all robotic and automated operations in the plant, with primary emphasis on the body shop. This assessment will include identification of task, hazards associated with each task, level of risk for each hazard and reasonable appropriate control measures, if any, to protect employees. Risk assessments will be documented.

### 10. Contractor Safety

The Company will maintain its Outside Contractor Safety Program. The program will include training for project managers, engineers and enforcement of guidelines. Engineers and project managers will monitor contractor performance on a regular basis.

79

---

plan. The Company recognizes the importance of considering the noise level when purchasing new equipment. The Company will make its best efforts to achieve an 80 dB standard, if and where technologically and financially feasible, and when the Company controls the purchasing decision.

A joint Noise Control Committee will be established. The Noise Control Committee will consist of representatives from Plant Engineering, Manufacturing Operations, Medical, Safety and Industrial Hygiene Section and the Joint Safety Committee, and others as deemed appropriate by the Joint Safety Committee, such as certain skilled trades personnel, and/or other employees. The Noise Control Committee has the responsibility to seek input from plant personnel in identifying noise sources and potential ways to reduce noise levels.

The Noise Control Committee will meet regularly, record minutes and report quarterly to the Joint Safety Committee regarding progress on the Noise Abatement Plan. The annual evaluation will include:

1. Copies of the plant's noise abatement program;
2. A summary of audiometric tests;
3. The number of employees that experienced standard threshold shift;
4. The number of employees that are required to wear hearing protection;
5. The number of employees at risk of exposure at or above 85 DBA;
6. The number of employees at risk of exposure above 90 DBA;

### 7. Hazardous Material Review

Effective control of hazardous materials will serve to protect the employees of NUMMI. The Company is committed to the goal of continuous reduction in the use of hazardous materials. This is

78

## XXVII. PROHIBITION OF STRIKES AND LOCKOUTS

1.1 During the term of this Agreement or any extension thereof, there shall be no lockout of employees by the Company.

1.2 During the term of this Agreement or any extension thereof, neither the Union nor its agents or representatives will cause, engage in, or authorize its members to engage in any strike, sympathy strike, work stoppage, picketing, boycott, sick- out, slowdown or other concerted activity to interrupt work against the Company.

1.3 If any action or activity prohibited by Paragraph 1.2 occurs, the Company shall notify the Union and the Union shall notify its members to return to work and to cease the unauthorized stoppage.

1.4 Any employee who engages in any activity specified in Paragraph 1.2 above will be subject to discipline up to and including discharge subject to review by the Problem Resolution Procedure.

## XXVIII. STANDARDIZED WORK

### 1. Description And Objective

1.1 For some time prior to the execution of this Agreement, the Company has been utilizing a procedure for establishing and changing Standardized Work. Under this procedure, described in Appendix "C" and based on Toyota Production Methods, employees are encouraged and expected to participate with their Team Leaders and Group Leaders in designing and establishing Standardized Work. The objective of the Standardized Work procedure is to insure that employees work at a safe and reasonable pace, in the most efficient and safe manner, while maintaining quality standards. In the interest of safety, efficiency, best quality and other production needs, the Company may establish and change Standardized Work by continuing this procedure. The Standardized Work includes items such as required Manpower, Takt time, model mix, operation arrangements, tools, operation methods, and required times for performing operations.

81

---

### 11. Safety Coordinators

The Company recognizes the importance of hourly employees who function as members of the Section Safety Committees and are known as "safety coordinators." Safety coordinators will participate with the Group Leader in conducting inspections while the line is running, attending meetings and raising health and safety concerns. Safety coordinators will receive eight hours of health, safety and ergonomic training per year.

### 12. New Equipment

The Company will establish and implement a procedure of advance notification and involvement of Company and Union health and safety personnel in the review of new production equipment and machinery.

### 13. Confined Space Entry Procedure

The Company and Union will continue to improve the Confined Space Entry Program. All confined spaces will be posted, training will be provided for those employees that must enter confined spaces and those that issue permits. Necessary equipment will be made available and the program will be periodically monitored. The Company and Union will visit each confined space location and ensure that it is properly identified and marked.

## XXVI. BULLETIN BOARDS

1.1 The Company will furnish eleven (11) bulletin boards to be used by the Union for posting of notices of meetings, elections, recreational events, and similar notices. Bulletin boards shall be glass enclosed and lockable. Notices referring to controversial matters shall not be posted. The bulletin boards shall be placed in conspicuous places on the Company's property, as agreed by both parties. Additional informational areas shall be provided for by mutual agreement.

1.2 All notices must be signed by the President or Chairperson of the Bargaining Committee prior to posting.

80

1.2 As part of the New United Motor's production system, employees are expected to use their best efforts in performing the job within the Takt time and to alert their Group/Team Leader of production or quality problems. If the problem in production or quality is such that they cannot complete their tasks in the proper manner, they are expected, without being subject to discipline, to pull the cord or push the button to sound the alarm, and ultimately stop the line, alerting a Group/Team Leader of the problem. If the problem is of a recurring nature, the employees will work together to KAIZEN the operation according to the procedure set forth in Appendix "C".

1.3 The Company will explain and discuss monthly production schedules with the Union for mutual understanding, at the monthly General Manager Meeting. This meeting will be held monthly for discussion of production related matters, including three (3) month production forecast, manpower balance between sections, assembly line Takt time, model mix, and estimated scheduled overtime.

## 2. Procedure For Review Of Standardized Work Problems

2.1 Problems relating to Standardized Work or production standards shall be subject to the procedures set forth in this Article.

2.2 The purpose of this procedure is to establish a method consistent with our philosophy of mutual trust and respect whereby the Union and Company jointly assess Standardized Work concerns which are not resolved through reasonable and best team effort by first involving Team Leaders and Team Members on the team, from both shifts.

2.3 Any employees who have has a problem with Standardized Work, that has not been resolved by using the best team effort (refer to 2.2) shall discuss their concern with the Group Leader. The Group Leader will initiate a Standardized Work Assessment and Tracking (SWAT) form. If a proposed resolution between the Group Leader and employees has not

been reached within ten (10) working days from the date the employee(s) first addressed the problem to the Group Leader, the Group Leader shall submit the SWAT form to the Production Assistant Manager, Team Member Relations Representative, District Committee Person and Team Member.

2.4 The Production Assistant Manager will meet jointly with the Group Leaders, Team Leaders and District Committee Persons from both shifts to conduct a fact-finding investigation. This investigation will include, but not be limited to the following:

a) Review of Standardized Work charts, manpower, and current Kaizen efforts (if any) to improve work process/sequence on both shifts;

b) Ergonomic assessment ;

c) Evaluate current processes on both shifts (to determine how Team Members are performing the operations);

d) Nature and extent of training received by the employee(s);

e) Tooling and process; and

f) Quality and location of stock.

2.5 Upon completion of the investigation, the Production Manager of that section will review the specific nature of the problem and make appropriate correction(s).

2.6 If, within twenty (20) working days from completion of the investigation, the problem is not resolved by the Section Management, the Assistant General Manager of the department and a Bargaining Committee member will review the findings of the SWAT investigation and implement a resolution. If the problem is not resolved at this step, the

any dispute between the Company and the employee on the findings of the Company's medical examination.

**Report Pay And Call-In Pay**

3.

3.1 Any employee called to work, or permitted to come to work without proper notification that there will be no work, shall be provided with four (4) hours work or, at the Company's option, four (4) hours pay in lieu of work at the employee's regular straight-time hourly rate. The employee must remain available for work until assigned or released by the Company.

3.2 This Section shall not apply if conditions beyond the control of the Company interfere with work being provided or notice being given.

4. **Skilled Trades And Apprenticeship Training**

4.1 The parties mutually agree to establish and put into effect a comprehensive system for Skilled Trades and Apprenticeship Training. This system shall include an annual meeting in September with the UAW/NUMMI joint committee on skilled trades/apprenticeship/training in which the **anticipated technology changes and the anticipated number of apprentices is discussed. Future plans and changes to equipment shall be considered to determine skilled trades training needs.** Factors to consider when forecasting apprenticeship needs include targeted headcount, actual headcount, retirements, attrition, business needs, and projects.

4.2 A Joint Union-Management Committee on Skilled Trades/Apprenticeship/Training shall be responsible for designing and implementing such a system, and to advise the Union Representatives (designated in Article VIII) and the Human Resources Department regarding matters related to Skilled Trades.

4.3 The Committee shall consist of equal numbers of Company and Union Representatives. The UAW General Representative for

---

monthly General Manager Meeting will be utilized and the General Manager and Chairman of the Bargaining Committee will reinvestigate as needed for resolution of the problem. If the problem is not resolved at this level, either party may call upon the V.P. of Manufacturing and the UAW V.P. for final resolution of the problem.

2.7 Both parties agree to utilize this procedure in the event that problems arise. This procedure shall be the exclusive remedy for any problem on Standardized Work or work standards.

## XXIX. GENERAL PROVISIONS

1. Definitions
For the purpose of this contract:

Department shall be defined as that "area" which is Vice President or General Manager responsible.
Example: Manufacturing

Section shall be defined as that "area" which is included in a Department and is Manager responsible.
Example: Assembly-Truck, Paint-Passenger

Group shall be defined as that "area" which is included within a Section and is Group Leader responsible.
Example: Trim II

Team shall be defined as that "area" which is included within a Group and is Team Leader responsible.
Example: Team 1, 2, 3, etc. in Trim II Group

2. Medical
Employees, required to undergo a medical examination by the Company as a result of job requirement or to diagnose a medical condition, may have a third party physician (appointed by the employee's physician and the Company's medical advisor) resolve

Skilled Trades/Apprenticeship/Training shall be one of the Union members of the Committee.

4.4 Prior to hiring or transferring a Team Member to Division II, the Company will review the applicant's journey person's credentials with the Chairperson of the Bargaining Committee or designee.

4.5 Training of NUMMI's Maintenance personnel is critical to our success and progress. Our employees' skills can be improved through class room, hands-on and on the job training. Specific training classes must be focused on the skills necessary for the employee to grow in knowledge and at the same time meet the needs of current and new technology being implemented in machinery, equipment and process systems. The Training Center and Maintenance Sectional Management shall coordinate, track, and ensure that a target of Ninety-six (96) hours of training be provided to each division II team member per year. **The targeted Ninety-six (96) hours of training shall consist of approximately Forty (40) hours of relevant "cross training" performed in the Training Center approximately Forty (40) hours of "Shop Specific" training performed by the specific section requiring the training and approximately Sixteen (16) hours of required Safety Training provided by the Training Center and the Safety Department.** Cross Training and Shop Specific Training shall have written objectives jointly developed by the Training Center and the Shop Maintenance Management for each course and shall have a "Hands On" proficiency evaluation to assure effective training, student comprehension and competency. Periodic reviews of these tasks shall be conducted and the results forwarded to the UAW skilled trades representative. Issues involving the number of team members trained and training schedules and changes (increase or decrease) to the allocation of the Eighty (80) hours of required training may be addressed during monthly Maintenance Training Center meetings and quarterly Sectional Maintenance meetings respectively.

Specific courses should be discussed and agreed upon through the joint efforts of the Chairperson of the Bargaining Committee and

the UAW Skilled Trades representative, or their designee(s), and management representatives.

Training and/or applicable certification will continue to be given through the Training Center in the following areas:

- Basic welding
- Maintenance shop machine, equipment and tools
- Basic electrical
- Safety
- Fall protection
- Lock Out/Tag Out
- Rigging

The training and/or applicable certification designated below may be given to employees who, after consultation with the Skilled Trades Committee and in the opinion of the Company, have the skills and aptitude to benefit from and apply them at work. Employees may be given training in the Training Center from among the following:

- Welding
- Industrial controls for electrical systems
- Programmable logic controls
- Hydraulics and pneumatics
- Machine shop technology for Die and Tool and Maintenance apprentices.
- Safety
- Confined space entry
- Low voltage electrical systems

4. When a new classification or department is established, involving work of any kind which has been performed by the bargaining unit or is related to any jobs, duties or functions of the bargaining unit, the Union will be notified, and, at the request of either party, negotiations will take place promptly as to whether such classification or department properly should be in the included or excluded group. If no agreement is reached, the matter shall be subject to the arbitration procedures of the Agreement.

5.1 Production Kaizen Teams shall have access to at least one (1) Division II member as a resource when the assignment requires this assistance. This Division II assistance will be provided as quickly as is reasonable.

6. **Non-Discrimination Against Union Activities**

6.1 The Company will not interfere with, restrain or coerce employees because of membership or lawful activity in the Union, nor will it, by discrimination in respect to hire, tenure or employment or any term or condition of employment, attempt to discourage membership in the Union.

6.2 The Union agrees that neither the Union nor its members will intimidate or coerce any employee in respect to his/her right to work or in respect to Union activity or membership, and further that there shall be no solicitation of employees for Union membership or dues during working time. The Union further agrees the Company shall take disciplinary action for any violations of this provision.

## XXX. ENTIRE AGREEMENT AND WAIVER

1. **Entire Agreement And Waiver**

This Agreement constitutes the entire Agreement between the parties, except as modified by written side letters to this Agreement and signed by the Company's Vice President, Human Resources and the UAW Vice President. During the negotiations which resulted in this Agreement, each party had the right and opportunity to make demands and proposals on any subject or matter not removed by law from the area of collective bargaining. The understandings and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in this Agreement. Furthermore, for the term of this Agreement or any extension thereof, each party waives all statutory rights to bargain collectively over the subject matter of this Agreement.

2. **Separability**

If the applicable law renders invalid or unenforceable any of the provisions of this Agreement, the Company and the Union may agree upon a replacement for the affected provision(s). Such replacement provision(s) shall become effective immediately upon agreement of the Parties, without the need for further ratification by the Union membership, and shall remain in effect for the duration of this Agreement. The legal invalidity or unenforceability of provisions of this Agreement shall not affect the remaining provisions thereof.

## XXXI. TERM OF AGREEMENT

1. **Effective Dates**

This Agreement shall be in effect from the 6th day of August, 2005, through 2:00 a.m. on the 8th day of August, 2009, and shall continue in effect from year to year unless either party provides the notice of intent to modify or terminate as set forth in Section 2

2. **Method Of Modification/Termination**

In order to modify or terminate this Agreement, the party seeking such modification or termination must give written notice to the other party of its intention to seek modification or termination of this Agreement at least sixty (60) days prior to the date on which this Agreement is due to expire. Failure to provide such timely notice will convert this Agreement into a year to year contract, with said sixty (60) day notice being required before this Agreement can be modified or terminated.

3. **Negotiations For A New Agreement**

Within ten (10) days after receipt of the notice to seek modification or termination described above, a conference will be arranged to negotiate proposals for a new contract, in which case this Agreement shall continue in full force and effect until terminated. In the event the parties are unable to reach agreement on a new contract before the expiration date of this Agreement then in effect, the parties may mutually agree, in writing, to extend this Agreement for the purpose of maintaining harmonious labor relations, pending the execution of a new agreement.

New United Motor.
Manufacturing, Inc

Y. Azuma
R. McCullough
S. Imaeda
W. Odisho
J. W. Potts III
R. Ponsonby
P. Fong
Y. Yamakado
J. Nelson
E. Winter
D. Johnson
D. Ciesco
J. Young
N. Higa
R. Petty
J. Oakson
D. Darab
J. Armstrong
R. Valentine
S. Torres
L. Gasper

International Union, United
Automobile, Aerospace and
Agricultural Implement
Workers of America, UAW

N. Gooden
J. Wells
T. Bressler
T. Bolte
E. Mays
J. Stackpoole
A. Miller
A. Cornai

International Union, United
Automobile, Aerospace and
Agricultural Implement
Workers of America, UAW
Local 2244

V. Quesada
G. Nano
I. Contreras
C. Stimpson
J. Hernandez
J. Silva
R. Scott
J. Enos
E. Valdez
R. Grange
P. Rothschild
E. Parra

## APPENDIX "A" - LUNCH PERIOD AGREEMENT

It is the intent and purpose of the parties to outline specific terms and conditions of a thirty (30) minute lunch period for all employees presently employed at the Company's Fremont, California plant as follows:

1. The Company shall continue to provide a thirty (30) minute lunch period.

2. The pay for this lunch period has been included within the agreed upon Base Wage Rate in Article XVII of the Labor Agreement.

3. Lunch time will not be treated as "hours worked".

4. Employees will not be required to eat at their work stations.

5. During lunch, employees will not be required to perform any duties.

6. During the paid lunch period, employees will be free to eat lunches and engage in any other conduct consistent with plant rules, but shall be required to stay within the building structure. If the employee leaves the building structure (the patio area is part of the building structure) during lunch, the employee's pay for that day will be reduced by the amount of money (1/2 hour x base rate plus COLA; the base rate calculated without the paid lunch period) that has been included in the agreed upon Base Wage Rate as Paid Lunch. Activities and/or movement in or on other parts of the Company property such as parking lots, shall not be permitted during the lunch period.

7. During the paid break periods, employees will be free to engage in any conduct consistent with plant rules, but shall be required to stay within the building structure. Activities

and/or movement in or on other parts of the Company property such as parking lots, shall not be permitted during the break period.

8. In the event of an early break or lunch, the Manager of the effected section will inform the team members as to the cause of the early break or lunch. Notification will be given by written posting throughout the section the following day.

9. If the applicable law renders invalid or unenforceable any of the provisions of this Agreement, the Company and the Union may agree upon a replacement for the affected provision(s). Such replacement provision(s) shall become effective immediately upon agreement of the Parties, without the need for further ratification by the Union membership, and shall remain in effect for the duration of this Agreement. The legal invalidity or unenforceability of provisions of this Agreement shall not affect the remaining provisions thereof.

APPENDIX "B"

1. Current Health Care Insurance Plans will remain in effect until September 30, 2005. The effective date of any modifications to benefits detailed in this Appendix "B" will be October 1, 2005 except as otherwise stated in this Appendix B. There will be an open enrollment period for such plans during the month of August 2005, and annually thereafter.

2. The Group Insurance Program, Health Care Insurance Program, Retirement Plan, Savings Plan, Reserve Fund Plan, Legal Plan, and Supplemental Workers' Compensation Plan are summarized in this Appendix. The interpretation and application of these plans will be in accordance with the provisions for the specific coverage as described in the official plan documents. The following are brief outlines highlighting significant features of each program and are not to be construed as specific terms and conditions of each plan.

3. The Benefits Outline in this Appendix "B" includes the following Plans:

   a. Group Insurance Program
      1. Life and ADD Insurance
      2. Temporary Disability
      3. Long-Term Disability
   b. Health Care Insurance Program
      1. Medical Insurance – H.M.O's – Comprehensive
      2. Dental Programs
      3. Vision Program
      4. Mental Health/Substance Abuse Program
      5. Part B Medicare
      6. Retiree Supplemental Health Insurance Plan (SHIP)
   c. Retirement Plan
   d. Savings Plan
   e. Reserve Fund Plan
   f. Legal Plan
   g. Supplemental Workers' Compensation Plan

4. Dependent as used in these plans means a) spouse, b) any unmarried child, step-child, or adopted child or child in the process of being adopted for whom employee has legal requirement to provide support who is under 19 years of age, c) any unmarried child, step-child, or adopted child for whom employee has a legal requirement to provide support who is under 25 years and who is a full time student (12 or more semester units or the equivalent) in an accredited institution, d) any unmarried child, step child, or adopted child over 19 years of age who is totally and permanently disabled and incapable of providing self-support, and are currently enrolled in the team member's health plan, or e) domestic partner (for purposes of medical, dental and vision programs). **In addition, and except in the case of domestic partners, dependents must be legally claimed by the employee as an exemption under Section 151 of the Internal Revenue Code for Federal income tax purposes. Team members must furnish the Company with a valid social security number for each dependent prior to or at time of enrollment. Failure to enroll a dependent within 30 days of eligibility including a life event shall result in the dependent waiting until the next open enrollment period. The provisions in this paragraph are effective immediately.**

5. Definition of a domestic partner: (a) be the same sex; (b) have filed a Declaration of Domestic Partnership with the Secretary of State in team member's state of residency; (c) have shared a continuous committed relationship for at least six months, intend to do so indefinitely and have no such domestic partner relationship with any other person; (d) reside in the same household; (e) share responsibility for each other's welfare and financial obligations; (f) not be related by blood ties closer than would bar marriage in the state; (g) be over age 18, of legal age and legally competent to enter a contract; (h) reside in a state where marriage between two persons of the same sex is not recognized as valid under law and; (i) not be married to any other person.

6. Dependents, for whom the team member has legal custody other than those defined in paragraph 4, are not eligible for coverage under the Company programs. However, existing dependents who are currently covered on Company plans and who are legal wards will be allowed to remain on all such plans until they reach age 19 with the provision that the team member pay for the monthly cost of providing coverage; such cost to be 25% of the family rate for the team member's selected benefit plans.

7. A dependent may not be covered for optional dependent life insurance by more than one (1) employee. In cases of conflict, the child will be allowed to be covered only by the team member with the greatest seniority.

8. When both husband and wife are employed by the Company, and desire different plans each may select their own medical and/or dental plan; however in no event will an employee be covered under more than one Company paid health plan. Dependents may be covered under either parent's plan, but not both. **Team member hired on or after 10/1/2005 shall be covered by the same health plan as their spouse or qualified domestic partner.**

9. **Effective 10/01/05, team members and their dependents that receive any type of financial consideration from any party or entity for participation in these plans shall be terminated from and precluded from participation in the plans for any plan year in which they receive such financial consideration.**

A. GROUP INSURANCE PROGRAM

1. LIFE INSURANCE

Type:    Term Insurance
Eligibility:    First day of the month following one (1) month of service

Employee
Contribution:   None

Benefit:

| Base Rate ($) | Life Amount ($) |
|---|---|
| 19.58 | 50,000 |
| 19.97 | 51,000 |
| 20.06 | 51,000 |
| 20.45 | 52,000 |
| 20.57 | 53,000 |
| 20.98 | 54,000 |
| 21.05 | 54,000 |
| 21.38 | 55,000 |
| 21.40 | 55,000 |
| 21.80 | 56,000 |
| 22.04 | 56,000 |
| 22.38 | 57,000 |
| 22.45 | 57,000 |
| 22.70 | 58,000 |
| 22.82 | 58,000 |
| 23.15 | 59,000 |
| 23.51 | 60,000 |
| 23.77 | 61,000 |
| 23.84 | 61,000 |
| 24.02 | 61,000 |
| 24.25 | 62,000 |
| 24.50 | 63,000 |
| 24.98 | 64,000 |
| 25.17 | 64,000 |
| 25.23 | 65,000 |
| 25.33 | 65,000 |
| 25.68 | 66,000 |
| 25.83 | 66,000 |
| 26.45 | 68,000 |
| 26.57 | 68,000 |
| 26.60 | 68,000 |
| 26.65 | 68,000 |
| 27.10 | 69,000 |
| 27.18 | 70,000 |

| | |
|---|---|
| 27.49 | 70,000 |
| 27.74 | 71,000 |
| 27.92 | 71,000 |
| 27.97 | 72,000 |
| 28.00 | 72,000 |
| 28.04 | 72,000 |
| 28.29 | 72,000 |
| 28.53 | 73,000 |
| 28.88 | 74,000 |
| 29.13 | 75,000 |
| 29.39 | 75,000 |
| 32.34 | 83,000 |
| 32.99 | 84,000 |
| 33.98 | 87,000 |

Moral Exclusions: No benefit exclusion will apply for deaths due to intentionally self-inflicted injuries.

Accelerated Benefit: The Company will offer an accelerated death benefit payment option for a terminally ill employee who has a life expectancy not to exceed twelve (12) months. Team members would be eligible to receive up to 50% of their benefit early. Beneficiaries would receive the remaining benefits after death.

## ACCIDENTAL DEATH & DISMEMBERMENT

Type: Term Insurance

Eligibility: First day of the month following one (1) month of service

Employee Contribution: None

Benefit: 100% of company provided life amount if accidental death while on company business.

50% if accidental death while not on company business. Schedule of benefits for loss of limbs, hearing, speech, or sight.

## OPTIONAL/SUPPLEMENTAL INSURANCE

Type:           Term Insurance
Eligibility:    First day of the month following three (3) months of service.

Employee
Contribution:   This is an optional plan that requires team member contributions to be made through monthly payroll deductions. Team Members on a Leave of Absence can pay the Company directly for their coverage.

Evidence of
Insurability:   A statement of insurability will be required to purchase additional life insurance any time following original eligibility date.

Coverage
Options:

| | | | |
|---|---|---|---|
| I | $10,000 | IX | $150,000 |
| II | $20,000 | X | $175,000 |
| III | $30,000 | XI | $200,000 |
| IV | $40,000 | | |
| V | $50,000 | | |
| VI | $75,000 | | |
| VII | $100,000 | | |
| VIII | $125,000 | | |

Current monthly rates are available in the Benefits section of the Human Resources department.

**Note: optional/supplemental life insurance coverage is subject to termination by carrier if the employee does not make the premium payment to the Company the month prior to the month of coverage.**

## RETIREMENT LIFE INSURANCE:

Type:           Term Insurance
Eligibility:    $10,000 Group Insurance coverage will be provided to Team Members retiring on or after 1/1/95 who retired after attaining age 65 with 10 years of service.

98

## DEPENDENT LIFE INSURANCE:

Type:           Term Insurance
Eligibility:    Team Members are eligible to purchase on the first day of the month following three (3) months of service.

Employee
Contribution:   This is an optional plan that requires team member contributions to be made through monthly payroll deductions. Team Members on a Leave of Absence can pay the Company directly for their coverage.

Coverage Options:
1. $10,000 Spouse/ $5,000 Dependent
2. $15,000 Spouse/ $7,500 Dependent
3. $20,000 Spouse/ $10,000 Dependent
4. $25,000 Spouse/ $12,500 Dependent
5. $30,000 Spouse/ $15,000 Dependent
6. $35,000 Spouse/ $17,500 Dependent
7. **$40,000 Spouse/ $20,000 Dependent**
8. **$45,000 Spouse/ $22,500 Dependent**
9. **$50,000 Spouse/ $25,000 Dependent**

Current monthly rates are available in the Benefits section of the Human Resources Department. **Note dependent life insurance coverage is subject to termination by carrier if the employee does not make the premium payment to the Company the month prior to the month of coverage.**

99

| Base Rate | Weekly Benefit ($'s) | 75% Weekly Benefit ($'s) |
|---|---|---|
| $21.40 | 470 | 350 |
| $21.80 | 480 | 360 |
| $22.04 | 480 | 360 |
| $22.38 | 490 | 370 |
| $22.45 | 490 | 370 |
| $22.70 | 500 | 380 |
| $22.82 | 500 | 380 |
| $23.15 | 510 | 380 |
| $23.51 | 520 | 390 |
| $23.77 | 520 | 390 |
| $23.84 | 520 | 390 |
| $24.02 | 530 | 400 |
| $24.25 | 530 | 400 |
| $24.50 | 540 | 410 |
| $24.98 | 550 | 410 |
| $25.17 | 550 | 410 |
| $25.23 | 560 | 420 |
| $25.33 | 560 | 420 |
| $25.68 | 560 | 420 |
| $25.83 | 570 | 430 |
| $26.45 | 580 | 440 |
| $26.57 | 580 | 440 |
| $26.60 | 590 | 440 |
| $26.65 | 590 | 440 |
| $27.10 | 600 | 450 |
| $27.18 | 600 | 450 |
| $27.49 | 600 | 450 |
| $27.74 | 610 | 460 |
| $27.92 | 610 | 460 |
| $27.97 | 620 | 460 |
| $28.00 | 620 | 470 |

101

| | |
|---|---|
| Evidence of Insurability: | A statement of insurability will be required to purchase life insurance any time other than original eligibility date. |

2. TEMPORARY DISABILITY

| | |
|---|---|
| Eligibility: | First day of the month following six (6) months of service. |
| Employee Contribution: | None |
| Benefits Paid: | Certified disability due to illness or injury begins on eighth day away from work, and continues until recovery or 52 weeks, whichever is earlier. |
| Benefit: | Level of benefit determined by base hourly rate according to schedule. The benefit amount for any period that a Team Member is otherwise eligible for benefits during any period of disability occurring prior to the day one year of seniority is attained shall be approximately 75% of the benefit amount. Weekly payments will be the difference between amounts from legally required programs, such as State Disability or Social Security, and any eligible pay. |

| Base Rate | Weekly Benefit ($'s) | 75% Weekly Benefit ($'s) |
|---|---|---|
| $19.58 | 430 | 320 |
| $19.97 | 440 | 330 |
| $20.06 | 440 | 330 |
| $20.45 | 450 | 340 |
| $20.57 | 450 | 340 |
| $20.98 | 460 | 350 |
| $21.05 | 460 | 350 |
| $21.38 | 470 | 350 |

100

| Base Rate | Weekly Benefit ($'s) | 75% Weekly Benefit ($'s) |
|---|---|---|
| $28.04 | 620 | 470 |
| $28.29 | 620 | 470 |
| $28.53 | 630 | 470 |
| $28.88 | 640 | 480 |
| $29.13 | 640 | 480 |
| $29.39 | 650 | 490 |
| $32.34 | 710 | 530 |
| $32.99 | 730 | 550 |
| $33.98 | 750 | 560 |

## 3. LONG-TERM DISABILITY

Eligibility: First day of the month following six (6) months of service.

Employee Contribution: None

Employee Benefits Plan: After 52 consecutive weeks of total disability or after final payment is made under the Temporary Disability, whichever is later.

Benefits: A team member will be considered disabled if they cannot perform any job available within the plant for which they may be eligible.

Disability resulting from a mental illness or substance abuse is limited to 24 months during an employee's lifetime.

Duration: Disabilities commencing prior to age 60: Benefits are paid while the team member remains totally disabled,

up to their length of service, or until their 65th birthday, whichever is earlier.

Disabilities commencing after age 50 for team members with 10 or more years of service will be paid until age 65 or until recovery whichever is earlier. Disabilities commencing on or after the 60th birthday, benefits are paid for fifty-four months, or equal to the seniority prior to the disability or until recovery, whichever is earlier, but not beyond the 70th birthday.

Benefit: Level determined by base hourly rate according to schedule. Weekly payments will be the difference between amounts from legally required programs, such as State Disability or Social Security, and any eligible pay.

At normal retirement age benefits will be reduced by the amount of the normal retirement benefit payable.

| Base Rate ($'s) | Monthly Benefit ($'s) |
|---|---|
| 19.58 | 1790 |
| 19.97 | 1830 |
| 20.06 | 1840 |
| 20.45 | 1870 |
| 20.57 | 1890 |
| 20.98 | 1920 |
| 21.05 | 1930 |
| 21.38 | 1960 |
| 21.40 | 1960 |
| 21.80 | 2000 |
| 22.04 | 2020 |
| 22.38 | 2050 |
| 22.45 | 2060 |
| 22.70 | 2080 |