# NOTICE OF UNRESOLVED PROBLEM

Problem Notice No. __10054__

Date: May 24, 2006

To: Human Resources – Team Member Relations Department

From: Chairperson, Bargaining Committee

Subject: __Gabriel Sanchez on behalf of Reggie Edwards__
        TM NAME               MAIN SUBJECT of PROBLEM NOTICE

Please be advised of the Union's Decision to appeal Second Step

Answer, __Debra Johnson__ issued _____, re: _____

I, Reggie Edwards, protest Assistant Manager Rachel Petty's unjust actions by terminating me effective May 24, 2006, for the alleged violation of Shop Rule R-22. I did not violate this or any other shop rule. There are unusual conditions and circumstances in my case.

I charge Assistant Manager Rachel Petty with violation of the CBA, Article XI, harassment, and not limited to any other Articles and paragraphs of the UAW and NUMMI Agreement or law. I demand that upper management take the proper steps with discipline and action by removing her from her Assistant Manager Job. Furthermore, I demand that I be reinstated with full seniority and be made whole of all monies and benefits lost to me at once.

Grievant: Reggie Edwards
Zone Committeeperson – Second Shift: Gabriel Sanchez

Signature: Chairperson, Bargaining Committee        Date: 10-2-06

Received by: HR – Team Member Relations        Date: 10-2-06

COPIES: WHITE—Chairperson, Bargaining Committee   YELLOW—UAW International Representative   PINK—TMR Dept.

HL-104 Revised 7-13-99

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On November 19, 2007, I served the within documents:

**DECLARATION OF RACHEL L. PETTY IN SUPPORT OF DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC.'S RESPONSE TO ORDER TO SHOW CAUSE**

☐ I sent such document from facsimile machine (415) 397-8549 on November 19, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Reginald Edward/Ellis
P.O. Box 1543
San Leandro, CA 94577
(510) 377-2799

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 19, 2007, at San Francisco, California.

_____
Denise L. Quintana