1  Lawrence A. Organ (SBN 175503)
   Law Offices of Lawrence A. Organ
2  404 San Anselmo Avenue
   San Anselmo, California 94960
3  tel. 415-302-2901
   fax 415-453-2829
4
   Attorney for PLAINTIFF REGINALD ELLIS
5

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REGINALD EDWARD/ELLIS, an individual, | Case No. 07-05452 |
|---|---|
| Plaintiff | **SUBSTITUTION OF COUNSEL** |
| v. | |
| NEW UNITED MOTOR MANUFACTURING, INC, a corporation; | |
| Defendant. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff hereby gives notice that he is substituting the attorney of record as follows:

Lawrence A. Organ (SBN 175503)
Law Offices of Lawrence A. Organ
404 San Anselmo Avenue
San Anselmo, California 94960
Telephone: 415-302-2901
Facsimile: 415-453-3740

Plaintiff respectfully requests that all parties and their attorneys serve copies of all filings and other papers on Law Offices of Lawrence A. Organ at the above address.

PLAINTIFF'S SUBSTITUTION OF COUNSEL                                    CASE NO. HG07340547

1  Plaintiff agrees to this substitution.

3  Respectfully submitted,

By: *(signature)*

6  Date: November 16, 2007

REGINALD EDWARD ELLIS
Plaintiff

8  Respectfully submitted,

11  Date: November 16, 2007

By: *(signature)*

Lawrence A. Organ
LAW OFFICES OF LAWRENCE A. ORGAN
Attorney for Plaintiff

---

PLAINTIFF'S SUBSTITUTION OF COUNSEL                    CASE No. HG07340547