Lawrence A. Organ (SBN 175503)
Law Offices of Lawrence A. Organ
404 San Anselmo Avenue
San Anselmo, California 94960
tel. 415-302-2901
fax 415-453-2829

Attorney for PLAINTIFF REGINALD ELLIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No. 07-05452<br><br>**DEMAND FOR JURY TRIAL** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff hereby formally requests a jury trial pursuant to the Seventh Amendment of the United States Constitution, and Federal Rules of Civil Procedure 38 and 39.

Respectfully submitted,

Date: November 16, 2007        By: _____

Lawrence A. Organ
LAW OFFICES OF LAWRENCE A. ORGAN
Attorney for Plaintiff