1  LAWRENCE A. ORGAN (SBN 175503)
   ALLISON J. STONE (SBN 251390)
2  LAW OFFICES OF LAWRENCE A. ORGAN
3  404 San Anselmo Avenue
   San Anselmo, California 94960
4  Tel. 415-302-2901
   Fax 415-453-2829
5  Attorney for PLAINTIFF REGINALD ELLIS

6  NICK C. GEANNACOPULOS (SBN 114822)
7  JONATHAN D. MARTIN (SBN 188744)
   SEYFARTH SHAW LLP
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Tel. 415-397-2823
   Fax. 415-397-8549
10 Attorney for DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC,

11                IN THE UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No.  07-05452WHA<br><br>**JOINT MOTION FOR AN ORDER PURSUANT TO CIVIL LOCAL RULE7.11 TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE DATE AND ALL CORRESPONDING DEADLINES** |

Plaintiff's and Defendant's counsel have stipulated to extend the date of the Initial Case Management Conference, and all corresponding deadlines, as follows:

| | CURRENT DATE | **PROPOSED DATE** |
|---|---|---|
| Last day to:<br>- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | January 10, 2008 | **February 21, 2008** |

---

JOINT MOTION FOR AN ORDER PURSUANT TO CIVIL                                   CASE NO. 07-05452WHA
LOCAL RULE 7.11 TO CHANGE INITIAL CASE
MANAGEMENT CONFERENCE DATE AND ALL
CORRESPONDING DEADLINES

| | | |
|---|---|---|
| - File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | January 24, 2008 | **March 6, 2008** |
| INITIAL CASE MANAGEMENT CONFERENCE in Ctrm 9, 19th Fl, SF at 11:00 AM | January 31, 2008 | **March 13, 2008** |

Plaintiff's counsel, Larry Organ, is lead counsel in a Contra Costa County trial beginning January 7, 2008 which is expected to continue until early to mid-February 2008.  Defendant's Counsel, Jonathan Martin, is involved in a two-week trial starting February 19, 2008.

Both parties request the extensions set forth in the Joint Motion For An Order Pursuant to Civil Local Rule 7.11 To Change Initial Case Management Conference Date And All Corresponding Deadlines in order to be able to attend the court dates set in this matter and fully comply with the meet and confer requirements.

Respectfully submitted,

By: _____//s//_____

Date: January 2, 2008              Lawrence A. Organ
                                   LAW OFFICES OF LAWRENCE A. ORGAN
                                   Attorney for Plaintiff

Date: January 2, 2008              By:_____//s//_____

                                   Jonathan D. Martin
                                   SEYFARTH SHAW LLP
                                   Attorney for Defendant

JOINT MOTION FOR AN ORDER PURSUANT TO CIVIL LOCAL RULE 7.11 TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE DATE AND ALL CORRESPONDING DEADLINES                                        CASE NO. 07-05452WHA