LAWRENCE A. ORGAN (SBN 175503)
ALLISON J. STONE (SBN 251390)
LAW OFFICES OF LAWRENCE A. ORGAN
404 San Anselmo Avenue
San Anselmo, California 94960
tel. 415-302-2901
fax 415-453-2829
Attorney for PLAINTIFF REGINALD ELLIS

NICK C. GEANNACOPULOS (SBN 114822)
JONATHAN D. MARTIN (SBN 188744)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel. 415-397-2823
Fax. 415-397-8549
Attorney for DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC,

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>    Plaintiff<br><br>  v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>    Defendant. | Case No.  07-05452WHA<br><br>**STIPULATION IN SUPPORT OF JOINT MOTION FOR AN ORDER PURSUANT TO CIVIL LOCAL RULE 7.11 TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE DATE AND ALL CORRESPONDING DEADLINES** |

   Plaintiff and Defendant's counsel stipulate to the matters set forth in the Joint Motion For An Order Pursuant to Civil Local Rule 7.11 To Change Initial Case Management Conference Date And All Corresponding Deadlines.  Plaintiff's counsel, Larry Organ, is lead counsel in a Contra Costa County trial beginning January 7, 2008 and expected to continue until mid-February 2008. Defendant's Counsel, Jonathan Martin, is involved in a two-week trial starting February 19, 2008.

   In order to allow both counsel the opportunity to attend the Initial Case Management Conference and adequately meet and confer on the disclosure requirements, both parties request the extensions set forth in the Joint Motion For An Order Pursuant to Civil Local Rule 7.11 To Change

Initial Case Management Conference Date And All Corresponding Deadlines in order to be able to attend the court dates set in this matter.

Respectfully submitted,

January 2, 2008                                    By:  _____//s//_____

                                                   Lawrence A. Organ
                                                   Attorney for Plaintiff

January 2, 2008                                    By:  _____//s//_____

                                                   Jonathan D. Martin
                                                   Attorney for Defendant