LAWRENCE A. ORGAN (SBN 175503)
ALLISON J. STONE (SBN 251390)
LAW OFFICES OF LAWRENCE A. ORGAN
404 San Anselmo Avenue
San Anselmo, California 94960
tel. 415-302-2901
fax 415-453-2829

Attorney for PLAINTIFF REGINALD ELLIS

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>              Plaintiff<br><br>     v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>              Defendant. | Case No. 07-05452WHA<br><br>**DECLARATION OF LAWRENCE A. ORGAN IN SUPPORT OF JOINT MOTION FOR AN ORDER PURSUANT TO CIVIL LOCAL RULE 7.11 TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE DATE AND ALL CORRESPONDING DEADLINES** |

I, LAWRENCE A. ORGAN, do hereby declare and state as follows:

1.   I am a member of the State Bar of California and am admitted to practice before this Court. I am the attorney of record for Plaintiff in this matter. I have personal knowledge of the facts stated herein and, if called, am competent to testify to the contents of this Declaration.

2.   This Declaration is written in support of the parties' Joint Request To Change Initial Case Management Conference Date And All Corresponding Deadlines.

3. I am lead counsel in a Contra Costa County trial beginning January 7, 2008 and expected to continue until mid-February 2008. I am informed by Defense Counsel Jonathan Martin that he is involved in a two-week trial starting February 19, 2008.

4. I am Plaintiff Reginald Ellis' attorney in this matter and will be unable to attend the initial case management conference in this matter due to trial.

5. I request, in good faith, the extensions set forth in the Joint Request To Change Initial Case Management Conference Date And All Corresponding Deadlines in order to be able to attend the court dates set in this matter.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed January 2, 2008 in San Anselmo, CA

By: _____//s//_____

Lawrence A. Organ

---

DECLARATION OF LAWRENCE A. ORGAN IN SUPPORT OF JOINT MOTION FOR AN ORDER PURSUANT TO CIVIL LOCAL RULE 7.11 TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE DATE AND ALL CORRESPONDING DEADLINES

CASE NO. 07-05452WHA