IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No. 07-05452WHA<br><br>**PROPOSED ORDER GRANTING JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.11 TO CHANGE INITIAL CASE MANAGEMENT CONFERENCE DATE AND ALL CORRESPONDING DEADLINES** |

The Court hereby grants the parties' Joint Motion Pursuant To Civil Local Rule 7.11 To Change Initial Case Management Conference Date And Corresponding Deadlines. The new dates are as follows:

| | **NEW DATE** |
|---|---|
| Last day to:<br>- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>- File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | **February 21, 2008** |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case | **March 6, 2008** |

| | |
|---|---|
| Management Statement<br>INITIAL CASE MANAGEMENT CONFERENCE in Ctrm 9, 19th Fl, SF at 11:00 AM | **March 13, 2008** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

                                                                 **WILLIAM ALSUP**
                                                                 **UNITED STATES DISTRICT JUDGE**