IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEW UNITED MOTORS MANUFACTURING INC., a corporation,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 07-05452 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　Please resubmit a request for postponement of the case management conference after the trial actually starts. In the Court's experience, many trials evaporate due to settlements or postponements by the courts. If, however, the trial actually begins on January 7, 2008, then an appropriate continuance will be allowed. Please explain why Ms. Stone cannot attend the case management conference in Mr. Organ's place.

　　　　**IT IS SO ORDERED.**

Dated: January 3, 2008.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE