UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REGINALD EDWARD/ELLIS,

                Plaintiff(s),

            v.

NEW UNITED MOTORS
MANUFACTURING INC., and DOES 1
through 13

                Defendant(s).
_____/

CASE NO. C07-05452 WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 31, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jonathan D. Martin | Defendant | (415) 544-1023 | jmartin@seyfarth.com |
| Allison J. Stone | Plaintiff | (415) 453-4740 | allison@equalitylawcal.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/10/08

/s/ Allison J. Stone
Attorney for Plaintiff

Dated: 1/10/08

/s/ Jonathan D. Martin
Attorney for Defendant

Rev 12.05