**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 31, 2008</u>

Case No.  <u>C 07-05425 WHA</u>

Title: <u>REGINALD EDWARD/ELLIS</u>  v. <u>NEW UNITED MOTORS</u>

Plaintiff Attorneys: Larry Organ; Allison Stone

Defense Attorneys: Jonathan Martin

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   _____

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Plaintiff is now in custody in Santa Rita Jail.  Court signed an order to allow plaintiff's counsel to visit their client.