E-filing

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

REGINALD EDWARD/ELLIS, an individual,

                    Plaintiff

        v.

NEW UNITED MOTOR MANUFACTURING, INC, a corporation;

                    Defendant.

Case No.  07-05452WHA

~~PROPOSED~~ ORDER ALLOWING ATTORNEYS LAWRENCE A. ORGAN AND ALLISON J. STONE TO VISIT THEIR CLIENT, REGINALD ELLIS, THROUGH PROCEDURES FOR CONTACT/ATTORNEY VISITING

The Court hereby ORDERS the officials at the Santa Rita County jail to permit the attorneys of record in this case to visit their client, Reginald Ellis, under the procedures for attorney visitation. This order operates as an official record from the United States District Court of the Northern District of California that Lawrence A. Organ and Allison J. Stone are the attorneys of record for Mr. Reginald Ellis, PFN AOT264, in his civil case in federal court.

A llison J. Stone is an attorney licensed to practice law in California.  She currently does not have an official bar card due to a customary delay in processing.  Please afford her access to her client, Regindald Ellis, on the basis of this Court ORDER.

IT IS SO ORDERED.

Dated:    1 - 31 - 08

**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**