# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>                    Plaintiff<br><br>        v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>                    Defendant. | Case No.  07-05452WHA<br><br>**PROPOSED ORDER ALLOWING LAW OFFICES LAWRENCE A. ORGAN TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD** |

The Court hereby GRANTS the Motion to Withdraw as Plaintiff's Counsel.  Law Offices of Lawrence A. Organ are relieved as attorneys of record in the instant case, *Edward/Ellis v. New United Motor Manufacturing, Inc.*, good cause appearing.  Until Mr. Ellis procures new counsel, he will be substituted as the attorney of record *pro se* in this action.

 IT IS SO ORDERED.


 Dated: _____                    _____

                                                **WILLIAM ALSUP**
                                                **UNITED STATES DISTRICT JUDGE**