# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>            Plaintiff<br><br>    v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>            Defendant. | Case No.  07-05452WHA<br><br>**ERRATA** |

    Plaintiff's Counsel seeks leave of Court to file a substitute "Proposed Order" on the basis that Counsel noticed a typographical error in the original "Proposed Order."  Counsel apologizes for the error and hopes the Court will accept the new "Proposed Order" which has been filed as an attachment.

 Respectfully submitted,

 Date: February 26, 2008

                                       Allison J. Stone
                                       LAW OFFICES OF LAWRENCE A. ORGAN
                                       Attorney for Plaintiff Reginald Ellis