# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>　　　　　　　　Defendant. | Case No. 07-05452WHA<br><br>**PROPOSED ORDER ALLOWING LAW OFFICES OF LAWRENCE A. ORGAN TO WITHDRAW AS PLAINTIFF'S COUNSEL OF RECORD** |

　　　　The Court hereby GRANTS the Motion to Withdraw as Plaintiff's Counsel. Law Offices of Lawrence A. Organ is relieved as attorney of record in the instant case, *Edward/Ellis v. New United Motor Manufacturing, Inc.*, good cause appearing. Until Mr. Ellis procures new counsel, he will be substituted as the attorney of record *pro se* in this action.

　IT IS SO ORDERED.

Dated: _____　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM ALSUP**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**