# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Edward/Ellis,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>New United Motors Manufacturing, Inc.,<br><br>　　　　　　Defendant(s). | 07-05452 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　**Teri Sklar**
　　　　Teri Sklar, Attorney at Law and Mediator
　　　　2404 California St.
　　　　San Francisco, CA 94115
　　　　415-929-7355

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05452 WHA MED　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 26, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05452 WHA MED                - 2 -