LAWRENCE A. ORGAN (SBN 175503)
ALLISON J. STONE (SBN 251390)
LAW OFFICES OF LAWRENCE A. ORGAN
404 San Anselmo Avenue
San Anselmo, California 94960
Tel. 415-302-2901
Fax 415-453-2829
Attorney for PLAINTIFF REGINALD ELLIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>　　　　　　Defendant. | Case No. 07-05452WHA<br><br>**DECLARATION OF ALLISON J. STONE IN SUPPORT OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

I, ALLISON J. STONE, do hereby declare and state as follows:

1.　I am a member of the State Bar of California and am admitted to practice before this Court. I am an attorney with Law Offices of Lawrence A. Organ.

2.　This Declaration is written in support of Plaintiff's Motion for Leave to File a Second Amended Complaint.

3.　I have personal knowledge of the facts stated herein and, if called, am competent to testify to the contents of this Declaration.

4.　Plaintiff's counsel requested a stipulation to file the Second Amended Complaint and Defendant's counsel refused.

5.　During the FRCP 26 meet and confer process, Plaintiff's counsel informed Defendant's counsel that Plaintiff intended to file a Second Amended Complaint.

6.      Defendant's counsel stated that he would not stipulate to the filing of the Second Amended Complaint unless he was first provided with a copy. After reviewing the copy, he would decide whether or not he could so stipulate. Plaintiff's counsel agreed to provide him with a copy when it was ready for filing.

7.      On February 27, 2008 at 12:28 p.m., I emailed Defendant's counsel, Jonathan Martin, a copy of the proposed Second Amended Complaint and, having received no response, called to follow up at 10:30 a.m. the next day (and the deadline for filing).

8.      During the conversation which occurred at 10:30 a.m. on February 28, 2008, Mr. Martin stated that he was unaware that the deadline for filing the Second Amended Complaint was that day. He had reviewed the Second Amended Complaint, and felt that it contained substantially new information. Because of that fact, he needed to contact his client regarding a course of action. He ultimately informed Plaintiff's counsel that he would be unable to reach his client today to discuss a course of action and therefore could not stipulate to the filing of the Second Amended Complaint.

9.      After reviewing Plaintiff's Complaint and First Amended Complaint, Plaintiff's counsel believed that it was in Plaintiff's best interest to file a Second Amended Complaint early in the litigation. Plaintiff's counsel needed adequate opportunity to review the facts and documentation in the case before filing the Second Amended Complaint.

10.     Prior to January 16, 2008, Plaintiff's counsel produced forty-six documents which provide the factual basis for the Second Amended Complaint.

11.     Plaintiff has, to date, not received a single document produced by Defendant.

12.     Plaintiff's counsel provided Defendant's counsel with a three-page version of the factual allegations for the Joint Case Management Statement. Plaintiff's counsel stated that we would be amended the complaint to allege the causes of action which are now plead in the Second Amended Complaint. Defendant's counsel asked Plaintiff's counsel to consider shortening the factual section for the Joint Case Management Statement in an email dated January 16, 2008. Plaintiff's counsel complied and shortened the statement to two pages.

DECLARATION OF ALLISON J. STONE                - 2 -                CASE NO. 07-05452 WHA
IN SUPPORT OF MOTION FOR LEAVE TO FILE
A SECOND AMENDED COMPLAINT

1  I declare that the foregoing is true and correct under penalty of perjury under the laws of the United
2  States.

4  Executed this February 28, 2008 in San Anselmo, CA

6  Date: February 28, 2008                              By: /s/ Allison Stone

   Allison J. Stone
   LAW OFFICES OF LAWRENCE A. ORGAN
   Attorney for Plaintiff