# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No. 07-05452WHA<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

The Court hereby GRANTS Plaintiff leave to file a Second Amended Complaint, good cause appearing.

IT IS SO ORDERED.

Dated: _____          _____

**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**