SEYFARTH SHAW LLP
NICK C. GEANNACOPULOS (State Bar No.: 114822) ngeannacopulos@seyfarth.com
JONATHAN D. MARTIN (State Bar No.: 188744) jmartin@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.
(sued incorrectly herein as "NEW UNITED MOTORS MANUFACTURING, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NEW UNITED MOTORS MANUFACTURING INC., and DOES 1 through 13,<br><br>　　　　Defendants. | Case No. C07-05452 WHA<br><br>**DECLARATION OF JONATHAN D. MARTIN IN SUPPORT OF DEFENDANT NEW UNITED MOTOR MANUFACTURING, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: April 3, 2008<br>Time: 11:00 AM<br>Place: Courtroom 9, 19th Floor<br>Judge: The Hon. William H. Alsup |

I, Jonathan D. Martin, declare as follows:

1.　I am an associate at the law firm of Seyfarth Shaw LLP, counsel of record for defendant New United Motor Manufacturing, Inc. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would competently testify to the facts set forth herein.

2.　In my conversation with Plaintiff's counsel Allison Stone on the day the instant motion was filed, I did not state that I was "unaware" of the filing deadline for an amended

1

Declaration of Jonathan D. Martin in Support of Defendant's Memo. of P's & A's in Support of Oppo. to Pltf's Motion for Leave to File Second Amended Complaint – Case No. C07-05452 WHA

complaint, nor did I indicate that I would be "unable to reach" Defendant to discuss a course of action in response to the proposed amendment.

3. Rather, I explained to Ms. Stone that providing a proposed amended complaint only the day before the deadline for amendment, with the expectation that Defendant would be able to provide an immediate response for her convenience, was not a prudent practice and that given the issues raised by the proposed amended complaint, Defendant would not be able to make a definitive determination regarding the proposed amendment before the filing deadline. Thus, I recommended that she proceed with her motion pending that determination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2008 at San Francisco, CA.

_____
JONATHAN D. MARTIN

SF1 28317744.1

2

Declaration of Jonathan D. Martin in Support of Defendant's Memo. of P's & A's in Support of Oppo. to Pltf's Motion for Leave to File Second Amended Complaint – Case No. C07-05452 WHA