ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

March 17, 2008

Lawrence Anthony Organ
Law Offices of Lawrence A. Organ
736 43rd Avenue
San Francisco, CA 94121
415-302-2901

Jonathan David Martin
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
415-397-2823

Nick C. Geannacopulos
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
415-397-2823

Re:    Edward/Ellis v. New United Motors Manufacturing, Inc.
       Case No. C 07-05452 WHA MED

Dear Counsel:

The ADR Program would like to convene a conference call with one of the ADR Legal Staff to discuss the Mediation referral.  We would like to schedule this for **Monday, March 24, 2008 at 2:00 p.m.**  Plaintiff's counsel should initiate the call to all parties then call the ADR phone conference line 415-522-4603.  If you are unavailable at the proposed time, please contact the other participants and provide me with three alternatives during the same week.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator

/cmf