IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS,<br><br>Plaintiff,<br><br>v.<br><br>NEW UNITED MOTORS MANUFACTURING INC.,<br><br>Defendant. | No. C 07-05452 WHA<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL AND GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Good cause having been shown, plaintiff's counsel is allowed to withdraw after the mediation on May 1, 2008. The motion to withdraw as plaintiff's counsel is **GRANTED**. Counsel should advise Mr. Ellis to either pay counsel or to represent himself. Mr. Ellis is also advised that the Court will *not* appoint counsel for him.

In addition, plaintiff's motion for leave to file a second amended complaint is **GRANTED**. Defendant has **20 DAYS** to respond to the amended complaint.

**IT IS SO ORDERED.**

Dated: April 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE