**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 3, 2008

Case No.  C 07-05452 WHA

Title: EDWARD/ELLIS v. NEW UNITED MOTORS

Plaintiff's Attorney: Allison Stone

Defense Attorneys: Larry Organ; Jonathan Martin

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plt's Motion to Withdraw as Attorney - Granted

2)   Plt's Motion for Leave to File Second Amended Complaint - Granted

**ORDERED AFTER HEARING:**

Plaintiff's counsel will stay in the case until the mediation session.

Court will sign an order for the jail to transport the plaintiff to the mediation if needed.