**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>    Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>    Defendant. | Case No. 07-05452WHA<br><br>~~PROPOSED~~ ORDER DIRECTING REGINALD ELLIS TO APPEAR FOR MEDIATION ON MAY 1, 2008 |

The Court requests that on May 1, 2008 Lieutenant Joseph Gomez of the Santa Rita County jail bring Plaintiff Reginald Ellis to mediation at the Office of Mediation Services, U.S. District Court in San Francisco, California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, scheduled to begin at 10:00 am and conclude no later than 5:00 pm. The Court requests that Lieutenant Gomez provide for sufficient deputy supervision to allay any safety concerns.

If Respondent (Lieutenant Gomez) is of the view that adequate security cannot be provided for, or reasonable accommodations made for the purposes of mediation, so advise the Court, and the Court will cancel this order.

IT IS SO ORDERED.

Dated: __April 21, 2008__       _____
**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**