1  LAWRENCE A. ORGAN (SBN 175503)
   ALLISON J. STONE (SBN 251390)
2  LAW OFFICES OF LAWRENCE A. ORGAN
3  404 San Anselmo Avenue
   San Anselmo, California 94960
4  Tel. 415-302-2901
   Fax 415-453-2829
5  Attorney for PLAINTIFF REGINALD ELLIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No. 07-05452WHA<br><br>**MOTION PURSUANT TO LOCAL RULE 7.11 FOR AN ORDER GRANTING THE MOTION TO WITHDRAW** |
|---|---|

Law Offices Lawrence A. Organ brings this motion in order to notify the Court that Santa Rita County Jail official, Lieutenant Joseph Gomez, was unable to bring Plaintiff Reginald Ellis to San Francisco for mediation on May 1, 2008 in accord with the requirements of the ADR Program. Santa Rita County Jail has represented that it will be unable to bring Mr. Ellis to San Francisco for mediation according to the requirements of the ADR Program in the future as well. While the parties, ADR Program staff attorney Robin Siefkin and mediator Teri Sklar have attempted to move forward with the mediation via a rescheduled phone teleconference, it is still unclear whether, logistically, this can occur. Stone Decl. ¶ 3. As the requirements of making the mediation go forward rest with Plaintiff's counsel, and the Court has already recognized that good cause exists for Law Offices of Lawrence A. Organ to withdraw from representation, Plaintiff's counsel must cease representation at this point. Stone Decl. ¶ 3.

After lengthy discussions with Teri Sklar, a former public defender, it has also become apparent that serious Fifth Amendment concerns exist in regards to Mr. Ellis' participation in the mediation. Specifically, any statements made by Mr. Ellis to Teri Sklar are not confidential for the purposes of his criminal trial, and may be used against him by prosecuting attorneys. Stone Decl. ¶ 5. Plaintiff's counsel recommends, and Staff Attorney Robin Siefkin agrees, that once Law Offices of Lawrence A. Organ withdraws, the referral to court mediation be vacated, and the matter be referred to a settlement conference instead. Stone Decl. ¶ 6.

As the mediation did not occur on the scheduled date, Santa Rita County Jail is unable to bring Mr. Ellis to San Francisco for mediation according to the requirements of the ADR Program, the Court has already recognized good cause for the withdrawal of Law Offices of Lawrence A. Organ, and Fifth Amendment concerns have been raised regarding the mediation, Plaintiff's counsel respectfully asks the Court to relieve it of representation in this matter.

Respectfully submitted,

Date: May 20, 2008                         By: *Allison Stone*

                                           Allison J. Stone
                                           LAW OFFICES OF LAWRENCE A. ORGAN
                                           Attorney for Plaintiff