LAWRENCE A. ORGAN (SBN 175503)
ALLISON J. STONE (SBN 251390)
LAW OFFICES OF LAWRENCE A. ORGAN
404 San Anselmo Avenue
San Anselmo, California 94960
Tel. 415-302-2901
Fax 415-453-2829
Attorney for PLAINTIFF REGINALD ELLIS

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No. 07-05452WHA<br><br>**DECLARATION OF ALLISON J. STONE IN SUPPORT OF MOTION PURSUANT TO LOCAL RULE 7.11 FOR AN ORDER GRANTING THE MOTION TO WITHDRAW** |

I, ALLISON J. STONE, do hereby declare and state as follows:

1. I am a member of the State Bar of California and am admitted to practice before this Court. I am an attorney with Law Offices of Lawrence A. Organ.

2. This Declaration is written in support of Plaintiff's Motion Pursuant to Local Rule 7.11 for an Order Relieving Law Offices of Lawrence A. Organ From Further Representation in This Matter. I have personal knowledge of the facts stated herein and, if called, am competent to testify to the contents of this Declaration.

3. Prior to May 1, 2008, I spent several hours trying to coordinate between Lt. Joseph Gomez, ADR Staff Attorney Robin Siefkin, mediator Teri Sklar and defense counsel Jonathan Martin. Ultimately, Lt. Joseph Gomez could not agree to the terms of the mediation as required by the ADR Program, and Santa Rita County Jail notified me on April 31, 2008 that the mediation could not go

forward on May 1, 2008.  In fact, Lt. Gomez stated that Santa Rita will never be able to bring Mr. Ellis to mediation in San Francisco in compliance with the requirements of the ADR Program while he is in their custody.  After May 1, 2008, I expressed our desire to ask the Court to grant the motion to withdraw on the basis that the mediation did not occur on May 1, 2008.  However, after discussions with Teri Sklar, I ultimately proposed that we would participate in the mediation via teleconference.  Because Law Offices of Lawrence A. Organ is scheduled to begin a five-week trial in Contra Costa County on June 2, 2008, I proposed to defense counsel that we stay discovery and reschedule the mediation after the trial began.  After Defendant's first discovery set was due, defense counsel responded, agreeing to stay discovery and to reschedule the mediation after the start of our June 2 trial.

4. On April 19, 2008, I spoke with ADR Staff Attorney Robin Siefkin who represented that Santa Rita and the ADR Program had not been able to finalize plans for a telephone conference and the issue of whether or not it could occur was unresolved.  She also informed me that the burden to make the telephone conference occur was on Plaintiff's counsel.  This would involve investigating the relative telephone conferencing capabilities at Santa Rita County jail and the ADR Program, and arranging all parties to be heard.  Defense counsel and Mr. Organ would be in San Francisco, and Mr. Ellis and Allison Stone in Santa Rita

5. Given our upcoming trials in June and August, and several other important deadlines in other cases, we cannot devote more hours to the coordination between Santa Rita Jail, the ADR Program, the mediator, Mr. Ellis and defense counsel.  Furthermore, given the nature of our motion to withdraw, such coordination is ineffective and impractical.

6. Furthermore, after much discussion with Teri Sklar, a former public defender, it has become apparent that Fifth Amendment concerns are present with regards to Mr. Ellis' participation in a mediation which is not confidential for the purposes of his criminal trial.

///

///

///

///

STONE DECLARATION                                       - 2 -                              CASE NO. 07-05452 WHA
IN SUPPORT OF MOTION TO WITHDRAW

7.     After discussing the matter with Staff Attorney Robin Siefkin, Plaintiff's counsel recommends that the referral to court mediation be vacated and the matter be scheduled for a settlement conference instead, with Mr. Ellis appearing *pro se*.

Executed this May 15, 2008 in San Anselmo, CA

By: /s/ Allison Stone

Allison J. Stone
LAW OFFICES OF LAWRENCE A. ORGAN
Attorney for Plaintiff