IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, | No. C 07-05452 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AND VACATING ORDER DIRECTING REGINALD ELLIS TO APPEAR FOR MEDIATION** |
| NEW UNITED MOTORS MANUFACTURING INC., | |
| Defendant. / | |

The motion to withdraw by plaintiff's counsel the Law Offices of Lawrence A. Organ is **GRANTED**. Good cause has been shown by counsel to discontinue representing plaintiff. Henceforth plaintiff must represent himself or obtain new counsel. The Court recognizes plaintiff is in custody, presumably on unrelated charges. Nevertheless, if plaintiff wishes to pursue this case, he must meet all deadlines and proceed with the case from custody.

A copy of the case management order, which includes the case schedule, is appended hereto for the convenience of plaintiff. A copy of this order will be manually served by United States mail on plaintiff. Plaintiff is advised that failure to prosecute the case with diligence, to meet deadlines, and to comply with his obligations under the Local Rules and Federal Rules of Civil Procedure can lead to sanctions, including dismissal of this case.

1   The earlier order directing plaintiff to appear for mediation is **VACATED**, the reason
2   being that Santa Rita County Jail officials are unable to arrange for plaintiff's attendance at an
3   off-site mediation conference.

5   **IT IS SO ORDERED.**

7   Dated: May 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2