UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


REGINALD EDWARD/ELLIS,

              Plaintiff,

   v.

NEW UNITED MOTORS
MANUFACTURING INC. et al,

             Defendant.

—————————————————————/

Case Number: CV07-05452 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Reginald Edward/Ellis
PO Box 1543
San Leandro, CA 94577

Dated: May 21, 2008

                     Richard W. Wieking, Clerk
                     By: Dawn Toland, Deputy Clerk