LAWRENCE A. ORGAN (SBN 175503)
ALLISON J. STONE (SBN 251390)
LAW OFFICES OF LAWRENCE A. ORGAN
404 San Anselmo Avenue
San Anselmo, California 94960
Tel. 415-453-4740
Fax 415-453-2829

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, an individual,<br><br>Plaintiff<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC, a corporation;<br><br>Defendant. | Case No. 07-05452WHA<br><br>**NOTIFICATION OF REGINALD ELLIS' ADDRESS** |

In a letter dated May 23, 2008, Defense counsel, Jonathan Martin, requested that I provide current contact information for Mr. Ellis. I have communicated with Mr. Ellis at the address below:

> Reginald Edwards/Ellis, PFN AOT264
> Santa Rita Jail
> 5325 Broder Blvd.
> Dublin, CA 94568

As of my last communication with Mr. Ellis, he was still incarcerated at Santa Rita County jail. To the best of my knowledge, that is still the address to which communications should be sent.

By: /s/ Allison Stone

Allison J. Stone
LAW OFFICES OF LAWRENCE A. ORGAN

NOTIFICATION OF ADDRESS          - 1 -          CASE NO. 07-05452 WHA