OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED

Reginald Edward/Ellis
PO Box 1543
San Leandro, CA 94577

NIXIE    945    5E   1         30   05/30/08
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 94102348999      *2905-03950-30-27*

US POSTAGE $00.590
MAILED FROM ZIPCODE 94102
MAY 23 2008