#1.  Case# C07-05452-WHA                              08-12-2008
     To: United States District Judge
              William Alsup
     From: Reginald B. Ellis vs. Nummi
     Re: Case #No. C07-05452-WHA

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge William Alsup
I'm writing to inform the court of my current position. My incarceration is directly related to my law-suit. This came about by Nummi's workers-comp insurance company and carrier Gallagher-Bassett, who's been trying to violate my probation and destroy my 01-09-06 workers-comp claim as well as my wrong-ful termination law-suit #C07-05452-WHA.

I was accused by Gallagher-bassett's Kristina dephew of working at United parcel service in Menlo-park around 09-09-2006, This information was forward to the district attorney's office. After trying to prosecute me for months it turned out to be another gentlemen named Reginald Ellis.

#2  CASE # C07-05452-WHA                           08-12-2008

Then around June 2007 Gallagher Bassett Kristina dephew sent a detailed letter requesting that the court violate my probation. This letter was sent to the district attorney Lance-Kubo, Honorable Judge Gaffey and my probation officer Kristina Gee.

This letter was sent asking that my probation be revoked for me attending a medical examine and the doctor not changing my A.K.A during a medical examine. This name-change was delayed until I obtained a legal court order approving such a change. I applied for a name-change on Aug 17, 2007 in Hayward Superior Court, which was granted. After the petition was granted, District Attorney Lance-Kubo charged me with perjury and tried to violate my probation June 02, 2008 in Hayward Superior Court. The court concluded I did not committ perjury.

Around Nov 02, 2007 Gallagher-Bassett stole a bag of garbage from

#3  CASE# C07-05452-WHA                    08-12-2008

behind a Locked gate From my Freinds home in Pleasanton, CA. This bag contained old documents From 2006 or earlier. Gallagher-Bassett once again went to The District Attorney Lance-Kubo a Third Time, as a result I was charged with several Felonies All related To my Law-suit against New United Motors. All charges were dismissed on June 03, 2008. During my probation hearing, The Judge ERRORED by using my dollar amount, in my Civil suit to justify sending me to Prision For 4yrs, which my release date as of Now will be 01-25-10.

This error is Now being Challenged in The First District Appeal Court For reveiw, which my opening brief will start 09-10-2008.

Around 01-09-06 I had a back injury at Nummi, which The State Medical Examiner has concluded with a M.R.I To be a Legitimate injury.

#4   CASE # C07-05452-WHA                                08-12-2008

Gallagher-Bassett continues to avoid the facts and has engaged in several unlawful attempts to destroy a true workers-comp claim as well as my current law-suit.

At this point I would like my law-suit delayed unless NUMMI and I reach an agreement prior to any dead lines or trial dates.

This request is For good faith concerning my probation appeal being heard and ruled on by the First District of Appeals.

WITNESSES

(Worker-Comp attorney)
Joan Helvig
(510) 588-1000

(State Medical Examiner)
Dr. Jamasbi
(510) 647-5101

(Appeal Attorney)
Alex N. Coolman
(415) 762-4737

Contact Address
Reginald E. Ellis G189-49
San Quentin Prison
San Quentin, CA 94964

Sincerely
Reginald E. Ellis
G189-49




United States District Judge
William Alsup
450 Golden Gate Ave.
San Francisco CA, 94102

R. Ellis G189-49
San Queintin Prision
San Queintin CA 94964