IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, | No. C 07-05452 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE RE PLAINTIFF'S MOTION TO STAY** |
| NEW UNITED MOTORS MANUFACTURING INC., | |
| Defendant. / | |

The Court has received Mr. Ellis' motion to stay (Dkt. No. 46). Defense counsel is requested to respond by **THURSDAY, AUGUST 28, 2008, AT NOON**.

Dated: August 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE