UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGINALD EDWARD/ELLIS,

        Plaintiff,

  v.

NEW UNITED MOTORS
MANUFACTURING INC. et al,

        Defendant.
                                            /

Case Number: CV07-05452 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reginald Edward/Ellis
G-18949
San Quentin State Prison
San Quentin, CA 94964

Dated: September 2, 2008

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk