IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD/ELLIS, | No. C 07-05452 WHA |
| Plaintiff, | |
| v. | **ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| NEW UNITED MOTORS MANUFACTURING INC., | |
| Defendant. / | |

Plaintiff, who is now acting *pro se*, filed this lawsuit alleging, *inter alia*, claims for wrongful termination, slander and breach of the collective bargaining agreement. Defendant moved for summary judgment, and a hearing on the motion is scheduled for December 18, 2008. Plaintiff is currently incarcerated in San Quentin prison and therefore filed a request for an order allowing him to appear at the hearing.

Because the Court finds that a hearing on the motion is unnecessary, the December 18 hearing is hereby **VACATED**. The motion will be decided on the papers. Plaintiff's request is therefore moot.

Plaintiff has filed two documents, a "motion for summary judgment or in the alternative summary adjudication," and a "declaration of Reginald Edward/Ellis opposing defendant's motion for summary judgment." Because plaintiff filed no other opposition to defendant's motion, the Court interprets these documents as plaintiff's opposition to defendant's motion and

a declaration in support thereof.  The deadline for filing any new dispositive motions has passed (Dkt. No. 22 ¶ 9).

**IT IS SO ORDERED.**

Dated:  December 4, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE