IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD EDWARD/ELLIS,

    Plaintiff,

v.

NEW UNITED MOTORS MANUFACTURING, INC., AND DOES 1 THROUGH 13,

    Defendants.

No. C 07-05452 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE